**EXHIBIT A**

BRANDON STRAKA
V.
DAVID S. CLEMENT,  :
@BRAWNDOSNITCHKA,  :
@CHICHIVISION18,  :
@MIKECLOVER7,  :
@STONEPGH,  :
@THATSQUITEAWALK  :
@HIGHENANONTOO
@ZIBTARA a/k/a MIRANDA DEW
-and-  :
:
@TOOLEJK

Table of Contents

**Conversations between defendants**                                          **3**

**WalkAwayPac.com:**                                                          **23**

**Christmas Day 2023 Attack**                                                 **36**

    Video Evidence Overview                                37

**Defendant: David Clement**                                                  **54**

    Video Evidence Overview (David Clement @DaClementMusic)   55

    Hitler/White Supremacy/Racism/Homophobe/Transphobe/Terrorist   56

    False Attributions                                       67

    Damage to Donors                                         95

    Drug Addiction                                           102

    Felony Conduct                                           108

    Grifting                                                 124

    Inciting Criminal Conduct                                158

    Lying/Deception                                          171

    Paid Shill                                               190

    Reputation                                               192

**Defendant: @BRAWNDOSNITCHKA**                                              **215**

    Video Evidence Overview (@BrawndoSnitchka)               216

    Damage to Donors                                         217

    False Attributions                                       223

    Grifting                                                 239

    Inciting Criminal Conduct                                243

    Lying/Deception                                          245

    Paid Shill                                               249

    Reputation                                               251

    Hitler/White Supremacy/Racism/Terrorist                  262

**Defendant: @HIGHENANONTOO**                                                **274**

    Video Evidence Overview (@highenanontoo)                 275

    Damage to Donors                                         276

    False Attributions                                       278

    Grifting                                                 283

    Reputation                                               285

    Hitler/White Surpremacy/Racist/Terrorist                 287

**Defendant: @CHICHIVISION18**                                               **290**

    Video Evidence Overview (@ChiChiVision18)                292

    Drug Addiction                                           293

    False Attributions                                       295

    Hitler/White Surpremacy/Racist/Terrorist                 299

**Defendant: @STONEPGH**                                                     **302**

    Video Evidence Overview (@StonePGH)                      303

| | |
|---|---|
| False Attributions | 304 |
| Reputation | 310 |
| Hitler/White Supremacy/Racist/Terrorist | 313 |
| **Defendant: @MIKECLOVER7** | **316** |
| Video Evidence Overview (@MikeClover7) | 318 |
| False Attributions | 319 |
| Felony Conduct | 332 |
| Reputation | 334 |
| **Defendant: @ZIBTARA a/k/a MIRANDA DEW** | **337** |
| Video Evidence Overview (Miranda Dew@Zibtara) | 338 |
| False Attributions | 339 |
| Grifting | 346 |
| Reputation | 349 |
| **Defendant: @TOOLEJK** | **351** |
| Video Evidence Overview (@toolejk) | 352 |
| Hitler/White Supremacy/Racism/Terrorist | 353 |
| False Attributions | 355 |
| Grifting | 364 |
| Lying/Deception | 374 |
| Reputation | 377 |

Conversations between defendants



**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Oct 28   ···
Are you kidding? Brandon Straka is the most obvious of all the right-wing grifters.

Straka and Owens actually hate each other because they compete for the same gullible donors and they each accuse the other of stealing their idea 😂

○ 2          �recy          ♡ 5          ᵢₗᵢ 65          🔖   ⬆

**DeClementia** @DaClementMusic · Oct 28   ···
That's probably why you fall for their obvious 🤡. If you want to hear from someone who knows BS, try @zibtara, but really check out @BrawndoSnitchka's tweets and learn about your grifter convict informant hero in his own words.

🐢 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Oct 24
Replying to @GoFishLynn and @BrandonStraka
I've yet to see anything about Brandon Straka age well, but especially his tweets

ndon Straka ✓
randonStraka                                    Watchmen326 @watchmen326 · 8h
                                                But there was no steal. So you were wasting your
                                                time. 🧑
ng more and more like Tru                       ○ 1       ↻       ♡ 1
ly won the election big tir      Brandon Straka ✓
n jerkoffs should be getti       @BrandonStraka
                                 plying to @watchmen326 and @realDonaldTrump
                                 'e'll find out Jan. 6th who was wasting
                                 eir time. 🤗
ov 19, 2020 · Twitter for iPhone  :1 AM · Jan 1, 2021 · Twitter for iPhone

                                 Retweet   **2** Likes
ets   **331** Quote Tweets   **33K** Lik    ○      ↻      ♡      ⬆

○ 2          ↻          ♡ 3          ᵢₗᵢ 63          🔖   ⬆

**Zibtara**                                                           ···
@zibtara

I know him. He's a grifter.



**Zibtara** @zibtara · Aug 19, 2022                                                    ···

I was best friends with him for 20 years. And I can say that no one should ever listen when he talks! He couldn't come up with a coherent thought then and I know he can't, now. He's a fraud and a grifter. Give your grandchildren your estate. Ya know, the ones that don't call.

💬 2              🔁 1              ♡ 4              �┃⊾             🔖  ↥

**BeeBenefield** @BeeBenefield · Aug 20, 2022                                           ···

Brandon has TRUE friends now! And Brandon is NOT a fraud nor a grifter!

💬 2              🔁                ♡                ⓘ             🔖  ↥

**DeClementia**                                                                          ···
@DaClementMusic

Right? TRUE friends don't mind when you send them to prison so you don't have to go #informant #grifter 😬



**Brandon Straka** ✔ @BrandonStraka · Jul 15                              •••

Of course. And should she decide to continue this I'll post a string of articles that clearly substantiate everything I said.

I don't actually know her friend well at all- but in 2019 or 2020 he went on a YouTube binge for several weeks making hate videos about me and other...
Show more

  💬 1     ⇄     ♡ 3     📊 62     🔖   ⬆



**Michelle Johnson** @MichelJohnss · Jul 15                               •••

Gotcha.  I thought this sounded off.  I've never gotten a vindictive vibe from you.  It's sad we can't focus on the real grifters, the Republicans in office who do nothing for us. Thank you for your hard work.

  💬 2     ⇄     ♡ 1     📊 96     🔖   ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jul 15        •••

Straka has been described as vindictive by people from every era of his rambling life. Other than "narcissistic" and "would do anything for attention" it's the most common thing people say about him.

@zibtara

  💬 2     ⇄     ♡ 2     📊 63     🔖   ⬆



**Ron** @Huldunet · Jul 15                                                •••

"has been described as"

Many has been described as all kindo of things. Doesn't make them true. But I do notice your account "name".

  💬 1     ⇄     ♡     📊 60     🔖   ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jul 15        •••

I will always protect confidential sources. There are many.

  💬 1     ⇄     ♡ 2     📊 61     🔖   ⬆

**Ron** @Huldunet · Jul 15                                                •••

If there are public sources with accurate proof, no need for "protect confedential sources".



 **John Stone – #1001** 🔘 **Squealing-Straka** @StonePgh · Sep 23

Brandon's mother had a stroke Monday night and he is so concerned that he is on a plane on Wednesday to NY to spend days with Rudy?  And is now using her health issues for sympathy because he is an insurrectionist, traitor, and snitch?
#BrandonStraka #Snitch #J6 #Walkaway



stroke. She's doing very well right now, but th
many things were brought to light for me when
y time and figure out what I truly feel and truly
eactionary in the moment, because it's been a
deleted and re-written and deleted this messa

licated and devoted my entire life to trying to s
week highlighted the insanity of the problems
ive movement and how the conservative move

o live with all of you later today or tomorrow to
g.

○ 6          ⇄ 2          ♡ 11          �ⅈⅈⅈ 313          🔖    ⬆

 **DeClementia** @DaClementMusic · Sep 23

Think he's gonna drop out of his money losing walkacon?

○ 1          ⇄          ♡ 3          ⅈⅈⅈ 60          🔖    ⬆



**John Stone - #1001** 🌩️ **Squealing-Straka** @StonePgh · Sep 23

Brandon's mother had a stroke Monday night and he is so concerned that he is on a plane on Wednesday to NY to spend days with Rudy?  And is now using her health issues for sympathy because he is an insurrectionist, traitor, and snitch?
#BrandonStraka #Snitch #J6 #Walkaway



Brandon Straka ✓
September 20 at 12:29 PM · ⊘

...ted to NYC for just a few days to meet with Rudy Guiliani, shoot some content, and do so sMax hits.

stroke. She's doing very well right now, but th
many things were brought to light for me when
y time and figure out what I truly feel and truly
eactionary in the moment, because it's been a
deleted and re-written and deleted this messaç

dicated and devoted my entire life to trying to ç
week highlighted the insanity of the problems
ive movement and how the conservative move

> live with all of you later today or tomorrow to
g.

○ 6          ⟲ 2          ♡ 11          ᴵᶥᴵ 315          🔖    ⬆️



**BeeBenefield** @BeeBenefield · Sep 23

Brandon is NOT a "insurrectionist", "traitor" nor a "snitch"! And Brandon NEVER would have left his mother's side if she wasn't doing better!

○ 4          ⟲          ♡          ᴵᶥᴵ 76          🔖    ⬆️

**toolejk**
@toolejk

Brandon is every one of those things. He abandoned his mom's bedside to appear on a grifting radio show with the shriveled entrails of a man who has  acknowledged that he defamed election workers who were only doing their job. He owes them hundreds of thousands. Shame on Brandon.

8:56 PM · Sep 23, 2023 · **31** Views



**John Stone - #1001** 🐷 **Squealing-Straka** @StonePgh · Oct 19
WT Hell – is that a real picture of the traitor's face?

💬 1          ⟲          ♡ 4          �𝗂𝗅𝗂 49          🔖   ⬆

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

He shared it so I think so 😬

3:24 PM · Oct 19, 2023 · **59** Views

💬 4              ⟲              ♡ 3              🔖              ⬆

Post your reply                                              **Reply**

**John Stone - #1001** 🐷 **Squealing-Straka** @StonePgh · Oct 20
He must be working towards appearing on Botched.

💬          ⟲          ♡ 1          �𝗂𝗅𝗂 19          🔖   ⬆

**toolejk** @toolejk · Oct 21
At Walk-a-Con, Brandon is challenging @mattgaetz to a Silvio lookalike showdown. You can see the contest, but of course there's a fee at the door.

💬          ⟲          ♡ 2          ⟲ 28          🔖   ⬆

**More replies**

**toolejk** @toolejk · Oct 21
It's a pathetic attempt to replicate Steven Van Zandt as Silvio. Ever since Garbo's salon barred him from their premises for life for being an a*&hole, Brandon is reduced to the ridiculous pompadour look.

💬          ⟲          ♡ 1          ⟲ 13          🔖   ⬆

**John Stone - #1001** 🐷 **Squealing-Straka** @StonePgh · Oct 19
What a POS - when his mom had a stroke he got on a plane and now he hops on a plane when his mom just had heart surgery.



**toolejk** @toolejk · Oct 21                                                                    ...

It's a pathetic attempt to replicate Steven Van Zandt as Silvio. Ever since Garbo's salon
barred him from their premises for life for being an a*&hole, Brandon is reduced to the
ridiculous pompadour look.

💬                    ⟲                    ♡ 1                    �)ll  13                    🔖    ⬆️

**John Stone - #1001** 🐷 **Squealing-Straka** @StonePgh · Oct 19                              ...

What a POS - when his mom had a stroke he got on a plane and now he hops on a plane
when his mom just had heart surgery.



♡ 1                    ⟲                    ♡ 3                    )ll  38                    🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Oct 19                            ...

Well Straka can't miss a chance to appear with Mike Huckabee! Huckabee hates gay
people almost as much as Straka hates himself.

**DeClementia** @DaClementMusic · Nov 13                                    ···
I know a few and they all echo what Jay said and add that Brandon was
cute, always had drugs, and rarely worried about money even though he
didn't work very much; they credit the older guys helping him out, housing
him. He developed his skills back then.

💬 4            ⟲            ♡ 4            �8ll 129            🔖    ⬆️

**RunAway2222** @away2222 · Nov 13                                          ···
May I ask, do you know how him and Mike got linked up? Were they both
part of the same acting work shops or something?

💬 1            ⟲            ♡            �8ll 127            🔖    ⬆️

**DeClementia** @DaClementMusic · Nov 13                                    ···
Sorry, I don't. Mike is younger enough it was probably after Brandon
started his big grift. Let's hope so.

💬 1            ⟲            ♡ 2            �8ll 121            🔖    ⬆️

**Zibtara** @zibtara · Nov 13                                               ···
I think this is correct. Brandon never mentioned Mike before this year.

💬 3            ⟲            ♡ 3            �8ll 145            🔖    ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Nov 16                       ···
If you're talking about Bernstein/Harlow, he was there from the start for
this particular grift

💬 2            ⟲            ♡ 4            �8ll 126            🔖    ⬆️

**RunAway2222** @away2222 · Nov 16                                          ···
He's almost harder to find information on, pre-walkaway, than Jimmy
Hoffa's body. If you don't mind my asking did you know him at all? I've
noticed some of the things you've said seem really specific, and have
gotten under his skin.

💬 1            ⟲            ♡ 3            �8ll 119            🔖    ⬆️

**Zibtara** @zibtara · Nov 16                                               ···
I was best friends with him for 20 years and lived with him in both Omaha
and NYC.

💬 2            ⟲            ♡ 3            �8ll 141            🔖    ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Nov 16                       ···
Oh man do I have questions for you

💬 1            ⟲            ♡ 4            �8ll 111            🔖    ⬆️

**DeClementia** @DaClementMusic · Nov 13                                    ···
I know a few and they all echo what Jay said and add that Brandon was
cute, always had drugs, and rarely worried about money even though he
didn't work very much; they credit the older guys helping him out, housing
him. He developed his skills back then.

💬 4              ↻              ♡ 4              📊 129              🔖  ⬆

**RunAway2222** @away2222 · Nov 13                                          ···
May I ask, do you know how him and Mike got linked up? Were they both
part of the same acting work shops or something?

💬 1              ↻              ♡              📊 127              🔖  ⬆

**DeClementia** @DaClementMusic · Nov 13                                    ···
Sorry, I don't. Mike is younger enough it was probably after Brandon
started his big grift. Let's hope so.

💬 1              ↻              ♡ 2              📊 121              🔖  ⬆

**Zibtara** @zibtara · Nov 13                                               ···
I think this is correct. Brandon never mentioned Mike before this year.

💬 3              ↻              ♡ 3              📊 145              🔖  ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Nov 16                       ···
If you're talking about Bernstein/Harlow, he was there from the start for
this particular grift

💬 2              ↻              ♡ 4              📊 126              🔖  ⬆

**RunAway2222** @away2222 · Nov 16                                          ···
He's almost harder to find information on, pre-walkaway, than Jimmy
Hoffa's body. If you don't mind my asking did you know him at all? I've
noticed some of the things you've said seem really specific, and have
gotten under his skin.

💬 1              ↻              ♡ 3              📊 119              🔖  ⬆

**Zibtara** @zibtara · Nov 16                                               ···
I was best friends with him for 20 years and lived with him in both Omaha
and NYC.

💬 2              ↻              ♡ 3              📊 141              🔖  ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Nov 16                       ···
Oh man do I have questions for you

💬 1              ↻              ♡ 4              📊 111              🔖  ⬆

**Zibtara** @zibtara · Nov 16                                              · · ·
I'll answer them. You can DM me to set up a phone call if you'd like. I've
done that with @DaClementMusic and a reporter from Mother Jones,
whose story should be coming out, soon.

💬 3            ⟲            ♡ 4            ᴉ᷾ᴉ 130            🔖            ⬆

**DeClementia** @DaClementMusic · Nov 16                                   · · ·
You are a font of knowledge.

💬 1            ⟲            ♡ 5            ᴉ᷾ᴉ 101            🔖            ⬆

**Zibtara** @zibtara · Nov 16                                              · · ·
I was there when he was (mostly) harmless.

💬 1            ⟲            ♡ 3            ᴉ᷾ᴉ 127            🔖            ⬆

**DeClementia** @DaClementMusic · Nov 16                                   · · ·
But we all want to know how a monster is made. You saw that sausage   More
being stuffed into its casing.

💬 2            ⟲            ♡ 5            ᴉ᷾ᴉ 126            🔖            ⬆

👤 Followed by some accounts you follow

**RunAway2222**                                                            · · ·
@away2222

Did you ever know him when he was in NYC @DaClementMusic?

11:59 PM · Nov 22, 2023 · **93** Views

💬 1              ⟲              ♡ 2              🔖              ⬆

Post your reply                                                  [ Reply ]

**DeClementia** @DaClementMusic · Nov 22                                   · · ·
I did not, but know a bunch of people who survived him.

💬 2            ⟲            ♡ 3            ᴉ᷾ᴉ 107            🔖            ⬆

**RunAway2222** @away2222 · Nov 23                                         · · ·
It's amazing how the people most outspoken about him, are people who

**toolejk** @toolejk · Nov 23
To know him is to despise him.

💬 1          🔁          ♡ 6          ᐧ᐀ᐧ 77          🔖 ⬆️

**RunAway2222** @away2222 · Nov 23
I'm hoping there's a day he's behind the walls of a jail cell, or so irrelevant
he can't con people out of money anymore.

💬 1          🔁          ♡ 4          ᐧ᐀ᐧ 83          🔖 ⬆️

**Jay Gibersoñ** @hattyfubes · Nov 29
His grifting turned to panhandling on the streets of NYC and telling stories
of how he walked away from reality and sanity and sold whatever soul was
left in there for a shot at the bigly time.

💬 1          🔁          ♡ 5          ᐧ᐀ᐧ 76          🔖 ⬆️

**Zibtara** @zibtara · Nov 29
I hope his inheritance (the only thing that can help a 50yo failed grifter) is
handled by one of the many payment platforms that blocked him, lol. After
he's lost his only source of revenue to have that 1 last thing denied would
be {chef's kiss}

💬 3          🔁          ♡ 4          ᐧ᐀ᐧ 80          🔖 ⬆️

**Zibtara** @zibtara · Nov 29
I know it won't happen, but knowing his father almost lost the ranch due to
a grift and knowing Brandon is relying on inheriting it as we turn 47 and his
grift falls apart is hilarious. Happy Birthday, @BrandonStraka Enjoy old age
in poverty. You encouraged voting to remove SS

💬 2          🔁          ♡ 3          ᐧ᐀ᐧ 50          🔖 ⬆️

**Zibtara** @zibtara · Nov 29
I don't know what your SS payments would be, @BrandonStraka , due to
earnings not claimed (like how you always flirted your way into getting your
housing paid), but they will be $0 if GOP is in power. You would not be able
to retire from grifting in in 18 years, when we turn 65.

💬 2          🔁          ♡ 4          ᐧ᐀ᐧ 41          🔖 ⬆️

**Zibtara** @zibtara · Nov 29
You can go on the website and check what you would get at
retireguide.com/social-securit...., @BrandonStraka

**toolejk** @toolejk · Nov 23                                          ···
To know him is to despise him.

💬 1            ↻            ♡ 6            📊 77            🔖    ⬆️

**RunAway2222** @away2222 · Nov 23                                     ···
I'm hoping there's a day he's behind the walls of a jail cell, or so irrelevant
he can't con people out of money anymore.

💬 1            ↻            ♡ 4            📊 83            🔖    ⬆️

**Jay Gibersoñ** @hattyfubes · Nov 29                                  ···
His grifting turned to panhandling on the streets of NYC and telling stories
of how he walked away from reality and sanity and sold whatever soul was
left in there for a shot at the bigly time.

💬 1            ↻            ♡ 5            📊 76            🔖    ⬆️

**Zibtara** @zibtara · Nov 29                                         ···
I hope his inheritance (the only thing that can help a 50yo failed grifter) is
handled by one of the many payment platforms that blocked him, lol. After
he's lost his only source of revenue to have that 1 last thing denied would
be {chef's kiss}

💬 3            ↻            ♡ 4            📊 80            🔖    ⬆️

**Zibtara** @zibtara · Nov 29                                         ···
I know it won't happen, but knowing his father almost lost the ranch due to
a grift and knowing Brandon is relying on inheriting it as we turn 47 and his
grift falls apart is hilarious. Happy Birthday, @BrandonStraka Enjoy old age
in poverty. You encouraged voting to remove SS

💬 2            ↻            ♡ 3            📊 50            🔖    ⬆️

**Zibtara** @zibtara · Nov 29                                         ···
I don't know what your SS payments would be, @BrandonStraka , due to
earnings not claimed (like how you always flirted your way into getting your
housing paid), but they will be $0 if GOP is in power. You would not be able
to retire from grifting in in 18 years, when we turn 65.

💬 2            ↻            ♡ 4            📊 41            🔖    ⬆️

**Zibtara** @zibtara · Nov 29                                         ···
You can go on the website and check what you would get at
retireguide.com/social-securit…., @BrandonStraka

---
retireguide.com
How To Check the Status of Your Social Security App



**Zibtara**
@zibtara                                                              ...

I hope his inheritance (the only thing that can help a 50yo failed grifter) is handled by
one of the many payment platforms that blocked him, lol. After he's lost his only
source of revenue to have that 1 last thing denied would be {chef's kiss}

9:33 PM · Nov 29, 2023 · **81** Views

| ○ 3 | ⟲ | ♡ 4 | 🔖 | ⬆ |

Post your reply                                                    **Reply**

**Zibtara** @zibtara · Nov 29                                        ...
I know it won't happen, but knowing his father almost lost the ranch due to a grift and
knowing Brandon is relying on inheriting it as we turn 47 and his grift falls apart is
hilarious. Happy Birthday, @BrandonStraka Enjoy old age in poverty. You encouraged
voting to remove SS

| ○ 2 | ⟲ | ♡ 3 | ᶦᶦᶦ 51 | 🔖 ⬆ |

**Zibtara** @zibtara · Nov 29                                        ...
I don't know what your SS payments would be, @BrandonStraka , due to earnings not
claimed (like how you always flirted your way into getting your housing paid), but they
will be $0 if GOP is in power. You would not be able to retire from grifting in in 18 years,
when we turn 65.

| ○ 2 | ⟲ | ♡ 4 | ᶦᶦᶦ 42 | 🔖 ⬆ |

Show replies

**MikeClover7@mastodon.social** @MikeClover7 · Nov 29               ...
It makes so much sense that Brandon's a trust fund baby

| ○ 1 | ⟲ | ♡ 3 | ᶦᶦᶦ 44 | 🔖 ⬆ |

**Zibtara** @zibtara · Nov 29                                        ...
He's just set up to inherit the ranch that owes money, so he would inherit debt if he took
possession. His father already lost it when he sold to the cult guy.

**Zibtara** @zibtara · Nov 29                                                                ···

He's just set up to inherit the ranch that owes money, so he would inherit debt if he took possession. His father already lost it when he sold to the cult guy.

♡ 1                    ⇄                    ♡ 4                    �__ 45                    🔖    ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Nov 29                                        ···

Kinda sad that there won't be anymore prize winning cows coming out of the Straka ranch

♡ 1                    ⇄                    ♡ 4                    �__ 52                    🔖    ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Nov 30                                        ···

Wait did his dad send his cows to Israel, too, or just money?

I'm dying at the idea of Brandon helping his dad ship his prized cows to the other side of the planet. They were perfect, after all lol

♡ 1                    ⇄                    ♡ 5                    �__ 45                    🔖    ⬆

**Zibtara** @zibtara · Nov 30                                                                ···

His Dad just sent money. Hundreds of thousands. To set up the site for "the second coming". Dan was absolutely swindled and doubled down rather than admit it. 🧎

♡ 3                    ⇄                    ♡ 5                    ⏸ 55                    🔖    ⬆

**toolejk** @toolejk · Nov 30                                                                ···

The story I read is that Dan has been freezing a herd of red heifer embryos just in case. That cost alone must be draining the Straka estate.

♡ 2                    ⇄                    ♡ 4                    ⏸ 42                    🔖    ⬆

**Zibtara** @zibtara · Nov 30                                                                ···

I hadn't heard anything about freezing embryos and thought they were done with the whole scam. It's sad. The horses on the Straka ranch were so well trained and so fun to ride.

♡ 1                    ⇄                    ♡ 3                    ⏸ 52                    🔖    ⬆



**toolejk** @toolejk · Nov 30                                                                ···

The story was from a while ago. You are probably correct. Whatever the outcome, the level of gullibility in his father was so high that @BrandonStraka soon saw his future through the eyes of a Mississippi preacher con man.



**Zibtara** @zibtara · 13h

I was best friends with him for 20 years and lived with him in both Omaha and NYC.

💬 2          ⟲          ♡ 3          📊 55          🔖          ⬆️

**MikeClover7@mastodon.social** @Mik... · 13h

Oh man do I have questions for you

💬 1          ⟲          ♡ 4          📊 39          🔖          ⬆️

**Zibtara**
@zibtara

I'll answer them. You can DM me to set up a phone call if you'd like. I've done that with @DaClementMusic and a reporter from Mother Jones, whose story should be coming out, soon.

12:51 AM · 11/17/23 from Earth · **39** Views

**3** Likes

💬          ⟲          ♡          🔖          ⬆️

**toolejk** @toolejk · 5h

Please alert us all when it's published!

💬          ⟲          ♡ 3          📊 20          🔖          ⬆️

# WalkAwayPac.com:

## (website created and continuously shared by Defendants)


The #WalkAway PAC Advocacy Director Damien Jarrett,  an employee of
**Trans-Border Global Freight Systems**, member of **BNI Massachusetts — BNI Global LLC.** and CEO of **The British Hot Sauce Company**:

- Fundraises for Brandon Straka, the accused domestic terrorist who is charged for his role in the #Insurrection.
- Damien proudly Goes LIVE with Straka perpetuating the #**BigLie**, demanding the rights of minorities to vote be suppressed.
- Jarrett espouses the #**QAnon** theories of vaccinations.
- Of course he insists that systematic racism does not exist in the USA.

# INSURRECTION TRANSPORTATION

| Full Name (Last, First, Middle Initial) | | | | Date of Disbursement | |
|---|---|---|---|---|---|
| **AMTRAK** | | | | 02 · 04 · 2021 | |
| Mailing Address 60 MASSACHUSETTS AVE NE | | | | | |
| City WASHINGTON | | State DC | Zip Code 20002-4285 | FEC Identification Number | |
| Purpose of Disbursement TRANSPORTATION | | | | C | |
| Candidate Name | | | Category/ Type | **Transaction ID : B28F23D7A1** Amount of Each Disbursement this Period | |
| Office Sought: | House Senate President | Disbursement For: Primary   General Other (specify) ▼ | | 263.00 | |
| State:            District: | | | | ☒ Memo Item | |

# WACPAC – EXPENSES SAN FRANCISCO AIRBNB – LIVING THE HIGH LIFE AFTER INSURRECTING

| Full Name (Last, First, Middle Initial) | | | | Date of Disbursement | |
|---|---|---|---|---|---|
| **AIRBNB** | | | | 04 · 13 · 2021 | |
| Mailing Address 888 BRANNAN ST | | | | | |
| City SAN FRANCISCO | | State CA | Zip Code 94103-4928 | FEC Identification Number | |
| Purpose of Disbursement LODGING | | | | C | |
| Candidate Name | | | Category/ Type | **Transaction ID : B1DEBC7AA** Amount of Each Disbursement this Period | |
| Office Sought: | House Senate President | Disbursement For: Primary   General Other (specify) ▼ | | 5297.67 | |
| State:            District: | | | | Memo Item | |



## Unpopular WACPAC Director
## "SEE Facebook"



Walkaway is e-begging for money for their new social media platform that
will replace Facebook and Twitter, but can't even ensure that the links
in their home-grown WIX website BEGGING FOR MONEY work.

## How's that new Platform Coming?

# THE MANY FACES OF BRANDON STRAKA



# NICK MILES

## "Post-It Note Crybaby" Miles Caught On Camera

"My 600 Pound Insurrectionist" Walkaway Bodyguard claims this was the *Chick-fil-A*® dinner line — Arrest him NOW!



# *CONVICTED INSURRECTIONIST*
# BRANDON STRAKA



**Sprinkle in a daily dose of misogynistic and sexist Tweets and you have the face of #WalkAway!**


# INSURRECTION HOTEL & BRANDON

**B.** Full Name (Last, First, Middle Initial)
STRAKA, BRANDON, , ,

Mailing Address  2337 1ST AVE
APT. 1FS

City  NEW YORK

State  NY

Zip Code  10035-3610

Purpose of Disbursement
REIMBURSEMENT

Candidate Name

Category/Type

Office Sought:  House  Senate  President

Disbursement For:  Primary  General  Other (specify)

State:  District:

Date of Disbursement
02 / 04 / 2021

FEC Identification Number
C

Transaction ID : B147173D7C5
Amount of Each Disbursement this Period
5903.03

Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
INTERCONTINENAL WILLARD

Mailing Address  1401 PENNSYLVANIA AVE NW

City  WASHINGTON

State  DC

Zip Code  20004-1047

Purpose of Disbursement
VOLUNTEER EVENT LODGING

Candidate Name

Category/Type

Office Sought:  House  Senate  President

Disbursement For:  Primary  General  Other (specify) ▼

Date of Disbursement
02 / 04 / 2021

FEC Identification Number
C

Transaction ID : B95E8328F8
Amount of Each Disbursement this Period
2986.89

Memo Item

# WACPAC – EXPENSES SAN FRANCISCO AIRBNB – LIVING THE HIGH LIFE AFTER INSURRECTING

**A.** Full Name (Last, First, Middle Initial)
AIRBNB

Mailing Address  888 BRANNAN ST

City  SAN FRANCISCO

State  CA

Zip Code  94103-4928

Purpose of Disbursement
LODGING

Candidate Name

Category/Type

Office Sought:  House  Senate  President

Disbursement For:  Primary  General  Other (specify) ▼

State:  District:

Date of Disbursement
04 / 13 / 2021

FEC Identification Number
C

Transaction ID : B1DEBC7AA
Amount of Each Disbursement this Period
5297.67

Memo Item


**THE #WALKAWAY BUSTER**

HOME    WAC PAC    PPP    IRS    STATE CHARITIES    FTC

REQUEST REFUND    FACEBOOK LAWSUIT

*Imagine moving to a foreign country and advocating for domestic terrorism...*

# DAMIEN JARRETT

**The WalkAway PAC Director**
**The #UKRedneck**

## QAnon Science Denier



🇬🇧 **Damo** 🇺🇸
@WalkAwayDamo

Listening to Dr. Malone and Dr. McCullough on @joerogan has compounded my distrust in the institution of science. We're screwed.

10:25 PM · Dec 31, 2021 · Twitter for iPhone

# THERESE M. BATES KANSAS CITY HIGHWAY PATROL SCIENCE DENIER

Being paid by our tax dollars to raise money for convicted insurrectionist Brandon Straka who is being sued for his role in attacking police officers. #Pottymouth WA sweetheart TheresE campaigns non-stop for TFG. *Warning* Theresa will unleash a string of obscenities when confronted. **#PatheticSoul**



The #WalkAway PAC Advocacy Director <u>Damien Jarrett</u>,  an employee of **Trans-Border Global Freight Systems**, member of **BNI Massachusetts – BNI Global LLC.** and CEO of **The British Hot Sauce Company**:

- Fundraises for Brandon Straka, the accused domestic terrorist who is charged for his role in the #Insurrection.
- Damien proudly Goes LIVE with Straka perpetuating the **#BigLie**, demanding the rights of minorities to vote be suppressed.
- Jarrett espouses the **#QAnon** theories of vaccinations.
- Of course he insists that systematic racism does not exist in the USA.

# INSURRECTION TRANSPORTATION

| Full Name (Last, First, Middle Initial) **AMTRAK** | | | | Date of Disbursement |
|---|---|---|---|---|
| Mailing Address 60 MASSACHUSETTS AVE NE | | | | M M 02 / D D 04 / Y Y Y Y 2021 |
| City WASHINGTON | State DC | Zip Code 20002-4285 | | FEC Identification Number |
| Purpose of Disbursement TRANSPORTATION | | | | C |
| Candidate Name | | | Category/ Type | **Transaction ID : B26F23D7A3.** Amount of Each Disbursement this Period |
| Office Sought: House Senate President | Disbursement For: Primary   General Other (specify) ▼ | | | 263.00 |
| State:   District: | | | | ✗ Memo Item |

# DAMIEN JARRETT

## The WalkAway PAC Director
## The #UKRedneck

# QAnon Science Denier

Tracy Diaz is named one of the top three individuals pushing the **QAnon** conspiracy theory into the mainstream. Brandon Straka uses QAnon slogans at #WalkAway Foundation events paid for by donors and Libby Albert perpetuates the same.

## Revoke the
## #WalkAway Foundation 501(c)(3)
## NON-PROFIT STATUS



## Revoke the
## #WalkAway Foundation 501(c)(3)
## NON-PROFIT STATUS

### *CONVICTED INSURRECTIONIST*
### BRANDON STRAKA

#### THE ORGANIZATION

BRANDON STRAKA — CHAIRMAN



🔺Go to Top                                                                      32

# Christmas Day 2023 Attack

143. Indeed, on Christmas Day of 2023, when most people are enjoying time with their families and loved ones, Defendants launched yet another online assault on Mr. Straka and #WalkAway.

144. Over the course of Christmas, Defendants @DaClementMusic and @BrawndoSnitchka posted about Straka and #WalkAway over a hundred times, repeating their false and defamatory claims that Mr. Straka is a felon, a white nationalist, a Qanon cultist, a grifter, a convict, an FBI informant, a "creepy weirdo gay", an employer of Holocaust deniers, and a violent anarchist who recruited people to commit violence on January 6th.

145. Defendants also repeated and republished their false claims that Mr. Straka was lying to his audience and supporters about prevailing in his civil case, that the litigation is ongoing, and that Mr. Straka would say or do anything to prevent a jury from seeing the overwhelming evidence against him in this civil case.

146. In fact, all the claims against Mr. Straka were dismissed. Defendants knew this, but selectively cropped statements from civil case documents and published them to appear to give corroboration for their lies, repeating them dozens of times in one day alone.

147. Also on Christmas Day of 2023, Defendants began posting #WalkAway's most recent 990 IRS filings, as well as publishing the names of investment firms that #WalkAway's donors have used to donate to the organization as well as the names of the organizations' directors, tagging the investment firms that employed these directors in their posts and making the false and asserting that

- ○ "#WalkAway provided ZERO services," which is false and defamatory;
- ○ Mr. Straka has used the #WalkAway org for "personal inurement," which is false and defamatory;
- ○ #WalkAway is funneling and diverting money to other causes and bank accounts, which is false and defamatory;

and baselessly threatening that "penalties would be levied against each board member individually."

148. Of the tens of thousands of comments Defendants have made about Straka on a daily basis over the past three years, virtually every one reiterates Defendants' false and defamatory claims that Mr. Straka is a violent, psychotic, sociopathic, criminally-natured, malignant narcissist, thief, con-artist, grifter, liar, and more.

149. The extent of Defendants' defamation of Mr. Straka is so vast that setting forth each of the over 30,000 instances of defamation by Defenants in the body of this Complaint would be impractical. For this reason, a list of defamatory tweets collected in 2023 alone is set forth as Exhibit A hereto and incorporated herein as if fully set forth.

# Video Evidence Overview

**Defendant David Clement Christmas Day Tweets (sampling of a few hours)**

## Christmas Day 2023 Attack



**DeClementia** @DaClementMusic · 1h                    ···
What kind of empathy do you have for lying grifters
who promote and incite violence then lie about
everyone who catches them in their lies? Brandon
Straka's body count is impressive but doesn't
inspire empathy.

💬 4          ⟲          ♡          �archinf 21          🔖          ⬆️

**Mattis** @MattisZei4 · 46m                            ···
I'm sad u believe this

💬 1          ⟲          ♡          �archinf 22          🔖          ⬆️

**DeClementia** @DaClementMusic · 42m                   ···
It's just the facts. Can't unsee what I've seen:
specifically Brandon Straka ramping up and inciting
violent Qrazies before during and after #j6.
Spreading lies about innocent people and
minorities, provoking bigots and charming their
supporters.

💬 1          ⟲          ♡          �archinf 14          🔖          ⬆️

**Mattis** @MattisZei4 · 26m                            ···
That's exactly what happened. You're not glowing
red. Everything u said happened. This is
embarrassing.  Nobody else may have a different
view, bc ur view is superior. It's the only truth.

💬 3          ⟲          ♡          �archinf 17          🔖          ⬆️

**DeClementia**                          **Follow**     ···
@DaClementMusic

It's definitely the only logical conclusion based on the
evidence. Brandon Straka is responsible for a lot of
death.

↻ **Brawndo Snitchka, Parody of a Snitch reposted**

 **Brawndo Snitchka, Parody of a Snitch** · 11h ···
Replying to @LandSharkJones @BrandonStraka and 4 others

Brandon Straka's other problem, besides being a MAGA grifter and a compulsive liar (he was one of the idiots insisting a car accident was a terrorist attack last week), is he's a racist piece of shit.

 **DeClementia** @DaClementMusic · 1h                    •••

Yes Brandon! Keep taking money from elderly maga so it doesn't help any bigoted maga candidates. Keep losing every election you get close to! And mostly keep informing on your fellow maga/qanon criminals!





## Brawndo Snitchka, Parody of a Snitch
@BrawndoSnitchka
· · ·

This Christmas, ask Brandon Straka why his non-profit doesn't seem to provide any services.



2:05 PM · 12/25/23 from Earth · **17** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          · · ·

I hope you will consider looking in to the financing of far-right grift #WalkAway, run by convicted J6 rioter Brandon Straka



1:44 PM · 12/25/23 from Earth · **11** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                           • • •

Found this tweet while looking into Schwab
Charitable Fund's donations to #WalkAway, a far-
right grift run by convicted J6 rioter Brandon Straka



1:40 PM · 12/25/23 from Earth · **42** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Why is Morgan Stanley donating to a far-right grift run by a convicted J6 rioter?



John Stone - #1001 🐀 Squealing-Straka · 14h

#Walkaway provided ZERO services and is now also government grant funded + these three grants. Why are our government and these three heavy hitters funding an #insurrectionist? #BrandonStraka

**Funding sources and grants received**

| Grants & contributions | Program services | Investments and other income |
|---|---|---|
| $463.2k ↓ -$2m -76.5% | $0 ↓ -$75k -100.0% | $3.3k ↓ +$3k 0.0% |
| $451k: Grants & donations | | $3k: Misc rev |
| $12k: Govt grants | | |

6 different grants found for a total of $162,128. These are the most-recent grants from each grantmaker's Form 990 or Form990-PF.

| Grantmaker | Grantmaker tax period | Description | ▼ Amount |
|---|---|---|---|
| Fidelity Investments Charitable Gift Fund | 2022-06 | For Grant Recipient's Exempt Purposes | $52,550 |
| Schwab Charitable Fund | 2022-06 | Public, Societal Benefit | $50,350 |
| Morgan Stanley Global Impact Funding Trust | 2022-12 | Unrestricted General Support | $50,000 |

1:38 PM · 12/25/23 from Earth · **13** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                              • • •

Why is Fidelity donating to a far-right grift run by a
convicted J6 rioter?





↻ **Brawndo Snitchka, Parody of a Snitch reposted**



**John Stone – #1001** 🐀 **Squealing...**        **Follow**        •••
@StonePgh

Walkaway performance is abysmal - the only upswing has been in employees and employee benefits.  They provided ZERO program services and now receiving grants from Fidelity, Schwab, and Morgan Stanley + GOV'T Grants. Unreal.



2:33 AM · 12/25/23 from Earth · **57** Views




**John Stone - #1001 🐀 Squealing…**    **Follow**    ...
@StonePgh

#Walkaway provided ZERO services and is now also government grant funded + these three grants. Why are our government and these three heavy hitters funding an #insurrectionist? #BrandonStraka



2:38 AM · 12/25/23 from Earth · **204** Views

**4** Reposts  **1** Quote  **7** Likes

💬        ↻        ♡        🔖        ⬆

 **Brawndo Snitchka, Parody of a Snitch** @B… · 4h   ...
Good question for @Fidelity, @MorganStanley, and @CharlesSchwab

💬 1        ↻        ♡ 3        ᵇᵢₗᵢ 46        🔖        ⬆

**toolejk** @toolejk · 3h                                          ...
A few lines were dropped from the program services tab:

Non-Garbo's salon labor …. $152,183
Make-up for prison martyr scene with MTG …. $43,568
Mousse ….. $74,526



# More replies

---

 **John Stone – #1001** 🐀 **Squealing–Straka** · 14h      •••

They just got another grant from Bradley. Look at how much of these donations are paying his salary and legal fees.



💬 1          ⟲          ♡ 3          ılı 34          🔖          ↑

---

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

---

 **John Stone – #1001** 🐀 **Squealing–Straka** · 8h      •••

I am fairly sure we could prove private inurement.  In this case, the penalties are levied against each board member individually.

💬          ⟲          ♡ 3          ılı 17          🔖          ↑

 **DeClementia** @DaClementMusic · 1d
Replying to @NoVA_Campaigns @CapitolPolice and @BrandonStraka

We have no idea how much Brandon Straka had to pay to settle with the injured cops. All we have is his very inconsistent and suspect story. It's not like he's a proven liar 😉 who snitched on friends to avoid prison and hires **holocaust** deniers to pretend they used to be Dems.

 **DeClementia** @DaClementMusic · 7h
Replying to @P_dknight and @BrandonStraka

🤣so no, you have nothing but a cute blog that only cites a proven liar, grifter, convict. Cool story brah.😂 do you still believe there was a terrorist attack in Niagara Falls? Or these **holocaust** deniers who Brandon Straka hired to pretend they used to be Democrats? 🤷‍♂️

**Brownda Snitchke, Parody of a**    11/18/22

 **DeClementia** @DaClementMusic · 1d
Replying to @progunz_1 @NoVA_Campaigns and 3 others

If anything he claims were true, he could sue them and retire. When are y'all gonna figure out that Brandon Straka is taking your money, informing on you, losing elections, and lying to your face? Remember when he hired these **holocaust** deniers to pretend they used 2B Democrats?



 11      ↻ 3        ♡ 65        ∥ 2.6K        🔖      ⬆️

 **DeClementia** @DaClementMusic · 8h
Brandon Straka raised about 10K for cops injured in #j6; ask him how much actually went to help any officers.

💬              ↻              ♡              ∥ 15          🔖      ⬆️

 **DeClementia** @DaClementMusic · 1d
Replying to @RightWhiteTrash @BrandonStraka and 4 others

When you say "he," you're citing Brandon Straka, the unrepentant convict and proven liar who spread the fake terror attack in Niagara Falls lie, the Qanon election lies, and keeps getting caught faking his walkaway videos, like these **holocaust** deniers he hired 2B former Dems?





**High Energy, Anonymous Too!**
@highenanontoo

WalkAway is full of all sorts of sexual predators, how are you just relaxing this 😂

12:35 AM · 12/8/23 from Earth · **12** Views

**1** Like



**High Energy, Anonymous Too!** @highenan… · 12h
*realizing. Phone wants me to be confusing 😕😂

1        9



**High Energy, Anonymous Too!**
@highenanontoo

What a crock of shit. #WalkAway operates in Texas and commits non profit fraud annually with no oversight. Partisan enforcement.

## Defendant: David Clement

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements
Defendants have written and published about Straka daily. The actual number of statements Defendants
have published now exceeds 30,000 posts which have all been archived and catalogued)



## Video Evidence Overview (David Clement @DaClementMusic)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

**Brandon Straka is a "convicted felon"**

**Brandon Straka is a "drug addict"**

**Brandon Straka is "friends with pedophiles"**

**Brandon Straka "hires/pays holocaust deniers"**

**Brandon Straka "informed on funders and followers"**

**Brandon Straka "instructed, cheered, incited violence"**

**Brandon Straka is "racist"**

**Brandon Straka is "recruiting J6ers"**

**Brandon Straka is "responsible for deaths, violence, terrorism, hate crimes"**

**Brandon Strak is a "violent convict"**

Hitler/White Supremacy/Racism/Homophobe/Transphobe/Terrorist



**DeClementia**
@DaClementMusic                                                          ...

Take a closer look at his fake examples and you'll see that Brandon
Straka promotes fascism and homophobia, trying to take parental input
away and replace it with governmental restrictions. He gets paid to
repeat assigned talking point. Who can blame him with all the legal bills?

11:44 AM · May 25, 2023 · **25** Views

**DeClementia**
@DaClementMusic                                                          ...

Brandon Straka is a racist. It's not a secret.

4:43 PM · Mar 18, 2023 · **29** Views

**DeClementia**
@DaClementMusic                                                          ...

Wow, did you just call convicted criminal and stay-at-home terrorist
Brandon Straka a "miscarriage?" 😂🤣

12:04 AM · Jan 26, 2022

🗨 1                    ⟲                    ♡ 2                    🔖                    ⬆

👤    Post your reply                                                    **Reply**

**Zibtara** @zibtara · Jan 26, 2022                                      ...
I bet Dan and Mary wish he was...

🗨                    ⟲                    ♡ 1                    �ili                    🔖  ⬆

Go to Top 54

 **DeClementia**
@DaClementMusic                                            •••

Right? More people standing up and making sure LGBTQ people are not
treated with respect, or considered people! Brandon Straka inspired
nazis who attack children's events at libraries and he wants to make sure
other can't get haircuts since his salon banned him for being a 

> **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
> Congrats to GAG on winning!! /s
>
> advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **35** Views

 **DeClementia**
@DaClementMusic                                            •••

So is Brandon Straka, and like Roy Cohn he hates gay people.

> 🖼  vanityfair.com
> Where's My Roy Cohn? Digs into One of the 20th Century's N
> The film, which premieres today at the Sundance Film
> Festival, explores the life and times of Roy Cohn—and his ...

11:59 PM · May 25, 2023 · **32** Views



**DeClementia**
@DaClementMusic                                                     …

He's banking on it. Brandon Straka is a professional victim who has his topics limited by the fact that he's being sued by injured cops for his confessed role in violence on January 6. So he has resorted to misogyny and racism to get engagement.

12:15 PM · Feb 9, 2023 · **75** Views



**DeClementia**
@DaClementMusic                                                     …

He usually attacks women of color, it's kinda his brand to be bitchy about women and minorities.

12:16 PM · Feb 8, 2023 · **46** Views

**DeClementia** @DaClementMusic · Mar 23

No one believes you have ever been anything but a hardcore maga/Qrazy. Which one are you?



💬 2    🔁    🤍    📊 157    🔖    📤

**Mildon** ☕✖ @Mildon666 · Mar 24



💬 1    🔁    🤍 3    📊 154    🔖    📤

 **DeClementia** @DaClementMusic · Mar 24

I know y'all need your token4hire to pretend you aren't the bigots you play on Twitter, TV, and in government. But c'mon, do better than your load of Qrazies, convict, white nationalists. Is it harder than you thought to buy a reliable pet?



 **DeClementia** @DaClementMusic · Mar 24   ···
I know y'all need your token4hire to pretend you aren't the bigots you play
on Twitter, TV, and in government. But c'mon, do better than your load of
Qrazies, convict, white nationalists. Is it harder than you thought to buy a
reliable pet?



💬 3        ⟲        ♡        ᴥ 168        🔖        ⬆

 **BitchesLoveCannons** @RC_Bacon77 · Mar 26   ···
It never ceases to astound me how people like you don't see how
incredibly racist it is to call black Republicans "tokens4hire" or the like.
Some of the most racist things I've ever heard have come out of the
mouths of so-called progressives.

💬 1        ⟲        ♡ 2        ᴥ 62        🔖        ⬆

This Post is from a suspended account. Learn more

 **DeClementia** @DaClementMusic · Mar 26   ···
Nope, bitches have strawmen. That's all, bitch pitching tired talking points
even when they're irrelevant.

💬 2        ⟲        ♡        ᴥ 68        🔖        ⬆

 **BitchesLoveCannons** @RC_Bacon77 · Mar 26   ···
It's completely relevant because you're sat there calling people
"tokens4hire" over and over throughout this thread.

💬 2        ⟲        ♡ 2        ᴥ 64        🔖        ⬆

 **DeClementia** @DaClementMusic · Mar 26   ···
Yes, gay people. Cute stretch though.

💬 1        ⟲        ♡        ᴥ 55        🔖        ⬆

 **BitchesLoveCannons** @RC_Bacon77 · Mar 26   ···
Not really, considering that's a slur usually reserved for POC, more
specifically black Republicans, which is why I said that. But in that same
vein, it's still pretty hypocritical and bigoted to call members of the LGBT
community "tokens4hire".

💬 1        ⟲        ♡ 1        ᴥ 44        🔖        ⬆



**DeClementia**
@DaClementMusic                                                          •••

A January 6 felon convict (who informed his way out of prison time) is in NYC. Keep your eyes peeled for a domestic terrorist.



**DeClementia**
@DaClementMusic                                                          •••

But it's cool that Brandon Straka is a domestic terrorist?

9:10 AM · Feb 17, 2023 · **13** Views



**DeClementia**
@DaClementMusic                                                          •••

Because banks aren't allowed to work with terrorists so, Sorry Brandon Straka.

12:03 PM · Jan 26, 2023 · **15** Views



**DeClementia**
@DaClementMusic

So is Brandon Straka, and like Roy Cohn he hates gay people.



11:59 PM · May 25, 2023 · **33** Views



**DeClementia**
@DaClementMusic                                          ···

He really isn't a nice guy. And he's gotten himself banned from businesses before just to get attention  and play the martyr. Businesses get to choose if they support terrorists, and he's not the kind of client that makes your business more desirable.





**DeClementia**
@DaClementMusic                                          ···

Take a closer look at his fake examples and you'll see that Brandon Straka promotes fascism and homophobia, trying to take parental input away and replace it with governmental restrictions. He gets paid to repeat assigned talking point. Who can blame him with all the legal bills?

11:44 AM · May 25, 2023 · **26** Views



**DeClementia**
@DaClementMusic                                          ···

Brandon Straka is a racist. It's not a secret.

4:43 PM · Mar 18, 2023 · **30** Views





**Ireene Almayda** @IreeneAlmayda · Jun 6

Why aren't the Democrats honoring @RichardGrenell ?
How about @BrandonStraka ?
Why not honor normal LGB men and women?
Democrat politicians support child mutilation?

💬 1          ↻ 1          ♡ 3          📊 66          🔖   ⬆️

**DeClementia**
@DaClementMusic                                                          ...

A white nationalist and a pro-violence convict grifter who tells lies about
LGBTQ for a living? Why should anyone honor them?

10:44 AM · Jun 6, 2023 · **26** Views



**DeClementia**
@DaClementMusic                                                          ...

He's banking on it. Brandon Straka is a professional victim who has his
topics limited by the fact that he's being sued by injured cops for his
confessed role in violence on January 6. So he has resorted to misogyny
and racism to get engagement.

12:15 PM · Feb 9, 2023 · **76** Views




**DeClementia**
@DaClementMusic                                                                    ...

He usually attacks women of color, it's kinda his brand to be bitchy about women and minorities.

12:16 PM · Feb 8, 2023 · **47** Views

---



**DeClementia**
@DaClementMusic                                                                    ...

Right? More people standing up and making sure LGBTQ people are not treated with respect, or considered people! Brandon Straka inspired nazis who attack children's events at libraries and he wants to make sure other can't get haircuts since his salon banned him for being a 

> **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
> Congrats to GAG on winning!! /s
>
> advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **36** Views

# False Attributions



**DeClementia**
@DaClementMusic                                                    ...

😂🤣 Alex Jones gave him the start up money. It's only ever been about getting money out of elderly maga by repeating their lies back to them.

**Brandon Straka** ✔ @BrandonStraka · Mar 23              ...

I'm on my way to my probation officer today to be tested for drugs bc 2.5 yrs ago I stood OUTSIDE the Capitol for 8 mins filming a crowd & 2 open doors.

I've been sober for 8.5 yrs.

67% of Dist. of Columbia arrests were not prosecuted in 2022, overwhelmingly gun & drug crimes.

💬 985          🔁 5.4K          ♡ 20K          �004 879K          🔖  ⬆

**Kim** @Kim02213104 · Mar 24                              ...

It's sad. You are a good man. Wish you could get your punishment overturned.

💬 1          🔁          ♡          �004 73          🔖  ⬆

**DeClementia**
@DaClementMusic                                                    ...

People said Ted Bundy was nice.

12:37 AM · Mar 24, 2023 · **12** Views



**DeClementia**
@DaClementMusic                                                    ...

You know you're FOS, or you're insane. Or you're Brandon Straka and both are true.



**DeClementia**
@DaClementMusic

...

Brandon Straka was a struggling waiter/actor/hairstylist turning 40 and sick of hustling til Alex Jones gave him money to start a completely fake "movement." No thinking person believes that recitation of talking points that is his origin story.

3:50 PM · May 25, 2023 · **56** Views



**DeClementia**
@DaClementMusic

...

Brandon Straka was hired by Alex Jones to speak against LGBTQ people so maga bigots can pretend they have an ally.

3:08 PM · May 25, 2023 · **70** Views



**DeClementia**
@DaClementMusic

...

🤣😂 Brandon Straka founded walkaway (w/money from Alex Jones) after the realization that it's easier to lie to elderly maga for a living than struggle as an actor/hairstylist/waiter/aspiring-lefty-YouTuber. It's always been his slushfund,

 **DeClementia** @DaClementMusic · Mar 22

Interestingly, Brandon was protesting that day with a rapist, someone he knew from Nebraska. He was just one of the many sterling examples of maga Qrazies who Brandon Straka informed on to avoid prison for his own crimes..



seeingrednebraska.com

💬 1          ⇄          ♡          �III 28          🔖 ⬆

 **Ms. Jackie** @pr0truth · Mar 22

Oh fk off with this guilty by association BS

Look I can see you're obsessed with Brandon

Which I could honestly not give 2 shits about

💬 1          ⇄          ♡           III 22          🔖 ⬆

 **DeClementia** @DaClementMusic · Mar 22

You seem obsessed with the idea that he's an innocent victim, to the point of delusion. If that's true, the lawsuit brought by injured cops shouldn't be a problem. If only it weren't for his own video of himself inciting and cheering violence.

💬 1          ⇄          ♡          III 27          🔖 ⬆





**Ms. Jackie** @pr0truth · Mar 23
You didn't read that article did you?

Show me where they were protesting together or knew each other in that article...

Screenshot it...

I'll wait...

💬 1        ⇄        ♡        📊 13        🔖 ⬆

**DeClementia** @DaClementMusic · Mar 23
It's not in the articles genius, it's in the video. And all the rest of the people Brandon Straka snitched on were his friends, wasn't the child molester one too? How did Brandon Straka know him well enough to give them any info on him? Keep reading.

npr.org

💬 1        ⇄        ♡        📊 20        🔖 ⬆

**Ms. Jackie** @pr0truth · Mar 23
Again, the article you continue on posting as some form of proof....That's the article we're talking about...

Now post the connection between the two in that article tying the pedo to Brandon personally!!

I'm still waiting!!

💬 1        ⇄        ♡        📊 15        🔖 ⬆

**DeClementia** @DaClementMusic · Mar 23
Nah, 1st time for that one. You need to read it and see how wrong you are. Maybe you'll even delete your account. More likely you'll just double down on lies though. This is the one I was posting yesterday.

I'M A

redvoicemedia.com

💬 1        ⇄        ♡        📊 14        🔖 ⬆

**Ms. Jackie** @pr0truth · Mar 23
Because you can't

There is NO connection between that pedo and Brandon...

You liar


**DeClementia** @DaClementMusic · Mar 23                    ···
Awww, poor dear, in the NPR article they mention that he gave them personal info on someone they couldn't identify from Brandon Straka video. That's the pedo. If not, I'm sure he'll sue me. No surprise, he used to hang with Milo too 🙎

> **npr.org**
> Milo Yiannopoulos Resigns From Breitbart After Und...
> Milo Yiannopoulos is having a very bad few days.
> The 32-year-old conservative provocateur resigne...

💬 1          ⇄          ♡          �features 29          🔖          ⬆

**Ms. Jackie** @pr0truth · Mar 23                    ···
You are trying to backpeddle. This guy is NOT Milo.

Who is this guy and why do you keep posting it??



💬 1          ⇄          ♡          features 26          🔖          ⬆

**DeClementia** @DaClementMusic · Mar 23                    ···
No, This another creepy man who was with Brandon Straka, appeared in his video on #J6, and who Brandon knew enough about to inform on to the feds. Read something and learn "Straka also allegedly alerted prosecutors to the alleged participation of Gavin Crowl in the Jan. 6 attack"

💬 1          ⇄          ♡          features 49          🔖          ⬆

**Ms. Jackie** @pr0truth · Mar 23                    ···
No that is an article of a man you want to tie to Brandon and you continue on failing!!!

💬 1          ⇄          ♡          features 15          🔖          ⬆

**DeClementia**
@DaClementMusic                                            ···

Nope, it's just the facts ma'am. But you're scared of em. Brandon Straka and your heroes were demonstrating with Gavin Crowl the child molester on #J6, BS knew him well enough to inform on him to the fbi, along with BS's other friends.



**DeClementia**
@DaClementMusic                                                            ...

Brandon Straka was pallin' around with a convicted pedophile on #J6, then he turned that guy in as part of his plea deal where he informed on his friends and fellow maga. He's trying to distract from that by lying, as usual. Might still catch up to him.



**DeClementia** @DaClementMusic · Jan 14                                   ...
Yes! Brandon Straka takes maga money and makes sure it can't do anything to promote maga's hateful agenda by spending on himself, legal bills, and face fillers. He also turns in maga criminals and is the kiss of death to right wing candidates. Thanks BS!





**Brawndo Snitchka, Parody of a Snitch**                                   ...
@BrawndoSnitchka

Omaha's cosmetic surgeons need that #WalkAway donor money, gurl!

9:35 AM · Jan 14, 2023 · **29** Views

🔺Go to Top

70





**DeClementia**
@DaClementMusic                                                    ...

When Qrazies* use the word "communist" they are referring to the
definition they were taught:

* #walkaway endorsed and promotes Qanon conspiracies



1:11 PM · Dec 15, 2021



**DeClementia**
@DaClementMusic                                        ...

Also, Brandon Straka filmed himself involved in an attack on a cop;
cheering, instructing encouraging impeding an officer during a riot is a
felony. Even his Trump-appointed judge said his case was different from
other misdemeanor cases because he was inciting & promoting violenc

3:57 PM · Mar 14, 2023 · **55** Views



**DeClementia**
@DaClementMusic                                        ...

Wow, this will be a fascinating trial 🤣😂 Brandon Straka committed
worse crimes than entering a building, he filmed himself do it and
confessed. He won't make it past the initial hearing. He'll get fined, and
will make everyone else sue him.

8:40 PM · Mar 27, 2023 · **38** Views



**DeClementia**
@DaClementMusic                                                          ...

😂 sure ya have. And I have also seen video of events, his last "rally" in SD there were maybe 20 people, and at 45 yo, Brandon Straka was among the youngest. Walkaway has always been about fake accounts and getting money from elderly maga who need to believe they aren't bigots.



9:45 AM · Mar 27, 2023 · **47** Views



**DeClementia**
@DaClementMusic                                                          ...

Mostly, Brandon Straka profits from his crimes.

1:48 PM · Mar 13, 2023 · **19** Views



**DeClementia**
@DaClementMusic

⋯

Brandon Straka is paid by elderly Maga to be their gay best friend. He &tells them that voting for homophobes doesn't make you bigots. In return, they pay for his lawyers and lifestyle. It's a lucrative grift. He also informs on them when he gets arrested





**DeClementia**
@DaClementMusic

⋯

You're just another angry anonymous liar pretending Brandon Straka has done anything except get money out of other angry elderly Maga🤣 he has so many legal bills with all the crimes he committed, is that why he seems so desperate?

7:01 PM · May 29, 2023 · **33** Views



**DeClementia**
@DaClementMusic

⋯

Brandon Straka would support anything he can use to play victim and bilk elderly maga.

8:22 PM · Feb 28, 2023 · **28** Views



**DeClementia** @DaClementMusic · Oct 28, 2022                                        ···
Brandon Straka also turned in his friend the pedophile from Nebraska who was in his video. Plus we might not ever find out the rest since he's fighting to keep his records sealed "for his safety."

💬 1            ⟲            ♡ 3            ıl.            🔖    ⬆️

**Nick Again Parody (of myself)** ✿ @NickAgain8 · Oct 28, 2022          ···
You mean alleged pedophile ?
Words matter. Who else he helped the FBI with ?

💬 1            ⟲            ♡            ıl.            🔖    ⬆️

**DeClementia**                                                                      ···
@DaClementMusic

No, Straka was hanging with a convicted pedophile on #jan6.
edgemedianetwork.com/story.php?3178…

5:34 PM · Oct 28, 2022



**DeClementia**                                                                      ···
@DaClementMusic

Brandon Straka went to #jan6 with a convicted pedophile, also informed on him and others to avoid prison.



**DeClementia**                                                                      ···
@DaClementMusic

😂🤣 really? Brandon Straka is your reference? The hired token whose only source of income is lying to and for RWers? The guy who fronted a fake movement, recruited for #jan6 then informed on the people there to avoid prions? That's your guy? 🦇💩🥴
lgbtqnation.com/2022/08/federa…

1:49 AM · Sep 13, 2022





**DeClementia**
@DaClementMusic                                                     ...

Oh, she meant she doesn't want to know that people that Brandon
Straka avoided prison by snitching on his friends, followers, recruits, and
funders. Of course.



**Follow**

# MrsWalker613
@MrsWalker613

# @MrsWalker613 blocked you

You are blocked from following
@MrsWalker613 and viewing
@MrsWalker613's Tweets.

2:06 PM · Jan 25, 2023 · **19** Views

 **DeClementia**
@DaClementMusic                                              ...

When Qrazies* use the word "communist" they are referring to the definition they were taught:

* #walkaway endorsed and promotes Qanon conspiracies



1:11 PM · Dec 15, 2021



**DeClementia**
@DaClementMusic

Maybe before the fillers and selling his soul. How do alleged Satanists feel about violent felons? Brandon Straka got his charges reduced to a misdemeanor by ratting out the people he recruited.





**Sam R** 🇺🇸✝️🏳️‍🌈 @flickr2754 · Mar 1
The word "traitor" was used, repeatedly, in reference to this incident.

💬 1          🔁          ♡ 1          �III 27          🔖          ⬆

**DeClementia**
@DaClementMusic

And Brandon Straka fits the definition. So sue him.

2:01 PM · Mar 1, 2023 · **29** Views



**DeClementia** @DaClementMusic · Mar 26                                                        ···

I am basically just factually describing people who sell their minority status to elderly bigots who need someone to reassure them that they aren't elderly bigots, people like Brandon Straka, Scott Presler, and the rest of the crew of tokens4hire who figured out how desperate...

   💬 2      ⟲      ♡ 1      📊 60      🔖   ⬆️



**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                                      ···

"Elderly bigots" 😂 Is 25-45 elderly to you? Because that's the age group people like Brandon Straka and Scott Presler that comprises a majority of their audience. You're using dehumanizing and bigoted language to describe people you don't like, not describing them factually.

   💬 2      ⟲      ♡ 2      📊 101     🔖   ⬆️



**DeClementia** @DaClementMusic · Mar 26                                                         ···

🤣😂 are you that gullible or are you lying? Brandon Straka, and Scott Pressler have both only ever been attractive to elder Maga bigots, that's why they have to use stock photos to pretend otherwise



   💬 1      ⟲ 1      ♡      📊 120     🔖   ⬆️



**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                                      ···

Their web traffic and YouTube demographics say otherwise, as do their public appearances. That source, though. 😂 No wonder you're having such a difficult time. If that's your idea of a reputable news source, I have ocean front property to sell you in Flagstaff...

   💬 1      ⟲      ♡ 2      📊 59     🔖   ⬆️



**DeClementia** @DaClementMusic · Mar 26                                                         ···

Are you kidding, Brando Straka has been lucky to get a crowd of over 20 lately, and they make him look young. Scott's sick so we'll leave him alone.

   💬 2      ⟲      ♡      📊 55     🔖   ⬆️



**DeClementia**
@DaClementMusic

😂 sure ya have. And I have also seen video of events, his last "rally" in SD there were maybe 20 people, and at 45 yo, Brandon Straka was among the youngest. Walkaway has always been about fake accounts and getting money from elderly maga who need to believe they aren't bigots.



9:45 AM · Mar 27, 2023 · **48** Views

**DeClementia**
@DaClementMusic
···

🤣no you didn't. You found a lying grifter, or maybe yours is another of Brandon Straka's fake accounts. He's a convict grifter turned fbi-informant and walkaway is his slushfund for cosmetic procedures and lawyer fees.



**DeClementia**
@DaClementMusic
···

😂"movement"🤣
Don't you mean slushfund for a lying convict grifter fbi-informant with a history of violence?
🤣"people"😂





**DeClementia**
@DaClementMusic                                                    •••

And yeah, #walkaway started as a grift for an opportunist and has
become a slushfund for a convict and fbi-informant being sued by
injured cops for his confessed role in violence on #J6. Rational people
recognized what it was and what Brandon Straka is from the beginning.

7:55 AM · Mar 14, 2023 · **22** Views

---

**DeClementia**
@DaClementMusic                                                    •••

Mostly, Brandon Straka profits from his crimes.

1:48 PM · Mar 13, 2023 · **20** Views

---

**DeClementia**
@DaClementMusic                                                    •••

😂🤣no. Brandon Straka is a grifter. He gets paid to tell elderly maga
that you aren't bigots just because you vote for bigotry. He promotes
hate that gets people killed





**DeClementia**
@DaClementMusic                                    ...

I guess if you're trying to inspire lying, grifting, and violence, Brandon Straka is a role model!



**DeClementia**
@DaClementMusic                                    ...

Really Pat? That sounds like the biggest load of lies, no one is as stupid as you pretend to be. #walkaway is just a gay man spewing recycled talking points, and obviously false ones at that, to elderly maga so you don't feel bad about voting for bigots.





**DeClementia**
@DaClementMusic                                    ···

No, technology was the source of the very real fact that walkaway was a fake org that Russian bots, and others for hire, helped prop up like it was a real thing and not just a slushfund for a convict turned fbi-informant.





**DeClementia**
@DaClementMusic                                    ···

Just don't turn your back on him nor give him any info he could use to get out of prison next time he's arrested.





**DeClementia**
@DaClementMusic                                                          ...

Brandon Straka has fake accounts to give himself compliments.

8:32 PM · Mar 15, 2023 · **27** Views



**DeClementia**
@DaClementMusic                                                          ...

Brandon Straka was a struggling waiter/actor/hairstylist turning 40 and sick of hustling til Alex Jones gave him money to start a completely fake "movement." No thinking person believes that recitation of talking points that is his origin story.

3:50 PM · May 25, 2023 · **57** Views



**DeClementia**
@DaClementMusic                                                          ...

Brandon Straka was hired by Alex Jones to speak against LGBTQ people so maga bigots can pretend they have an ally.

3:08 PM · May 25, 2023 · **71** Views

**DeClementia**
@DaClementMusic                                                        ...

🤣😂 Brandon Straka founded walkaway (w/money from Alex Jones) after the realization that it's easier to lie to elderly maga for a living than struggle as an actor/hairstylist/waiter/aspiring-lefty-YouTuber. It's always been his slushfund,



**DeClementia**
@DaClementMusic                                                        ...

Nope, it's just the facts ma'am. But you're scared of em. Brandon Straka and your heroes were demonstrating with Gavin Crowl the child molester on #J6, BS knew him well enough to inform on him to the fbi, along with BS's other friends.



**DeClementia**
@DaClementMusic                                                        ...

It makes you wonder why Brandon Straka felt the need for a mob to assault an officer or why your sterling martyrs were inspired to do the rest, doesn't it?

 **DeClementia**
@DaClementMusic
⋯

Yes! Brandon Straka handed over details about his followers and funders to the fbi as part of his plea deal to avoid prison for the crimes he filmed himself commit. Now he's found a way to gather more personal info from followers! So great!

8:52 AM · Mar 16, 2023 · **22** Views

 **DeClementia**
@DaClementMusic
⋯

Thanks for helping me get the word out about a truly unrepentant and volatile criminal.




**DeClementia**
@DaClementMusic                                                                    ...

He really isn't a nice guy. And he's gotten himself banned from
businesses before just to get attention  and play the martyr. Businesses
get to choose if they support terrorists, and he's not the kind of client
that makes your business more desirable.





**DeClementia**
@DaClementMusic

⋯

Your inability to read doesn't change facts. He spreads the insane anti-LGBTQ lies that inspired the Colorado Springs shooter and the obvious lies that incited the Qrazies on #J6. Brandon Straka's bodycount is climbing.



11:44 PM · Feb 26, 2023 · **55** Views



**DeClementia**
@DaClementMusic

⋯

According to Thomas Baranyi, who had just stepped back from the same window and caught Babbit when she was shot, they had all been audibly warned. She was unwell and motivated by shameless liars like Brandon Straka, who share the guilt for her death.

12:13 PM · Feb 24, 2023 · **33** Views




**DeClementia**
@DaClementMusic                                                          ...

Brandon Straka was pallin' around with a convicted pedophile on #J6, then he turned that guy in as part of his plea deal where he informed on his friends and fellow maga. He's trying to distract from that by lying, as usual. Might still catch up to him.



**DeClementia**
@DaClementMusic                                                          ...

A white nationalist and a pro-violence convict grifter who tells lies about LGBTQ for a living? Why should anyone honor them?

11:44 AM · Jun 6, 2023 · **25** Views



**DeClementia**
@DaClementMusic                                                          ...

Right? More people standing up and making sure LGBTQ people are not treated with respect, or considered people! Brandon Straka inspired nazis who attack children's events at libraries and he wants to make sure other can't get haircuts since his salon banned him for being a 🍆

>  **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
> Congrats to GAG on winning!! /s
>
> advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **36** Views

Damage to Donors

Go to Top

92



**DeClementia**
@DaClementMusic

Never fear, As long as you keep paying, Brandon Straka will keep
repeating the lies you need to hear.

6:04 PM · Mar 23, 2023 · **20** Views



**Brandon Straka** ✔ @BrandonStraka · Mar 19

This true, Republicans? Do you hate me?

> 🐱 **TreeHuggerCatLady** @GoneTreeAgain · Mar 19
>
> Replying to @BrandonStraka
>
> Ur still gay and republicans hate you. They want to take ur rights away and consider you a groomer. Go ahead and keep walking dude.

◯ 13K          ⇄ 1.1K          ♡ 7K          � �\|\| 1.4M          🔖  ⬆

**HRsteel** ✔ @JGisSatoshi · Mar 20

I know of zero Republican's who hate gay people. I know of many who are modest (or worse) when it comes to anything sexual so they want everybody's sex life to be behind closed doors. This could easily be misconstrued as "hating" gays, but I think it's very different

◯ 1          ⇄          ♡          \|\| 29          🔖  ⬆

**DeClementia**
@DaClementMusic

100% of Republicans know they can't win anything without their bigots and zealots. You're either one of them or fine with catering to the Qrazies, either way it's political opportunism not "modesty." Brandon Straka makes his living lying for and to you.



11:21 AM · Mar 20, 2023 · **15** Views


**DeClementia**
@DaClementMusic                                                                                    ...

If you choose to trust Brandon Straka, watch your back, your personal information, and your wallet (cuz your credibility is already gone).


**DeClementia**
@DaClementMusic                                                                                    ...

🤣😂 Brandon Straka founded walkaway (w/money from Alex Jones) after the realization that it's easier to lie to elderly maga for a living than struggle as an actor/hairstylist/waiter/aspiring-lefty-YouTuber. It's always been his slushfund,





**DeClementia**
@DaClementMusic

··· 

🤣 no you didn't. You found a lying grifter, or maybe yours is another of Brandon Straka's fake accounts. He's a convict grifter turned fbi-informant and walkaway is his slushfund for cosmetic procedures and lawyer fees.





**DeClementia**
@DaClementMusic

··· 

😂🤣 no. Brandon Straka got thousands of elderly maga to send him money by lying to you. 😥



Go to Top

Drug Addiction

**DeClementia** @DaClementMusic · Mar 22                    ···
😂 anyone who isn't a white nationalist? Scott Pressler literally ran a hate group. Brandon straka is a convict & FBI informant who is being sued by injured cops. They both get paid to repeat Qrazy lies. Can you suggest Anyone who isn't making a living off desperate elderly Maga?

💬 3            ⟲            ♡            �𝅳ᶦ 38            🔖    ⬆

**Ms. Jackie** @pr0truth · Mar 22                          ···
Scott Pressler ran a hate group??? What a liar lol

💬 1            ⟲            ♡ 1          ᒐᶦ 24            🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22                    ···
Nope, a literal hate group is Scott Pressler's claim to fame. It's how he won favor with maga Qrazies. It's not a secret. apnews.com/article/7f2c96...

💬 2            ⟲            ♡            ᒐᶦ 27            🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22                    ···
Like Brandon Straka's pro-violence criminal history, Scott Pressler's hate group is public knowledge.

┌─────────────────────────────────────────────────┐
│          │ americanjournalnews.com                │
│   📇     │ Former leader of anti-Muslim hate group to be featur │
│          │ Scott Presler called the Jan. 6 insurrection at the   │
│          │ Capitol the 'largest civil rights protest in American ... │
└─────────────────────────────────────────────────┘

💬 1            ⟲            ♡            ᒐᶦ 19            🔖    ⬆


**Ms. Jackie** @pr0truth · Mar 22                          ···
Brandon Straka is a recovered heroine addict who is a reformed Democrat now republican....

💬 2            ⟲            ♡ 1          ᒐᶦ 36            🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22                    ···
Yes, we know that he's an addict. He's also a convict and a grifter and FBI informant. I don't know if those things are related, but addicts do spend a lot of time learning to lie.



🔺Go to Top

100



**DeClementia**
@DaClementMusic

· · ·

Yes dear, This is what maga calls intellectual because you hired a desperate addict who happens to be gay to tell the world that you aren't bigots. Sadly, you hired a grifter who only looks after himself. Enjoy your buyers regret!





**DeClementia**
@DaClementMusic

· · ·

Yes, we know that he's an addict. He's also a convict and a grifter and FBI informant. I don't know if those things are related, but addicts do spend a lot of time learning to lie.





**chris⊖⚔veteran🇨🇦🇩🇪** @Christo23289376 · Feb 4
@BrandonStraka good interview with Redacted 🙌🙌🙌

💬 1         ↻         ♡         ᴵˡᶦ 23         🔖 ⬆

**DeClementia**
@DaClementMusic

Is that the one where he says that gay people always made him uncomfortable at parties to the point of paranoia but forgets to mention that he's a coke addict?

12:49 AM · Feb 4, 2023 · **26** Views

 **DeClementia**
@DaClementMusic
                                                                    ...

Yes dear, This is what maga calls intellectual because you hired a
desperate addict who happens to be gay to tell the world that you aren't
bigots. Sadly, you hired a grifter who only looks after himself. Enjoy your
buyers regret!



 **DeClementia**
@DaClementMusic
                                                                    ...

Is that the one where he says that gay people always made him
uncomfortable at parties to the point of paranoia but forgets to mention
that he's a coke addict?

12:49 AM · Feb 4, 2023 · **27** Views

🔺Go to Top

103

⬆Go to Top

Felony Conduct



**Ms. Jackie** @pr0truth · Mar 22
Wait....Brandon Straka didn't even WALK into the capitol????

He did exactly what UNCHARGED Ray Epps did???

Do I have this right???

💬 1   🔁   ♡   📊 27   🔖   ↗

**DeClementia** @DaClementMusic · Mar 22
Your talking points are the usual, but you do know that crimes happen outside building, right? Brandon Straka filmed himself commit a felony outside the building. It's just a fact, unless you think he snitched for fun?

💬 1   🔁   ♡   📊 28   🔖   ↗

**Ms. Jackie** @pr0truth · Mar 22
They went after him for walkaway

Take note..He is the epitome of what a political persecution looks like

The pendulum does swing back, eventually

💬 1   🔁   ♡   📊 24   🔖   ↗

**DeClementia** @DaClementMusic · Mar 22
😂🤣no. Brandon Straka is only a threat to himself and elderly maga. He takes their money, loses elections and informs on maga Qrazies to avoid punishment for his own crimes, which he films and posts🤣 you need to find another martyr.

**ScovaNotian**🇨🇦 ✔ **@IGROWMYOWN1** · Feb 28                    •••

I am laughing at you, wasting your time trying to convince me that Straka is such a bad dude. I am all the way up in Canada and just like watching you leftists get bent out of shape over nothing.

💬 1          ⇄          ♡          �англ 16          🔖  ⬆

**DeClementia**                                                    •••
@DaClementMusic

Thanks for helping me get the word out about a truly unrepentant and volatile criminal.



 **DeClementia** @DaClementMusic · Feb 26                          ···

Hush up anonymous monkey. Actual people with names are talking about things you pretend to care about. Stop spreading lies about LGBTQ people that get us attacked and killed, especially since this is probably you.



💬 3          ↻          ♡          ıl. 45          🔖          ⬆

 **Rose of Sharon Mayer** @RozeRage · Feb 26                  ···

You made the claim that Brandon was spreading lies that "literally got people killed", yet haven't been able to produce any evidence of that.

💬 1          ↻          ♡          ıl. 20          🔖          ⬆

 **DeClementia**                                                ···
@DaClementMusic

Your inability to read doesn't change facts. He spreads the insane anti-LGBTQ lies that inspired the Colorado Springs shooter and the obvious lies that incited the Qrazies on #J6. Brandon Straka's bodycount is climbing.



11:44 PM · Feb 26, 2023 · **54** Views


**DeClementia**
@DaClementMusic                                                                          •••

Brandon Straka is a confessed felon being sued by injured cops for his admitted and filmed role in violence on #J6. He used Qanon lies to recruit rioters then informed on them when he got caught in order to lessen his punishment.




**DeClementia**
@DaClementMusic                                                                          •••

You know that crimes happen outside buildings right? That's where Brandon Straka filmed himself commit a felony, posted the video, and is now pretending it didn't happen. At least y'all stopped pretending to #backtheblue but do you really need a gay token this bad? 🤣



recorded on his showing a mob attacking the Capitol, and I provided it to help with his defense on 12/4/21.

And then he ghosted me, refusing to help amplify my #Jan6 video or even return my repeated emails.

Now I know why.

What did you tell the #FBI, B? I hope you recorded our conversation and did not embellish



**DeClementia**
@DaClementMusic                                               • • •

Oh, the victimhood 🦇💩🤡. Brandon Straka filmed himself commit federal crimes and a felony, incited and encouraged others to do worse, and all for the obvious lies. Now he takes money to lie about LGBTQ people and invite more violence. A business can choose not to serve Qrazies.

6:35 PM · Feb 27, 2023 · **38** Views



**DeClementia**
@DaClementMusic                                               • • •

Brandon Straka conveniently forgets that he he confessed to a chargeable felony because he posted video of himself commit the crime. His charge was reduced to a misdemeanor because he informed on his friends and followers.



**DeClementia**
@DaClementMusic                                               • • •

I did watch the video and saw Brandon Straka commit federal crimes and a felony just like he admitted to, and his Trump appointed judge agreed

Zoe Tillman ✓ @ZoeTillman · Jan 24, 2022   • • •



**DeClementia**
@DaClementMusic

⋯

you know that he confessed to a felony, right? And you know how Brandon Straka got his charges reduced?





**DeClementia**
@DaClementMusic

•••

Unlike your red herring, we have video of Brandon Straka committing feseral crimes and a felony because he posted it himself. We also see Brandon take money from elderly maga to repeat your lies back to you, lose elections, and snitch on maga buddies to avoid prison. Grifter 👍



2:44 PM · Mar 25, 2023 · **31** Views


**DeClementia**
@DaClementMusic                                                    ...

Interesting deflection. I know that Brandon Straka confessed to a felony
because it was what everyone could see in his own video. I also know
that Qrazies try to distract from your violent heroes using anything you
can. Enjoy your grifter & watch your back



 **Brandon Straka** ✔ @BrandonStraka · Aug 8, 2022                        ···
The FBI raiding Trump will only be the beginning. I've been trying as hard as
I can to get the right to listen. God help us all.



0:17

💬 932          ⟲ 5.4K          ♡ 16K          ᶦ�lᵢ               🔖    ⬆

 **Sylvia** @mclellan2018 · Feb 15                                       ···
I saw your interview on Redacted and I wept for you and for this great
nation. 😭😱😭

💬 1            ⟲              ♡ 1            ᶦlᵢ 154          🔖    ⬆

👤 **DeClementia** @DaClementMusic · Feb 15                                    ···
Was it the part where he filmed himself commit federal crimes and a
chargeable felony, or when he was genius enough to post the video?😂the
injured cops who are suing him or how he avoided prison by informing on
followers and funders? #brandonstraka





**Sylvia** @mclellan2018 · Feb 18

Hey De Dementia dude, I guess UR a hueco de culo!!! And that's why you have time to post garbage against people that doubt think like you. I suspect this is you're day job bc you can't do anything else for a living.TONTO!

💬 1          🔁          ♡          �III 20          🔖  ⬆️



**DeClementia**
@DaClementMusic                                    ...

Brandon Straka is paid to tell elderly maga that you aren't bigots just cuz you vote for hate, he's a confessed felon who avoided prison by informing on his fellow maga Qrazies. You don't get to use a token4hire to deny the right's bigotry but enjoy him🤣😂




**DeClementia**
@DaClementMusic                                                              ...

Brandon Straka is a confessed felon being sued by injured cops for his admitted and filmed role in violence on #J6. He used Qanon lies to recruit rioters then informed on them when he got caught in order to lessen his punishment.




**DeClementia**
@DaClementMusic                                                              ...

A January 6 felon convict (who informed his way out of prison time) is in NYC. Keep your eyes peeled for a domestic terrorist.



**DeClementia**
@DaClementMusic

···

Maybe before the fillers and selling his soul. How do alleged Satanists feel about violent felons? Brandon Straka got his charges reduced to a misdemeanor by ratting out the people he recruited.



11:48 PM · Mar 26, 2023 · **40** Views



**DeClementia**
@DaClementMusic

I did watch the video and saw Brandon Straka commit federal crimes and a felony just like he admitted to, and his Trump appointed judge agreed

Zoe Tillman 🔵 @ZoeTillman · Jan 24, 2022    ···



**DeClementia**
@DaClementMusic

Brandon Straka literally filmed himself commit federal crimes and a felony; he avoided prosecution for those crimes by informing on friends and supporters. He's super proud that he keeps getting money from elderly maga dupes



2:01 PM · Jun 5, 2023 · **71** Views

 **DeClementia**
@DaClementMusic

⋯

Interesting deflection. I know that Brandon Straka confessed to a felony because it was what everyone could see in his own video. I also know that Qrazies try to distract from your violent heroes using anything you can. Enjoy your grifter & watch your back



1:09 AM · Mar 24, 2023 · **26** Views

🔺Go to Top                                                                    119

**Donita Dacus** @donita_dacus · Mar 20                                    ...
No. Look up Brandon Straka...on the premises FILMING, never got closer to
the door than 30 feet. FBI raid at 6am, thrown in jail and forced to admit to
a crime HE DID NOT COMMIT. There are dozens of these stories. Change
your channel, pal. All is NOT what it seems.

💬 1              ⟲              ♡ 1              ⅈⅼ 46              🔖 ⬆

**DeClementia** @DaClementMusic · Mar 20                                   ...
Brandon Straka literally filmed himself commit federal crimes and a felony
in a restricted area during a violent riot. Injured cops are suing him for his
confessed role in violence, that matches his video. He's lucky his Trump-
appointed judge let him snitch to avoid prison.

💬 1              ⟲              ♡              ⅈⅼ 64              🔖 ⬆

**Donita Dacus** @donita_dacus · Mar 20                                    ...
Wrong...go deeper in your Google search, or better yet, try ddg. He did
nothing wrong.

💬 2              ⟲              ♡ 1              ⅈⅼ 58              🔖 ⬆

This Post is from an account that no longer exists. Learn more

**ilaks** ✓ @ilaks · Mar 20                                                ...
My point is that a court needs to see all available evidence, so why these
video clips were not presented in court is more of a legal question that has
to be addressed.  We can state what we think happened, but we can't
convict anyone - only the court can do that.  There are...
Show more

💬 1              ⟲              ♡              ⅈⅼ 35              🔖 ⬆

**Donita Dacus** @donita_dacus · Mar 21                                    ...
The FBI said it was his voice that was on the video, he said it wasn't. Based
on that, they were prosecuting. You do realize that there over 50 J6
defendants in the DC jail who have not been charged, denied their due
process right to go before a judge within 48 hrs to be charged?

💬 1              ⟲              ♡ 1              ⅈⅼ 40              🔖 ⬆

**DeClementia** @DaClementMusic · Mar 21                                   ...
Brandon Straka said it was his own voice on the video. Grow up. Why do
y'all need a gay token so bad? You pay him, he's the kiss of death to
candidates, he eats on fellow maga, he's being sued by injured cops...
surely you can find another desperate broke gay to lie for you?

💬 3              ⟲              ♡ 1              ⅈⅼ 61              🔖 ⬆

Grifting



**DeClementia**
@DaClementMusic

Brandon Straka is a convict grifter, he says whatever gets the Qrazies riled up no matter how racist and stupid it is. On the good side, he's the kiss of death to candidates, takes their money & rats on criminal maga when he needs to avoid prison.



12:31 PM · Jan 31, 2023 · **35** Views

**DeClementia**
@DaClementMusic

And "movement" 🤣😂 #walkaway is a slushfund for a convict grifter turned fbi-informant. It's only ever been fake accounts and die hard Qrazies posing as former Dems.



 **DeClementia**
@DaClementMusic

···

Really Pat? That sounds like the biggest load of lies, no one is as stupid as you pretend to be. #walkaway is just a gay man spewing recycled talking points, and obviously false ones at that, to elderly maga so you don't feel bad about voting for bigots.





**DeClementia**
@DaClementMusic                                                                 ⋯

No, technology was the source of the very real fact that walkaway was a
fake org that Russian bots, and others for hire, helped prop up like it was
a real thing and not just a slushfund for a convict turned fbi-informant.





**DeClementia**
@DaClementMusic                                                                 ⋯

😂🤣 Alex Jones gave him the start up money. It's only ever been about
getting money out of elderly maga by repeating their lies back to them.
Let's look at the organic beginnings of #walkaway





**DeClementia**
@DaClementMusic

"Like normal grifters, you lie to get elderly maga to support you."

7:47 AM · Jan 27, 2023 · **24** Views



**DeClementia**
@DaClementMusic

Wait, Brandon Straka the convict grifter who is being sued by injured cops for his confessed role in violence? The guy who took down his FB page when people noticed that all the "testimonials" were anonymous. The guy who lives off lying to elderly maga?





**HeatherLilly** @hcsmassage · Mar 21                                         •••
#WalkAway or #WalkWith come join a positive, empowering community on
#WalkAwaySocial @BrandonStraka
Together we will effect positive change for America! 🇺🇸

## Our Mission

The #WalkAway Campaign is dedicated to bringing
Americans together to #WalkAway from intolerance and
societal discord; to leave identity politics behind; and to
walk towards unity, civility, respect, and the American
ideals of life, liberty and the pursuit of happiness for all.

💬 2              🔁              ♡ 3              ᐧ�造 101              🔖    ↥



**DeClementia**                                                              •••
@DaClementMusic

🤣"positive" (run by one of the meanest convict grifters known to
Twitter) "community" (a bunch of anonymous accounts who bond over
the fact that Brandon Straka is a gay man who gets paid to spread
disgusting and violence inciting lies about LGBTQ people).





**DeClementia**
@DaClementMusic                                          ⋯

Brandon Straka was a struggling waiter/actor/hairstylist turning 40 and sick of hustling til Alex Jones gave him money to start a completely fake "movement." No thinking person believes that recitation of talking points that is his origin story.

3:50 PM · May 25, 2023 · **56** Views



**DeClementia**
@DaClementMusic                                          ⋯

A white nationalist and a pro–violence convict grifter who tells lies about LGBTQ for a living? Why should anyone honor them?

11:44 AM · Jun 6, 2023 · **24** Views



**DeClementia**
@DaClementMusic

Yes dear, This is what maga calls intellectual because you hired a desperate addict who happens to be gay to tell the world that you aren't bigots. Sadly, you hired a grifter who only looks after himself. Enjoy your buyers regret!



queerty.com                          QUEERTY*

1:01 AM · Mar 23, 2023 · **46** Views


**DeClementia**
@DaClementMusic                                                          ···

Yes, we know that he's an addict. He's also a convict and a grifter and FBI informant. I don't know if those things are related, but addicts do spend a lot of time learning to lie.




**DeClementia**
@DaClementMusic                                                          ···

A hero! Will you donate to the legal fund for injured cops or are y'all over pretending to #backtheblue? It's fun to watch dupes donate to a grifter who only uses it for face filler and travel upgrades.

11:48 PM · Jul 10, 2023 · **16** Views



**DeClementia** @DaClementMusic · Mar 26                                                ···
Nope, bitches have strawmen. That's all, bitch pitching tired talking points even when they're irrelevant.

   💬 2              ⟲              ♡              ⅈⅈ 67              🔖   ⬆

**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                            ···
It's completely relevant because you're sat there calling people "tokens4hire" over and over throughout this thread.

   💬 2              ⟲              ♡ 2            ⅈⅈ 63              🔖   ⬆

**DeClementia** @DaClementMusic · Mar 26                                                ···
Yes, gay people. Cute stretch though.

   💬 1              ⟲              ♡              ⅈⅈ 54              🔖   ⬆

**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                            ···
Not really, considering that's a slur usually reserved for POC, more specifically black Republicans, which is why I said that. But in that same vein, it's still pretty hypocritical and bigoted to call members of the LGBT community "tokens4hire".

   💬 1              ⟲              ♡ 1            ⅈⅈ 43              🔖   ⬆

**DeClementia** @DaClementMusic · Mar 26                                                ···
Maybe you use it as a slur for POC. That's called projection.

   💬 1              ⟲              ♡              ⅈⅈ 48              🔖   ⬆

**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                            ···
The problem with your accusation is that I detest that term, along with the other dehumanizing language that people such as yourself like to use, so I don't use them. You, on the other hand, have used it several times to describe LGBT people.

You're the one projecting.

   💬 1              ⟲              ♡ 2            ⅈⅈ 42              🔖   ⬆

**DeClementia** @DaClementMusic · Mar 26                                                ···
I am basically just factually describing people who sell their minority status to elderly bigots who need someone to reassure them that they aren't elderly bigots, people like Brandon Straka, Scott Presler, and the rest of the crew of tokens4hire who figured out how desperate...

   💬 2              ⟲              ♡ 1            ⅈⅈ 58              🔖   ⬆

**BitchesLoveCannons** @RC_Bacon77 · Mar 26                                            ···
"Elderly bigots" 😂 Is 25-45 elderly to you? Because that's the age group people like Brandon Straka and Scott Presler that comprises a majority of their audience. You're using dehumanizing and bigoted language to describe people you don't like, not describing them factually.

   💬 2              ⟲              ♡ 2            ⅈⅈ 99              🔖   ⬆

 **DeClementia** @DaClementMusic · Mar 26   •••

🤣😂 are you that gullible or are you lying? Brandon Straka, and Scott Pressler have both only ever been attractive to elder Maga bigots, that's why they have to use stock photos to pretend otherwise



💬 1     🔁 1          ♡          ılıl 118          🔖  ⬆️

 **BitchesLoveCannons** @RC_Bacon77 · Mar 26   •••

Their web traffic and YouTube demographics say otherwise, as do their public appearances. That source, though. 😂 No wonder you're having such a difficult time. If that's your idea of a reputable news source, I have ocean front property to sell you in Flagstaff...

💬 1     🔁          ♡ 2          ılıl 57          🔖  ⬆️

 **DeClementia** @DaClementMusic · Mar 26   •••

Are you kidding, Brando Straka has been lucky to get a crowd of over 20 lately, and they make him look young. Scott's sick so we'll leave him alone.

💬 2     🔁          ♡          ılıl 53          🔖  ⬆️

This Post is from a suspended account. Learn more

 **DeClementia** @DaClementMusic · Mar 26   •••

Why would I want attention from a convict grifter? The kind of attention that fbi-informant Brandon Straka gives isn't interesting to sane people.





**DeClementia** @DaClementMusic · Mar 26   ···

This is always the last ditch effort of Qrazies, but I'm curious. Do RWers think that exposing each other as criminal con artists is flirting? Do you propose by posting how venal and cowardly your beloved is? There is nothing hot about Brandon Straka.



queerty.com                                                QUEERTY*

💬 1              ↻              ♡              📊 35                  🔖  ⬆️

This Post is from a suspended account. Learn more



**DeClementia**                                              ···
@DaClementMusic

Maybe before the fillers and selling his soul. How do alleged Satanists feel about violent felons? Brandon Straka got his charges reduced to a misdemeanor by ratting out the people he recruited.



redvoicemedia.com

11:48 PM · Mar 26, 2023 · **39** Views



**DeClementia**
@DaClementMusic                                                    •••

People from the PNW don't need a convict grifter flying in to promote violence. Let's hope Brandon Straka is on better behavior than his past crime sprees.

 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jan 7



**DeClementia**
@DaClementMusic                                                    •••

Brandon Straka literally filmed himself commit federal crimes and a felony; he avoided prosecution for those crimes by informing on friends and supporters. He's super proud that he keeps getting money from elderly maga dupes




**DeClementia**
@DaClementMusic

You are so desperate to deny reality about your creepy gay token, really using all the lame insults you can to try to make this about anything except your lies to defend your pet gay and his documented criminal grifting and snitching.



 **DeClementia**
@DaClementMusic

Unlike your red herring, we have video of Brandon Straka committing feseral crimes and a felony because he posted it himself. We also see Brandon take money from elderly maga to repeat your lies back to you, lose elections, and snitch on maga buddies to avoid prison. Grifter 👍



2:44 PM · Mar 25, 2023 · **31** Views


**DeClementia**
@DaClementMusic                                                                              • • •

🤣no you didn't. You found a lying grifter, or maybe yours is another of
Brandon Straka's fake accounts. He's a convict grifter turned fbi-
informant and walkaway is his slushfund for cosmetic procedures and
lawyer fees.





**DeClementia**
@DaClementMusic

Interesting deflection. I know that Brandon Straka confessed to a felony because it was what everyone could see in his own video. I also know that Qrazies try to distract from your violent heroes using anything you can. Enjoy your grifter & watch your back





**DeClementia**
@DaClementMusic

😂🤣no. Brandon Straka is only a threat to himself and elderly maga. He takes their money, loses elections and informs on maga Qrazies to avoid punishment for his own crimes, which he films and posts🤣 you need to find another martyr.

9:38 PM · Mar 22, 2023 · **29** Views



**DeClementia**
@DaClementMusic                                              ...

Right? Turn in more maga criminals! ASAP. Brandon Straka takes maga money, loses every election he pretends to work for, and then turns in maga criminals to avoid prison for his own crimes. What's not to love?!?!





**DeClementia**
@DaClementMusic

Yes, Brandon straka is a middle aged gifter convict and fbi-informant who you have to pay to repeat your lies back to you. Those lies about LGBTQ people have consequences, but maybe that's the feature not the big for you?



scientificamerican.com

6:58 AM · Mar 21, 2023 · **40** Views

**DeClementia**
@DaClementMusic

😂"movement"🤣
Don't you mean slushfund for a lying convict grifter fbi-informant with a history of violence?
🤣"people"😂



**DeClementia** @DaClementMusic · Feb 24          ···
Brandon Straka is just a convict grifter promoting hate and violence, yet
somehow he keeps getting people's attention.

💬 1          🔁          ♡          �iⅼ  24          🔖  ⬆️

**lelev7** @Goodlelev7 · Feb 24          ···
I don't agree with you

💬 1          🔁          ♡          ⅰⅼ  18          🔖  ⬆️

This Post is unavailable. Learn more

**lelev7** @Goodlelev7 · Feb 24          ···
Im struggling a hard time understanding your point. How is a nice man like
Brandon a bad person? He seems passionate and unbiased

💬 1          🔁          ♡          ⅰⅼ  16          🔖  ⬆️

**DeClementia**          ···
@DaClementMusic

😂🤣no. Brandon Straka is a grifter. He gets paid to tell elderly maga
that you aren't bigots just because you vote for bigotry. He promotes
hate that gets people killed





**DeClementia**
@DaClementMusic

I guess if you're trying to inspire lying, grifting, and violence, Brandon Straka is a role model!



🟤 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jan 7



**DeClementia**
@DaClementMusic

Brandon Straka only cares about opening wallets. Elderly maga send money as long as he keeps pretending walkaway is real. It's a clever grift.



 **DeClementia** @DaClementMusic · Feb 18   •••

😂neat story. I'm not like Brandon Straka who couldn't make a living as an actor, hairdresser, nor a lefty YouTuber like he tried, but he finally figured out that elderly maga will pay tokens to lie to you. He takes your money, loses elections, and rats🐀



💬 4   🔁   🤍   📊 18   🔖 ⬆️

 **Sylvia** @mclellan2018 · Feb 18   •••

Your probably in love with B Straka and he probably wants nothing to do w/you!😂🤣😂

💬 1   🔁   🤍   📊 16   🔖 ⬆️

 **DeClementia** @DaClementMusic · Feb 18   •••

Why do Qrazies think that exposing someone as a lying grifter fraud is flirting? Is that how y'all find your mates? What is it about a convict who rats on his friends that you think is so attractive?



💬 3   🔁   🤍 1   📊 28   🔖 ⬆️

 **Sylvia** @mclellan2018 · Feb 18   •••

Its evident yours is a case of unrequited love with B Straka 😂😅🤣😂

💬 1   🔁   🤍   📊 19   🔖 ⬆️

 **DeClementia**
@DaClementMusic                                                         ...

Are you attracted to prolific liars and con artists? Cuz I am not. Don't let me get in your way.



 **DeClementia**
@DaClementMusic                                                         ...

A hero! Will you donate to the legal fund for injured cops or are y'all over pretending to #backtheblue? It's fun to watch dupes donate to a grifter who only uses it for face filler and travel upgrades.

11:48 PM · Jul 10, 2023 · **17** Views

**DeClementia** @DaClementMusic · Nov 11, 2021                                    ⋯
I'd be careful, #wakaway is a notoriously fake grift started by a guy who
was just found guilty for his involvement in Jan 6. Be extra careful if (more
likely when) they ask for money.



💬 2                    ⇄                    ♡                    ᴵᶦᶫ                    🔖    ⬆️

**Rule Of Law, please.** @BayAreaForMAGA · Nov 11, 2021                          ⋯
One count of disorderly conduct. Last year's riots were deadly and more
destructive. I know #walkaway well from its origins. Brandon only started it
after an ah hah moment then it took on a life of its own. The rallies were
huge and not about Brandon. It became a movement.

💬 1                    ⇄                    ♡                    ᴵᶦᶫ                    🔖    ⬆️

**DeClementia** @DaClementMusic · Nov 11, 2021                                    ⋯
Of course those rallies were huge 😉 (they weren't) (Portland, stay awake:
you found a recruiter). Brandon Straka's plea deal for his Jan 6 included his
confession where he detailed his role in instructing and encouraging an
attack on a cop.

**Rule Of Law, please.** @BayAreaForMAGA · Nov 11, 2021                          ⋯
My point isn't to highlight Brandon who isn't a god. There was one large
rally in SF and later a huge rally at the Golden Gate Bridge. We were there
to meet like minded people. And, boy, people are suddenly upset about
cops getting hurt. It's odd timing considering last summer.

💬 1                    ⇄                    ♡ 1                  ᴵᶦᶫ                    🔖    ⬆️

**DeClementia**
@DaClementMusic                                                                  ⋯

It's stranger how the #backtheblue crew gets so quiet when one or some
of your own do the attacking. And no one thinks Brandon is a god,
except maybe all the Qanon Qrazies who he promoted and endorsed
and recruited for the violence at the Capitol.

11:55 AM · Nov 11, 2021

 **BitchesLoveCannons** @RC_Bacon77 · Mar 27                                    •••
Oh, please. You only believe things that confirm your misconceptions. That much is clearly demonstrated from every interaction you've had on this thread.

  💬 1      🔁      ❤️ 2      📊 50      🔖  ⬆️

 **DeClementia** @DaClementMusic · Mar 27                                    •••
You're the one who has been caught lying more than once, and all to defend a convict grifter, fbi-informant who is being sued by injured cops for his confessed role in violence. One of us has a credibility deficit.



queerty.com                                                                  QUEERTY*

  💬 1      🔁      ❤️      📊 48      🔖  ⬆️

 **BitchesLoveCannons** @RC_Bacon77 · Mar 27                                    •••
Except I haven't lied.  I also haven't really defended Straka. I've simply pointed out the flaws in your piss poor arguments. You've posted about Straka to the point that it's obsessive. Brandon lives rent free in your head. 😆

  💬 2      🔁      ❤️ 2      📊 47      🔖  ⬆️

 **DeClementia** @DaClementMusic · Mar 27                                    •••
All you've done is lie, except when you try to distract with creepy projections and innuendo because you know you lied and are defending a violent convict grifter. His Trump-appointed judge went easy but identified his real character.



**BitchesLoveCannons** @RC_Bacon77 · Mar 27

You keep going on about Straka like I give a shit. I don't. The only thing you're demonstrating is your obsession with him.

Also, it isn't my fault you look like Hunter Biden ordered off Wish. That's a you problem. Maybe don't look like a nonce and people won't call you one.

💬 1        ↻        ♡ 2        ‖ 73        🔖  ⬆



**DeClementia**
@DaClementMusic

You are so desperate to deny reality about your creepy gay token, really using all the lame insults you can to try to make this about anything except your lies to defend your pet gay and his documented criminal grifting and snitching.





**DeClementia**
@DaClementMusic

😂🤣no. Brandon Straka is only a threat to himself and elderly maga. He takes their money, loses elections and informs on maga Qrazies to avoid punishment for his own crimes, which he films and posts🤣 you need to find another martyr.

9:38 PM · Mar 22, 2023 · **32** Views



**DeClementia**
@DaClementMusic                                        ...

Right? Turn in more maga criminals! ASAP. Brandon Straka takes maga money, loses every election he pretends to work for, and then turns in maga criminals to avoid prison for his own crimes. What's not to love?!?!



**DeClementia**
@DaClementMusic                                        ...

😂"movement"🤣
Don't you mean slushfund for a lying convict grifter fbi-informant with a history of violence?
🤣"people"😂





**DeClementia**
@DaClementMusic

Brandon Straka is paid by elderly Maga to be their gay best friend. He &tells them that voting for homophobes doesn't make you bigots. In return, they pay for his lawyers and lifestyle. It's a lucrative grift. He also informs on them when he gets arrested





**DeClementia**
@DaClementMusic

😂🤣no. Brandon Straka is a grifter. He gets paid to tell elderly maga that you aren't bigots just because you vote for bigotry. He promotes hate that gets people killed



🔺Go to Top                                                                    150

 **DeClementia**
@DaClementMusic                                                    · · ·

I guess if you're trying to inspire lying, grifting, and violence, Brandon
Straka is a role model!

 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jan 7

 **DeClementia**
@DaClementMusic                                                    · · ·

Brandon Straka only cares about opening wallets. Elderly maga send
money as long as he keeps pretending walkaway is real. It's a clever grift.



 **DeClementia**
@DaClementMusic                                                    · · ·

Citation required. Exposing lying grifters is a free service, no hate
involved. Just remember what happens to people who trust a proven
lying grifter convict like Brandon Straka

 **DeClementia**
@DaClementMusic
···

🤣😂 "movement" #slushfund for a lying grifter convict and fbi
informant. He takes money from Maga to repeat their lies back to you.
Then he informs on maga when he needs to avoid prison. Masterful grift.



 **DeClementia**
@DaClementMusic
···

Um, no. And what a weird question. I'm curious about what happened.
I'm just a gay musician who wants to make sure that we all know that the
gay man maga stands behind when you need to make homophobic
assaults is a grifter, fraud, criminal

5:20 PM · Feb 2, 2023 · **22** Views



**DeClementia**
@DaClementMusic                                            ...

Brandon Straka is a convict grifter, he says whatever gets the Qrazies
riled up no matter how racist and stupid it is. On the good side, he's the
kiss of death to candidates, takes their money & rats on criminal maga
when he needs to avoid prison.



12:31 PM · Jan 31, 2023 · **36** Views



**DeClementia**
@DaClementMusic

"Like normal grifters, you lie to get elderly maga to support you."

7:47 AM · Jan 27, 2023 · **25** Views

**DeClementia**
@DaClementMusic

🤣 "positive" (run by one of the meanest convict grifters known to Twitter) "community" (a bunch of anonymous accounts who bond over the fact that Brandon Straka is a gay man who gets paid to spread disgusting and violence inciting lies about LGBTQ people).



Inciting Criminal Conduct



**DeClementia**
@DaClementMusic

You mean people like Brandon Straka who trade information about the friends and followers they recruited for a deadly attack, so they avoid prison for their more serious crimes.



 **HeatherLilly** @hcsmassage · Mar 21                              ···
#WalkAway or #WalkWith come join a positive, empowering community on
#WalkAwaySocial @BrandonStraka
Together we will effect positive change for America! 🇺🇸

## Our Mission

The #WalkAway Campaign is dedicated to bringing
Americans together to #WalkAway from intolerance and
societal discord; to leave identity politics behind; and to
walk towards unity, civility, respect, and the American
ideals of life, liberty and the pursuit of happiness for all.

💬 2          🔁          ♡ 3          📊 101                    🔖  ⬆️

 **DeClementia**                                                  ···
@DaClementMusic

🤣"positive" (run by one of the meanest convict grifters known to
Twitter) "community" (a bunch of anonymous accounts who bond over
the fact that Brandon Straka is a gay man who gets paid to spread
disgusting and violence inciting lies about LGBTQ people).





**DeClementia** @DaClementMusic · Mar 22
🙄 anyone who isn't a white nationalist? Scott Pressler literally ran a hate group. Brandon straka is a convict & FBI informant who is being sued by injured cops. They both get paid to repeat Qrazy lies. Can you suggest Anyone who isn't making a living off desperate elderly Maga?

💬 3        🔁        ♡        📊 38        🔖  ⬆

**Ms. Jackie** @pr0truth · Mar 22
Scott Pressler ran a hate group??? What a liar lol

💬 1        🔁        ♡ 1        📊 24        🔖  ⬆

**DeClementia** @DaClementMusic · Mar 22
Nope, a literal hate group is Scott Pressler's claim to fame. It's how he won favor with maga Qrazies. It's not a secret. apnews.com/article/7f2c96…

💬 2        🔁        ♡        📊 27        🔖  ⬆

**DeClementia** @DaClementMusic · Mar 22
Like Brandon Straka's pro-violence criminal history, Scott Pressler's hate group is public knowledge.

> 📰    americanjournalnews.com
>        Former leader of anti-Muslim hate group to be featur
>        Scott Presler called the Jan. 6 insurrection at the
>        Capitol the 'largest civil rights protest in American …

💬 1        🔁        ♡        📊 19        🔖  ⬆

**Ms. Jackie** @pr0truth · Mar 22
Brandon Straka is a recovered heroine addict who is a reformed Democrat now republican....

💬 2        🔁        ♡ 1        📊 36        🔖  ⬆

**DeClementia** @DaClementMusic · Mar 22
Yes, we know that he's an addict. He's also a convict and a grifter and FBI informant. I don't know if those things are related, but addicts do spend a lot of time learning to lie.

💬 1        🔁        ♡        📊 23        🔖  ⬆



This Post is from a suspended account. Learn more

**DeClementia** @DaClementMusic · Mar 22
🙄 which league is that? The token for hire taking money from elderly Maga convict league? The kiss of death to any candidate league? The let me rat on you to avoid prison for my own crimes league? that is Brandon Straka's résumé.



💬 1        🔁        ♡        📊 32        🔖  ⬆

**DeClementia** @DaClementMusic · Mar 1                                    ⋯

What about when a Qrazed and volatile convict starts a harassment campaign against a business for protecting their profits and employees? Does the business have legal recourse?

💬 1          ↺          ♡ 1          ᴉ|ᴉ 24          🔖     ⬆

**nullset** @entrope99 · Mar 1                                              ⋯

It's America you can sue over anything.  Since no legal proceedings are in process he is free to disseminate his side of this story and Garbo's has the ability to do the same.  With Garbo's business choice comes the media exposure for better or worse.

💬 1          ↺          ♡          ᴉ|ᴉ 23          🔖     ⬆

**DeClementia** @DaClementMusic · Mar 1                                    ⋯

After Brandon Straka spread the lies that incited unstable people to violently attack their own Capitol, shouldn't he be more careful before disseminating more questionable claims? According to locals, the salon is getting death threats. Are any of those from Brandon?

💬 1          ↺          ♡ 1          ᴉ|ᴉ 43          🔖     ⬆

**nullset** @entrope99 · Mar 1                                              ⋯

That's what the legal system is for – sorting lies from fact. Even works sometimes if there is insufficient corruption.  Opinions do not equal facts.

💬 1          ↺          ♡          ᴉ|ᴉ 31          🔖     ⬆

**DeClementia**                                                            ⋯
@DaClementMusic

Can a manager or corporation be sued for forcing their employees into close quarters with a volatile criminal with a history of making false claims and lashing out at people when he feels ignored or just needs money? #brandonstraka

3:00 PM · Mar 1, 2023 · **30** Views



**DeClementia**
@DaClementMusic                                                      ⋯

Me too! I told them I respect how they protect their employees from
volatile criminals who promote violence and hatred like Brandon Straka
does to make a living.

10:00 PM · Feb 28, 2023 · **39** Views

**DeClementia**
@DaClementMusic                                                      ⋯

According to Thomas Baranyi, who had just stepped back from the same
window and caught Babbit when she was shot, they had all been audibly
warned. She was unwell and motivated by shameless liars like Brandon
Straka, who share the guilt for her death.

12:13 PM · Feb 24, 2023 · **32** Views

**DeClementia**
@DaClementMusic                                                      ⋯

Right? More people standing up and making sure LGBTQ people are not
treated with respect, or considered people! Brandon Straka inspired
nazis who attack children's events at libraries and he wants to make sure
other can't get haircuts since his salon banned him for being a 🍆

> 🟣 **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
> Congrats to GAG on winning!! /s
>
> advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **35** Views



**DeClementia**
@DaClementMusic                                                        ...

It's stranger how the #backtheblue crew gets so quiet when one or some
of your own do the attacking. And no one thinks Brandon is a god,
except maybe all the Qanon Qrazies who he promoted and endorsed and
recruited for the violence at the Capitol.

11:55 AM · Nov 11, 2021



**DeClementia**
@DaClementMusic                                                        ...

Watching Brandon Straka freak out, lie and accuse anyone of whatever
he thinks will distract from the fact that he spread lies to recruit for a
violent attack, bragged about it, then informed on his recruits tells me
his sobriety isn't what he claims it is or anything to emulate.

3:10 PM · Jan 18, 2023 · **38** Views


**DeClementia**
@DaClementMusic                                     · · ·

Brandon Straka is a confessed felon being sued by injured cops for his admitted and filmed role in violence on #J6. He used Qanon lies to recruit rioters then informed on them when he got caught in order to lessen his punishment.




**DeClementia**
@DaClementMusic                                     · · ·

Oh, the victimhood 🦇💩🤣. Brandon Straka filmed himself commit federal crimes and a felony, incited and encouraged others to do worse, and all for the obvious lies. Now he takes money to lie about LGBTQ people and invite more violence. A business can choose not to serve Qrazies.

6:35 PM · Feb 27, 2023 · **38** Views



**DeClementia**
@DaClementMusic

•••

Also, Brandon Straka filmed himself involved in an attack on a cop; cheering, instructing encouraging impeding an officer during a riot is a felony. Even his Trump-appointed judge said his case was different from other misdemeanor cases because he was inciting & promoting violenc

3:57 PM · Mar 14, 2023 · **55** Views



**DeClementia**
@DaClementMusic

•••

Brandon Straka is a confessed felon being sued by injured cops for his admitted and filmed role in violence on #J6. He used Qanon lies to recruit rioters then informed on them when he got caught in order to lessen his punishment.





**DeClementia**
@DaClementMusic                                                    ...

😂🤣 really? Brandon Straka is your reference? The hired token whose
only source of income is lying to and for RWers? The guy who fronted a
fake movement, recruited for #jan6 then informed on the people there to
avoid prions? That's your guy? 🦇💩🤪
lgbtqnation.com/2022/08/federa...

1:49 AM · Sep 13, 2022



**DeClementia**
@DaClementMusic                                                    ...

Interesting how he keeps that video so private. It's almost like it doesn't
really support his new version of his story which doesn't match his
confession nor witness testimony that he instructed and cheered
violence, rushed cops and got gassed.



**DeClementia**
@DaClementMusic                                                    ...

More to the point, Brandon Straka's only source of income in lying to
(mostly elderly) conservatives. It's a mutually abusive relationship: he
recruited for #jan6 then informed on his co-rioters. It's a big hot mess
but he keeps making money.



**DeClementia** @DaClementMusic · Nov 11, 2021
I'd be careful, #wakaway is a notoriously fake grift started by a guy who was just found guilty for his involvement in Jan 6. Be extra careful if (more likely when) they ask for money.

💬 2          �moji          ♡          ılıl          🔖 ⬆

**Rule Of Law, please.** @BayAreaForMAGA · Nov 11, 2021
One count of disorderly conduct. Last year's riots were deadly and more destructive. I know #walkaway well from its origins. Brandon only started it after an ah hah moment then it took on a life of its own. The rallies were huge and not about Brandon. It became a movement.

💬 1          ↺          ♡          ılıl          🔖 ⬆

**DeClementia** @DaClementMusic · Nov 11, 2021
Of course those rallies were huge 😉 (they weren't) (Portland, stay awake: you found a recruiter). Brandon Straka's plea deal for his Jan 6 included his confession where he detailed his role in instructing and encouraging an attack on a cop.



**DeClementia**
@DaClementMusic                                               ...

Watching Brandon Straka freak out, lie and accuse anyone of whatever he thinks will distract from the fact that he spread lies to recruit for a violent attack, bragged about it, then informed on his recruits tells me his sobriety isn't what he claims it is or anything to emulate.

3:10 PM · Jan 18, 2023 · **39** Views



**DeClementia**
@DaClementMusic

Maybe before the fillers and selling his soul. How do alleged Satanists feel about violent felons? Brandon Straka got his charges reduced to a misdemeanor by ratting out the people he recruited.





**DeClementia**
@DaClementMusic

People from the PNW don't need a convict grifter flying in to promote violence. Let's hope Brandon Straka is on better behavior than his past crime sprees.


**DeClementia**
@DaClementMusic                                    ...

You mean people like Brandon Straka who trade information about the
friends and followers they recruited for a deadly attack, so they avoid
prison for their more serious crimes.




**DeClementia**
@DaClementMusic                                    ...

Me too! I told them I respect how they protect their employees from
volatile criminals who promote violence and hatred like Brandon Straka
does to make a living.

10:00 PM · Feb 28, 2023 · **40** Views

Lying/Deception

 **BitchesLoveCannons** @RC_Bacon77 · Mar 27        ···
It also states that the pictures were memes generated online by people not
directly associated with the org, something you conveniently glossed over.

Your cognitive dissonance is astounding.

💬 1          ⟳          ♡          📊 23          🔖  ⬆

 **DeClementia** @DaClementMusic · Mar 27        ···
According to Brandon Straka, who is George Santos' role model and
mentor. You really don't want give up your little criminally flawed gay token.
Is it because you won't be able to tell your friends that a real gay says
you're not a bigot anymore?

💬 1          ⟳          ♡ 1          📊 51          🔖  ⬆

**Show replies**

 **DeClementia**        ···
@DaClementMusic

Just don't turn your back on him nor give him any info he could use to get
out of prison next time he's arrested.



6:41 AM · Mar 26, 2023 · **21** Views



**DeClementia**
@DaClementMusic                                                                                          ...

Yes dear, republicans need your gay tokens.... Thats why y'all continue to fund the liar4hire Brandon Straka. But the second he stops repeating your lies back to you he's just another one to legislate your hate against.



11:53 AM · Mar 24, 2023 · **17** Views


**DeClementia**
@DaClementMusic                                            ...

Funny you say that to maga's own little Jusse, Brandon Straka



7:03 AM · Mar 25, 2023 · **29** Views



**Brandon Straka** ✓ @BrandonStraka · Mar 19                              ···
This true, Republicans? Do you hate me?

> 🌳 **TreeHuggerCatLady** @GoneTreeAgain · Mar 19
> Replying to @BrandonStraka
> Ur still gay and republicans hate you. They want to take ur rights away
> and consider you a groomer. Go ahead and keep walking dude.

💬 13K          ↻ 1.1K          ♡ 7K          ⅰⅼⅰ 1.4M          🔖  ⬆

**HRsteel** ✓ @JGisSatoshi · Mar 20                                         ···
I know of zero Republican's who hate gay people. I know of many who are
modest (or worse) when it comes to anything sexual so they want
everybody's sex life to be behind closed doors. This could easily be
misconstrued as "hating" gays, but I think it's very different

💬 1          ↻          ♡          ⅰⅼⅰ 29          🔖  ⬆

**DeClementia**                                                             ···
@DaClementMusic

100% of Republicans know they can't win anything without their bigots
and zealots. You're either one of them or fine with catering to the
Qrazies, either way it's political opportunism not "modesty." Brandon
Straka makes his living lying for and to you.



11:21 AM · Mar 20, 2023 · **15** Views



**DeClementia**
@DaClementMusic

Brandon Straka has fake accounts to give himself compliments.

8:32 PM · Mar 15, 2023 · **26** Views

---

**Duddy Kravitz** @Duddy__Kravitz · Mar 11
What's your point?

He was there, he's familiar with the conditions & the holding cells.

Does it make his accounts any less valid?

Not at all.

You just refuse to accept reality.

💬 2          ↻          ♡          ᵢₗᵢ 43          🔖          ⬆

**Brandon Straka** ✔ @BrandonStraka · Mar 11
This person is an idiot and a liar. I was jailed, then put on house arrest with an ankle monitor.

💬 1          ↻          ♡ 2          ᵢₗᵢ 56          🔖          ⬆

**Duddy Kravitz** @Duddy__Kravitz · Mar 11
Just weird that people have such disdain for a person they've never met.

I bet if they met you, they'd like you. You're a likable guy. 😂

💬 1          ↻          ♡          ᵢₗᵢ 26          🔖          ⬆

**DeClementia**
@DaClementMusic

He literally makes a living lying to bigots about minorities and pretending to be a victim when he helped send his friends to prison. He's pro-violence and anti-equality. Plus, he's not funny and whines over everyone with actual things to say so, nah. You keep him.



**DeClementia** @DaClementMusic · Mar 1 ···
What about when a Qrazed and volatile convict starts a harassment campaign against a business for protecting their profits and employees? Does the business have legal recourse?

💬 1          ⟳          ♡ 1          𝗂𝗅𝗂 24          🔖   ⤴

**nullset** @entrope99 · Mar 1 ···
It's America you can sue over anything. Since no legal proceedings are in process he is free to disseminate his side of this story and Garbo's has the ability to do the same. With Garbo's business choice comes the media exposure for better or worse.

💬 1          ⟳          ♡          𝗂𝗅𝗂 23          🔖   ⤴

**DeClementia** @DaClementMusic · Mar 1 ···
After Brandon Straka spread the lies that incited unstable people to violently attack their own Capitol, shouldn't he be more careful before disseminating more questionable claims? According to locals, the salon is getting death threats. Are any of those from Brandon?

💬 1          ⟳          ♡ 1          𝗂𝗅𝗂 43          🔖   ⤴

**nullset** @entrope99 · Mar 1 ···
That's what the legal system is for – sorting lies from fact. Even works sometimes if there is insufficient corruption. Opinions do not equal facts.

💬 1          ⟳          ♡          𝗂𝗅𝗂 31          🔖   ⤴

**DeClementia** ···
@DaClementMusic

Can a manager or corporation be sued for forcing their employees into close quarters with a volatile criminal with a history of making false claims and lashing out at people when he feels ignored or just needs money? #brandonstraka

3:00 PM · Mar 1, 2023 · **30** Views



**DeClementia**
@DaClementMusic

···

Watching Brandon Straka freak out, lie and accuse anyone of whatever he thinks will distract from the fact that he spread lies to recruit for a violent attack, bragged about it, then informed on his recruits tells me his sobriety isn't what he claims it is or anything to emulate.

3:10 PM · Jan 18, 2023 · **38** Views



**DeClementia**
@DaClementMusic

···

His story changes depending who he talking to. In court, where he could be punished for lying, he confessed to what is on his own video. Other times, Brandon Straka lies to desperate, sad marks like you to get money out of you.

1:19 PM · Mar 21, 2023 · **108** Views

**DeClementia**
@DaClementMusic                                                    •••

😂"movement"🤣
Don't you mean slushfund for a lying convict grifter fbi-informant with a history of violence?
🤣"people"😂



**DeClementia**
@DaClementMusic                                                    •••

😂🤣no. Brandon Straka got thousands of elderly maga to send him money by lying to you. 🥺




12:02 PM · Feb 24, 2023 · **47** Views

 **DeClementia**
@DaClementMusic                                                           •••

I guess if you're trying to inspire lying, grifting, and violence, Brandon Straka is a role model!

> 🔴 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jan 7
> Replying to @CSinclairtv and @BrandonStraka
>
>  **DeClementia**
> @DaClementMusic                                                     •••
>
> Are you attracted to prolific liars and con artists? Cuz I am not. Don't let me get in your way.





**DeClementia**
@DaClementMusic                                                    •••

More to the point, Brandon Straka's only source of income in lying to (mostly elderly) conservatives. It's a mutually abusive relationship: he recruited for #jan6 then informed on his co-rioters. It's a big hot mess but he keeps making money.



11:05 PM · Sep 4, 2022



**DeClementia**
@DaClementMusic                                                    •••

Watching Brandon Straka freak out, lie and accuse anyone of whatever he thinks will distract from the fact that he spread lies to recruit for a violent attack, bragged about it, then informed on his recruits tells me his sobriety isn't what he claims it is or anything to emulate.

3:10 PM · Jan 18, 2023 · **39** Views

**DeClementia**
@DaClementMusic                                                                  ...

😂🤣no. Brandon Straka got thousands of elderly maga to send him money by lying to you. 🥺



**DeClementia**
@DaClementMusic                                                                  ...

I guess if you're trying to inspire lying, grifting, and violence, Brandon Straka is a role model!

 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Jan 7

Replying to @CSinclairtv and @BrandonStraka





**DeClementia**
@DaClementMusic                                                    ···

Are you attracted to prolific liars and con artists? Cuz I am not. Don't let
me get in your way.





**DeClementia**
@DaClementMusic                                                    ···

Citation required. Exposing lying grifters is a free service, no hate
involved. Just remember what happens to people who trust a proven
lying grifter convict like Brandon Straka



**DeClementia**
@DaClementMusic

His story changes depending who he talking to. In court, where he could be punished for lying, he confessed to what is on his own video. Other times, Brandon Straka lies to desperate, sad marks like you to get money out of you.

1:19 PM · Mar 21, 2023 · **111** Views

♡ 1          ⟲ 1          ♡ 2          🔖          ⬆

Post your reply                                          Reply

**Donita Dacus** @donita_dacus · Mar 21
Desperate sad marks like me? LOL...Not desperate, certainly have nothing invested just stating what he has repeatedly said since it happened.



**DeClementia**
@DaClementMusic                                                        · · ·

Read the article, all it says is Brandon Straka, a proven liar, denied that he made them. Dude can't tell you what the weather is like w/out lying. And he thinks you're as dumb as he needs you to be.



9:08 AM · Mar 27, 2023 · **26** Views

 **DeClementia**
@DaClementMusic                                                                        ...

Yes dear, republicans need your gay tokens.... Thats why y'all continue to
fund the liar4hire Brandon Straka. But the second he stops repeating
your lies back to you he's just another one to legislate your hate against.



11:53 AM · Mar 24, 2023 · **18** Views

 **DeClementia**
@DaClementMusic                                                                        ...

Never fear, As long as you keep paying, Brandon Straka will keep
repeating the lies you need to hear.

6:04 PM · Mar 23, 2023 · **21** Views



**DeClementia**
@DaClementMusic                                                          ...

100% of Republicans know they can't win anything without their bigots
and zealots. You're either one of them or fine with catering to the
Qrazies, either way it's political opportunism not "modesty." Brandon
Straka makes his living lying for and to you.



11:21 AM · Mar 20, 2023 · **16** Views


**DeClementia**
@DaClementMusic

···

🤣"positive" (run by one of the meanest convict grifters known to Twitter) "community" (a bunch of anonymous accounts who bond over the fact that Brandon Straka is a gay man who gets paid to spread disgusting and violence inciting lies about LGBTQ people).




**DeClementia**
@DaClementMusic

···

According to Thomas Baranyi, who had just stepped back from the same window and caught Babbit when she was shot, they had all been audibly warned. She was unwell and motivated by shameless liars like Brandon Straka, who share the guilt for her death.

12:13 PM · Feb 24, 2023 · **33** Views


**DeClementia**
@DaClementMusic

···

Brandon Straka was pallin' around with a convicted pedophile on #J6, then he turned that guy in as part of his plea deal where he informed on his friends and fellow maga. He's trying to distract from that by lying, as usual. Might still catch up to him.

🔼 Go to Top

185

Go to Top

Paid Shill



Go to Top

Reputation


**DeClementia**
@DaClementMusic                                          •••

You know you're FOS, or you're insane. Or you're Brandon Straka and both are true.




**DeClementia**
@DaClementMusic                                          •••

😂🤣 isn't the lesson really: never trust Brandon Straka (you can end up in prison or just looking like an idiot)


**DeClementia**
@DaClementMusic                                          •••

Yeah, trust Brandon Straka and end up in prison or looking like a fool.

---

🧃 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Mar 1
Patriots!

Did I claim political persecution and sic my deranged #WalkAway horde on Garbo's salon under false pretenses? Did I instruct people to harass a small business for absolutely no reason other than I'm a shit person? ...
Show more



**DeClementia** @DaClementMusic · Mar 22
😂 anyone who isn't a white nationalist? Scott Pressler literally ran a hate group. Brandon straka is a convict & FBI informant who is being sued by injured cops. They both get paid to repeat Qrazy lies. Can you suggest Anyone who isn't making a living off desperate elderly Maga?

💬 3    ↻    ♡    ᴉᴉ 38    🔖    ⬆

**Ms. Jackie** @pr0truth · Mar 22
Scott Pressler ran a hate group??? What a liar lol

💬 1    ↻    ♡ 1    ᴉᴉ 24    🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22
Nope, a literal hate group is Scott Pressler's claim to fame. It's how he won favor with maga Qrazies. It's not a secret. apnews.com/article/7f2c96...

💬 2    ↻    ♡    ᴉᴉ 27    🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22
Like Brandon Straka's pro-violence criminal history, Scott Pressler's hate group is public knowledge.

> 📰  **americanjournalnews.com**
> Former leader of anti-Muslim hate group to be featur
> Scott Presler called the Jan. 6 insurrection at the
> Capitol the 'largest civil rights protest in American ...

💬 1    ↻    ♡    ᴉᴉ 19    🔖    ⬆

**Ms. Jackie** @pr0truth · Mar 22
Brandon Straka is a recovered heroine addict who is a reformed Democrat now republican....

💬 2    ↻    ♡ 1    ᴉᴉ 36    🔖    ⬆

**DeClementia** @DaClementMusic · Mar 22
Yes, we know that he's an addict. He's also a convict and a grifter and FBI informant. I don't know if those things are related, but addicts do spend a lot of time learning to lie.



💬 1    ↻    ♡    ᴉᴉ 23    🔖    ⬆

> This Post is from a suspended account. Learn more

**DeClementia** @DaClementMusic · Mar 22
😂 which league is that? The token for hire taking money from elderly Maga convict league? The kiss of death to any candidate league? The let me rat on you to avoid prison for my own crimes league? that is Brandon Straka's résumé.



💬 1    ↻    ♡    ᴉᴉ 32    🔖    ⬆



**Ms. Jackie** @pr0truth · Mar 22
Nobody sees Brandon as a threat except the paranoid delusional LIEberals lol

He made a movie about it and is suing the media for defamation and might win and hopefully becomes rich out of it which will make you losers go nuts even more

dockets.justia.com
Straka v. NBCUniversal Media LLC et al

💬 1        🔁        ♡        📊 68        🔖        ⬆️

**DeClementia** @DaClementMusic · Mar 22
🤣promote that hilarious Qanonsense. It's hilarious. And sign up for his social network so he can hand over your info next time he gets arrested. 🐻

💬 1        🔁        ♡        📊 22        🔖        ⬆️

**Ms. Jackie** @pr0truth · Mar 22
Like they cant get your info without Brandon lol

Come on, man

💬 1        🔁        ♡        📊 19        🔖        ⬆️

**DeClementia** @DaClementMusic · Mar 22
You are a blind devotee. What is it about a whiny convict grifter fbi-informant token4hire that y'all need so desperately that you ignore reality?

💬 1        🔁        ♡        📊 28        🔖        ⬆️

**Ms. Jackie** @pr0truth · Mar 22
What or who am I a 'devotee' to??

This should be good..

💬 1        🔁        ♡        📊 20        🔖        ⬆️

**DeClementia** @DaClementMusic · Mar 22
Apparently, the Qult of your pet gay.

💬 1        🔁        ♡        📊 34        🔖        ⬆️

**Ms. Jackie** @pr0truth · Mar 22
Ahhhh the truth finally comes out eh

So that's what your all hung up over

You lost one of your voters lmao

💬 1        🔁        ♡        📊 23        🔖        ⬆️

**DeClementia** @DaClementMusic · Mar 23
You really don't understand words, and that's fine. Your job isn't to make sense. You obviously just want to excuse hatred and the desperate idiot tokens you hire to run interference for it. It seems like your purchase wasn't everything you hoped 😘

 **DeClementia**
@DaClementMusic                                                        ...

Yes! Brandon Straka handed over details about his followers and funders to the fbi as part of his plea deal to avoid prison for the crimes he filmed himself commit. Now he's found a way to gather more personal info from followers! So great!

8:52 AM · Mar 16, 2023 · **21** Views



**DeClementia** @DaClementMusic · Mar 1                                ...
Can a manager or corporation be sued for forcing their employees into close quarters with a volatile criminal with a history of making false claims and lashing out at people when he feels ignored or just needs money? #brandonstraka

💬 1            ↻            ♡ 1            ⅈⅎ 31            🔖    ⬆

**nullset** @entrope99 · Mar 1                                          ...
Would that business then have to investigate the criminal history of all customers to ensure employee safety?

💬 1            ↻            ♡            ⅈⅎ 31            🔖    ⬆

**DeClementia**
@DaClementMusic                                                        ...

If you live in Omaha and are aware of the violent history of a notorious local who is a client, and that client is characteristically unpleasant and makes your staff uncomfortable, is it ethical to make your staff be in prolonged physical contact with that criminal?

3:13 PM · Mar 1, 2023 · **37** Views



You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**ScovaNotian**🇨🇦 ✓ @IGROWMYOWN1 · Feb 28
Stop. Just be happy you no longer waste money on the leftist garbage that was cutting your hair.  Go spend money where they have actual morals and brains.

💬 1        🔁        ♡        📊 25        🔖 ⬆️

**DeClementia** @DaClementMusic · Feb 28
But Brandon Straka wants to force people to touch him even if they don't want to!

💬 1        🔁        ♡ 1        📊 17        🔖 ⬆️

**ScovaNotian**🇨🇦 ✓ @IGROWMYOWN1 · Feb 28
Huh?

💬 1        🔁        ♡        📊 18        🔖 ⬆️

**DeClementia** @DaClementMusic · Feb 28
Ever been to a salon? It doesn't happen across a counter, it's not like shopping; employees have to touch you, it's part of the experience: wash your hair, cutting it it... you get pretty close. Then you find out the guy you're servicing is capable of horrible things...

💬 1        🔁        ♡        📊 16        🔖 ⬆️

**ScovaNotian**🇨🇦 ✓ @IGROWMYOWN1 · Feb 28
Lol, capable of horrible things? All humans are capable of horrible things. Straka was video taping a fake insurrection, so they had to remove him. His crime wasn't a horrible thing. It

 **DeClementia** @DaClementMusic · Feb 26                    •••

Hush up anonymous monkey. Actual people with names are talking about things you pretend to care about. Stop spreading lies about LGBTQ people that get us attacked and killed, especially since this is probably you.



💬 3           ⟲           ♡           ᯎ 45           🔖  ⬆

 **Rose of Sharon Mayer** @RozeRage · Feb 26              •••

You made the claim that Brandon was spreading lies that "literally got people killed", yet haven't been able to produce any evidence of that.

💬 1           ⟲           ♡           ᯎ 20           🔖  ⬆

 **DeClementia**                                          •••
@DaClementMusic

Your inability to read doesn't change facts. He spreads the insane anti-LGBTQ lies that inspired the Colorado Springs shooter and the obvious lies that incited the Qrazies on #J6. Brandon Straka's bodycount is climbing.



11:44 PM · Feb 26, 2023 · **54** Views



**DeClementia**
@DaClementMusic

A white nationalist and a pro-violence convict grifter who tells lies about
LGBTQ for a living? Why should anyone honor them?

11:44 AM · Jun 6, 2023 · **24** Views



**DeClementia**
@DaClementMusic

Right? More people standing up and making sure LGBTQ people are not
treated with respect, or considered people! Brandon Straka inspired
nazis who attack children's events at libraries and he wants to make sure
other can't get haircuts since his salon banned him for being a 💅

 **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
Congrats to GAG on winning!! /s

advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **35** Views



**DeClementia**
@DaClementMusic                                                                              ...

Yes dear, This is what maga calls intellectual because you hired a
desperate addict who happens to be gay to tell the world that you aren't
bigots. Sadly, you hired a grifter who only looks after himself. Enjoy your
buyers regret!



 **DeClementia** @DaClementMusic · Jan 14                               ...
Yes! Brandon Straka takes maga money and makes sure it can't do
anything to promote maga's hateful agenda by spending on himself, legal
bills, and face fillers. He also turns in maga criminals and is the kiss of
death to right wing candidates. Thanks BS!



 **DeClementia**
@DaClementMusic                                                    · · ·

A hero! Will you donate to the legal fund for injured cops or are y'all over
pretending to #backtheblue? It's fun to watch dupes donate to a grifter
who only uses it for face filler and travel upgrades.

11:48 PM · Jul 10, 2023 · **16** Views



**DeClementia**
@DaClementMusic

When Qrazies* use the word "communist" they are referring to the definition they were taught:

\* #walkaway endorsed and promotes Qanon conspiracies



1:11 PM · Dec 15, 2021

**DeClementia**
@DaClementMusic                                                          •••

Wow, this will be a fascinating trial 🤣 😂 Brandon Straka committed
worse crimes than entering a building, he filmed himself do it and
confessed. He won't make it past the initial hearing. He'll get fined, and
will make everyone else sue him.

8:40 PM · Mar 27, 2023 · **38** Views

---

**Sam R** 🇺🇸 ✝️ 👩‍🚀 @flickr2754 · Mar 1                                    •••
If someone is not charged or convicted of treason, they would not in legal
terms be a traitor--what's invented about that?

  ○ 2            ↩           ♡ 1           ılıl 45                    🔖  ⬆️

**DeClementia** @DaClementMusic · Mar 1                                     •••
Oh now you add "legal terms" 🤣 you noticed we're not in a court of law,
right? Do you think you're in court right now?

  ○ 2            ↩           ♡ 2           ılıl 31                    🔖  ⬆️

**Sam R** 🇺🇸 ✝️ 👩‍🚀 @flickr2754 · Mar 1                                    •••
The word "traitor" was used, repeatedly, in reference to  this incident.

  ○ 1            ↩           ♡ 1           ılıl 26                    🔖  ⬆️

**DeClementia**
@DaClementMusic                                                          •••

And Brandon Straka fits the definition. So sue him.

2:01 PM · Mar 1, 2023 · **28** Views

 **DeClementia**
@DaClementMusic                                    ...

But it's cool that Brandon Straka is a domestic terrorist?

9:10 AM · Feb 17, 2023 · **12** Views

 **DeClementia**
@DaClementMusic                                    ...

Because banks aren't allowed to work with terrorists so, Sorry Brandon Straka.

12:03 PM · Jan 26, 2023 · **14** Views

 **DeClementia**
@DaClementMusic                                    ...

Brandon Straka would support anything he can use to play victim and bilk elderly maga.

8:22 PM · Feb 28, 2023 · **28** Views



**valkyrie77 The PureBlood** @valkyrie778 · Feb 7                        ···
I'm supposed to be impressed with a freezeframe as he was probably doing a live?
Really?
I mean, at least he looks like a normal human being who's face MOVES.
He obviously loves Madonna, but shes definitely giving "Baby Jane" vibes.

○ 2            ⇄            ♡            ᵢₗᵢ 75            🔖  ⬆



**DeClementia** @DaClementMusic · Feb 7                                  ···
I would be surprised if you were impressed. But weirder things have happened.



WHEN YOU SNITCH TO GET OUT OF JAIL
BUT STILL WANT TO PLAY THE MARTYR
made with mematic

○ 1            ⇄            ♡            ᵢₗᵢ 32            🔖  ⬆



**valkyrie77 The PureBlood** @valkyrie778 · Feb 7                        ···
Do you know that he never stepped one foot inside the capitol? He had the entire thing recorded on his phone.
You celebrate a person being subjugated by his government because of his political beliefs?
America is no better than Cuba, but you're probably a communist.

○ 1            ⇄            ♡            ᵢₗᵢ 37            🔖  ⬆

This Post is unavailable. Learn more



**valkyrie77 The PureBlood** @valkyrie778 · Feb 8                        ···
He literally recorded the entire thing and he never encouraged violence. He also never stepped foot inside the capitol.
The one sided justice system will swing back and cut the other way.
He was only charged with disorderly conduct.
And they had to drum that up.

○ 1            ⇄            ♡            ᵢₗᵢ 34            🔖  ⬆

🔺Go to Top                                                        202

 **valkyrie77 The PureBlood** @valkyrie778 · Feb 8   ···
I know Brandon stated he took the plea deal because he felt he had no choice.
People take plea deals everyday in this country when the system looks like its going to screw them over.
He was only charged with disorderly conduct.

💬 1      🔁      ♡      📊 31      🔖      ⬆️

 **DeClementia** @DaClementMusic · Feb 8   ···
Nope, that's what Brandon Straka got his charges reduced to by ratting on his maga friends, followers, & funders. You can see in his video and his file that there's impeding an officer, a pretty serious felony. Or do you think he snitched for now reason?



💬 1      🔁      ♡      📊 29      🔖      ⬆️

**valkyrie77 The PureBlood** @valkyrie778 · Feb 8
You should read & watch things other than left wing media.
Brandon addressed this. There was nothing for him to confess to or information for him to "tell."
It was literal media & prosecution propaganda to sway the masses.
I doubt you have ever gone to
walkawaycampaign.com

💬 1        ↻        ♡        ᴵˡᶦ 25        🔖        ⬆️

**DeClementia** @DaClementMusic · Feb 8
Your sad assumptions make sense when you're pushing such obvious lies. Enjoy your convict😄It's fun to watch him lose every election he insinuates himself into&take maga money then inform on Qrazies when he gets caught. Once a grifter...



💬 1        ↻        ♡        ᴵˡᶦ 28        🔖        ⬆️

**valkyrie77 The PureBlood** @valkyrie778 · Feb 8
So you haven't watched any of the thousands of video testimonials on the website I just shared with you?
You just sent me some weird MSM "people aren't really leaving the democrat party" puff piece even though straka is a gay ex-democrat himself?
That's your answer? Okay.

💬 1        ↻        ♡        ᴵˡᶦ 43        🔖        ⬆️

**DeClementia** @DaClementMusic · Feb 8
🤣😂all those videos totally real vids that disappeared after people noticed they were weirdly similar and anonymous? I'm familiar w/the lying convict and FBI-informant Brandon Straka and his #WALKAWAY slushfund that pays for his lawyers and face fillers

queerty.com                                    QUEERTY*

💬 2        ↻        ♡        ᴵˡᶦ 54        🔖        ⬆️

 **valkyrie77 The PureBlood** @valkyrie778 · Feb 8

Why are you leftists so hateful about gay/black/ poc or minority conservatives?
It's extremely bigoted. But you all do it anyway.

○ 1            ⇄            ♡            ‖ 27            🔖  ⬆

 **DeClementia**
@DaClementMusic

Citation required. Exposing lying grifters is a free service, no hate involved. Just remember what happens to people who trust a proven lying grifter convict like Brandon Straka

 **DeClementia**
@DaClementMusic

You're just another angry anonymous liar pretending Brandon Straka has done anything except get money out of other angry elderly Maga 🤣 he has so many legal bills with all the crimes he committed, is that why he seems so desperate?

7:01 PM · May 29, 2023 · **34** Views

 **DeClementia**
@DaClementMusic

Brandon Straka would support anything he can use to play victim and bilk elderly maga.

8:22 PM · Feb 28, 2023 · **29** Views



**DeClementia**
@DaClementMusic

So is Brandon Straka, and like Roy Cohn he hates gay people.



vanityfair.com

11:59 PM · May 25, 2023 · **33** Views



**DeClementia**
@DaClementMusic

If you choose to trust Brandon Straka, watch your back, your personal information, and your wallet (cuz your credibility is already gone).



**DeClementia**
@DaClementMusic

🤣no, he tried but Brandon Straka wasn't making a living as an actor, hairdresser, nor lefty YouTuber. He noticed how easy it is to trick older maga into sending you money when you repeat their lies back to them. Milo had imploded and they needed a gay token

9:43 PM · Mar 5, 2023 · **34** Views



**DeClementia**
@DaClementMusic                                                                          …

😂🤣 isn't the lesson really: never trust Brandon Straka (you can end up
in prison or just looking like an idiot)

**DeClementia**
@DaClementMusic                                                                          …

Yeah, trust Brandon Straka and end up in prison or looking like a fool.

🟤 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Mar 1
Patriots!

Did I claim political persecution and sic my deranged #WalkAway horde on
Garbo's salon under false pretenses? Did I instruct people to harass a small
business for absolutely no reason other than I'm a shit person? …

**nullset** @entrope99 · Mar 1                                                          …
That's what the legal system is for – sorting lies from fact. Even works
sometimes if there is insufficient corruption.  Opinions do not equal facts.

💬 1            ⟲            ♡            ᕯᕯ 34            🔖    ⬆

**DeClementia**
@DaClementMusic                                                                          …

Can a manager or corporation be sued for forcing their employees into
close quarters with a volatile criminal with a history of making false
claims and lashing out at people when he feels ignored or just needs
money? #brandonstraka

3:00 PM · Mar 1, 2023 · **33** Views



**DeClementia**
@DaClementMusic                                                                    · · ·

Me too! I told them I respect how they protect their employees from
volatile criminals who promote violence and hatred like Brandon Straka
does to make a living.

10:00 PM · Feb 28, 2023 · **40** Views



**DeClementia**
@DaClementMusic                                                                    · · ·

Your inability to read doesn't change facts. He spreads the insane anti-
LGBTQ lies that inspired the Colorado Springs shooter and the obvious
lies that incited the Qrazies on #J6. Brandon Straka's bodycount is
climbing.



11:44 PM · Feb 26, 2023 · **55** Views



**DeClementia**
@DaClementMusic                                    ...

According to Thomas Baranyi, who had just stepped back from the same window and caught Babbit when she was shot, they had all been audibly warned. She was unwell and motivated by shameless liars like Brandon Straka, who share the guilt for her death.

12:13 PM · Feb 24, 2023 · **33** Views



**DeClementia**
@DaClementMusic                                    ...

Take a closer look at his fake examples and you'll see that Brandon Straka promotes fascism and homophobia, trying to take parental input away and replace it with governmental restrictions. He gets paid to repeat assigned talking point. Who can blame him with all the legal bills?

11:44 AM · May 25, 2023 · **26** Views



**DeClementia**
@DaClementMusic                                    ...

Brandon Straka is a racist. It's not a secret.

4:43 PM · Mar 18, 2023 · **30** Views


**DeClementia**
@DaClementMusic
                                                                          •••

He's banking on it. Brandon Straka is a professional victim who has his topics limited by the fact that he's being sued by injured cops for his confessed role in violence on January 6. So he has resorted to misogyny and racism to get engagement.

12:15 PM · Feb 9, 2023 · **76** Views


**DeClementia**
@DaClementMusic
                                                                          •••

Right? More people standing up and making sure LGBTQ people are not treated with respect, or considered people! Brandon Straka inspired nazis who attack children's events at libraries and he wants to make sure other can't get haircuts since his salon banned him for being a 🍆

>  **MikeClover7@mastodon.social** @MikeClover7 · Jul 11
> Congrats to GAG on winning!! /s
>
> advocate.com/business/michi...

10:12 PM · Jul 11, 2023 · **36** Views

Go to Top

# Defendant: @BRAWNDOSNITCHKA

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements
Defendants have written and published about Straka daily. The actual number of statements Defendants
have published now exceeds 30,000 posts which have all been archived and catalogued)



## Video Evidence Overview (@BrawndoSnitchka)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

#WalkAway **"pays nazis/antisemites/racists/fraudsters/grifters to attend"**

Brandon Straka/#WalkAway **"is racist"**

Brandon Straka **"is using donor money for botox"**

#WalkAway is **"a cult/grift/racist/antisemetic"**

Go to Top

Damage to Donors



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        •••

Gurl, this would be a bad time for our #WalkAway donors to calculate how much money they'd have now if they'd invested it 5 years ago instead of injecting it into our face.

9:31 PM · May 26, 2023 · **46** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        •••

I wonder how many of Brandon Straka's donors, the ones who pay for his posh lifestyle and nonstop lip filler appointments, went to community college? Or their grandchildren go now?

Democrats want to make community college free. Republicans make fun of you for attending.

8:04 AM · Feb 5, 2023 · **29** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        •••

Well it COULD be a real tan. Straka spends most of his time vacationing at his donors' expense.

3:50 PM · Aug 9, 2022





**DeClementia** @DaClementMusic · Jan 14                            ···
Yes! Brandon Straka takes maga money and makes sure it can't do anything to promote maga's hateful agenda by spending on himself, legal bills, and face fillers. He also turns in maga criminals and is the kiss of death to right wing candidates. Thanks BS!

> queerty.com
> Gay Trumper Brandon Straka freaks out after docs d·
> Poor Straka must be feeling awfully lonely these days...

💬 2          ↻          ♡ 1          ▪▪ 53          🔖   ⬆

**Brawndo Snitchka, Parody of a Snitch**                           ···
@BrawndoSnitchka

Omaha's cosmetic surgeons need that #WalkAway donor money, gurl!

9:35 AM · Jan 14, 2023 · **30** Views

**Brawndo Snitchka, Parody of a Snitch**                           ···
@BrawndoSnitchka

Well it COULD be a real tan. Straka spends most of his time vacationing at his donors' expense.

3:50 PM · Aug 9, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                                    ...

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my gullible donors. Looks like judges are finally catching on to how grossly unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> 🎥 Ford Fischer ✓ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money when the cases conclude. news.yahoo.com/government-tri...

10:44 AM · May 31, 2023 · **181** Views

💬 1          🔁 1          ♡ 6          🔖          ⬆

👤  Post your reply                                                            Reply

👤 MikeClover7@mastodon.social @MikeClover7 · Jun 1                      ...
Guarantee he and his "investors" used those legal defense donations to fund the development of the WalkAway app

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                    ···

Patriots!

I cooked up two more excuses to beg you for money! Fork it over, dolts.

And stay tuned to find out if #WalkAway favorites like pathological liar George Santos, serial harasser Alex Jones, or conversion therapist Milo Yiannopoulos will be featured!

@BrandonStraka

---

⤴ **Brandon Straka Retweeted**

**Brandon Straka** ✔
@BrandonStraka                                                     ···

New #WalkAway DEBATE event in Seattle on Feb 22nd will be announced TOMORROW!
And our very first #WalkAway conference (in Florida) to celebrate our anniversary on May 26th will be announced soon!!!

12:01 AM · Feb 2, 2023 from Encinitas, CA · **8,161** Views

---

**60** Retweets   **2** Quote Tweets   **200** Likes

9:02 AM · Feb 2, 2023 · **435** Views

False Attributions



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

···

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my gullible donors. Looks like judges are finally catching on to how grossly unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> 🐟 **Ford Fischer** ✓ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money when the cases conclude. news.yahoo.com/government-tri...

10:44 AM · May 31, 2023 · **179** Views

💬 1            🔁 1            ♡ 6            🔖            ⬆️

👤  Post your reply                                                **Reply**

👤 **MikeClover7@mastodon.social** @MikeClover7 · Jun 1                ···
    Guarantee he and his "investors" used those legal defense donations to
    fund the development of the WalkAway app
    💬 1        🔁 1        ♡ 3        📊 105        🔖  ⬆️



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ⋯

Gurl, this would be a bad time for our #WalkAway donors to calculate
how much money they'd have now if they'd invested it 5 years ago
instead of injecting it into our face.

9:31 PM · May 26, 2023 · **46** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ⋯

I think I've said it before, but the way Straka takes advantage of
confused, elderly people like you is one of the most despicable things
about him.

8:49 PM · Jan 22, 2023 · **33** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ⋯

He's a con artist and criminal who has earned the scrutiny.

9:36 AM · Jan 3, 2023 · **32** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ⋯

That's right. Straka was a terrible, belligerent client, so they smartly cut
him off. Then he lied about them and incited his deranged mob to harass
them. Getting to be a habit with him, inciting mobs.



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ⋯

Like Trump, Brandon Straka enjoys mocking people with disabilities.





**Mel-iss-a CopMom** @MidwestLiving69 · May 17
So an adult film? Not a site I'm gonna stay on very long. Just bc I follow Brandon on social media does not believe I agree with everything he's ever done. I've haven't seen him-dancing in front of little children. He's not trying to get into schools to push any agenda.

💬 3          ↻          ♡          ⅈⅼⅼ 49          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
It's a musical. At a theater. He did it on Long Island too.

gatewayproductionarchives.com/2005/fullmonty...

💬 1          ↻          ♡ 1          ⅈⅼⅼ 42          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Again, show me evidence of children attending then we can talk.

💬 1          ↻          ♡          ⅈⅼⅼ 32          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
Do you think no minors attended this musical? Why don't you ask Brandon, since he was there stripping?

💬 1          ↻          ♡ 1          ⅈⅼⅼ 39          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
You're the one that has a parody account that focuses on him. You ask him. I know of trans people that have seen the light when it comes to many in their community going after children too. If children got into a gay theatre which is likely dark isn't exactly Brandon's fault.

💬 1          ↻          ♡          ⅈⅼⅼ 70          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
It wasn't a "gay theater." It was just a theater.

Are you afraid to ask him and trying to pawn it off on me? Why?

💬 1          ↻          ♡ 1          ⅈⅼⅼ 39          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Good grief, you're the one obsessed with Brandon, not me. I have no reason to ask him and you've given me 0 reasons to ask him. Go back to your lame excuse for a parody account.

💬 1          ↻          ♡          ⅈⅼⅼ 28          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
That's terribly hypocritical of you.

💬 2          ↻          ♡ 1          ⅈⅼⅼ 41          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Are you into children too or why is it you're going to lay on a sword for these disgusting drag queens and trans people?

💬 1          ↻          ♡          ⅈⅼⅼ 24          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
I'm the one concerned for the children Straka apparently stripped in front of.

💬 1          ↻          ♡ 1          ⅈⅼⅼ 37          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
What children? You need to go after the theatre if they allowed children into their theatre.

💬 1          ↻          ♡          ⅈⅼⅼ 25          🔖          ⬆

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
One of the theaters doubles as a family center and the building is home to a preschool. 🤦

💬 1          ↻          ♡ 1          ⅈⅼⅼ 42          🔖          ⬆

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
I shared your tweet. Will see if anyone from theatre comments. You're welcome to share as well. I doubt anyone does bc your allegations are so asinine.



**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17  ···
What's asinine about them? Brandon Straka is pretending to be outraged by drag performances that look to be no more racy than his own.

💬 1        ⟲        ♡ 1        ‖ 47        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17  ···
ADULT ENTERTAINMENT! Good grief! What do people like you not get? They are performing in front of children in public spaces! Pride parades need to be stopped from doing at as well. They can march but if they are half naked and performing in front of children it's pedophilia.

💬 2        ⟲        ♡        ‖ 40        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17  ···
Why do you not want to protect children?

💬 1        ⟲        ♡        ‖ 17        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch**                    ···
@BrawndoSnitchka

From Brandon Straka? I do!

5:50 PM · May 17, 2023 · **34** Views



**Mel-iss-a CopMom** @MidwestLiving69 · May 17

So an adult film? Not a site I'm gonna stay on very long. Just bc I follow Brandon on social media does not believe I agree with everything he's ever done. I've haven't seen him-dancing in front of little children. He's not trying to get into schools to push any agenda.

💬 3          ⇄          ♡          📊 50          🔖          ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17

It's a musical. At a theater. He did it on Long Island too.

gatewayproductionarchives.com/2005/fullmonty...

💬 1          ⇄          ♡ 1          📊 43          🔖          ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17

Again, show me evidence of children attending then we can talk.

💬 1          ⇄          ♡          📊 33          🔖          ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17

Do you think no minors attended this musical? Why don't you ask Brandon, since he was there stripping?

💬 1          ⇄          ♡ 1          📊 40          🔖          ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17

You're the one that has a parody account that focuses on him. You ask him. I know of trans people that have seen the light when it comes to many in their community going after children too. If children got into a gay theatre which is likely dark isn't exactly Brandon's fault.

💬 1          ⇄          ♡          📊 71          🔖          ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17

It wasn't a "gay theater." It was just a theater.

Are you afraid to ask him and trying to pawn it off on me? Why?

💬 1          ⇄          ♡ 1          📊 40          🔖          ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17

Good grief, you're the one obsessed with Brandon, not me. I have no reason to ask him and you've given me 0 reasons to ask him. Go back to your lame excuse for a parody account.

💬 1          ⇄          ♡          📊 29          🔖          ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17

That's terribly hypocritical of you.

💬 2          ⇄          ♡ 1          📊 42          🔖          ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17

Are you into children too or why is it you're going to lay on a sword for these disgusting drag queens and trans people?

💬 1          ⇄          ♡          📊 25          🔖          ⬆️

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

I'm the one concerned for the children Straka apparently stripped in front of.

5:31 PM · May 17, 2023 · **38** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Will the parents of the teenagers Straka wants to groom be informed he's an unrepentant criminal still on probation and he's cozy with sexual abusers?



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Watch the video. Straka bragged to his Garbo's stylist about his criminal participation in a violent riot. Any reasonable business owner would be wary of letting a remorseless, boasting criminal back into their salon. They have staff and customers to think about.

8:51 AM · Feb 28, 2023 · **71** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                            • • •

Patriots!

Who else is pumped that conservatives don't even have to TRY to hide their delight when black ppl are murdered anymore? We just let it all hang out now, gurl.

And I helped get us here with all my Derek Chauvin simping, among other things!

@BrandonStraka



4:06 PM · May 4, 2023 · **195** Views

 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Feb 5   ···
Patriots!

So I guess I was up ALL NIGHT, ALL ALONE again, flinging insults like monkey poop at anyone who dared tell the truth about me.

I am a model of mental health and success, Patriots! See?! DO YOU SEE?!

More money pls. Srsly I really need it.

@BrandonStraka

 **Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · Feb 5   ···
@zibtara was Straka always this insecure and nasty or is it worse now that his life is a crash site?

 **Zibtara** @zibtara · Feb 5   ···
He was always very nasty, especially about looks. His life revolves around his appearance. And yes, that was always based in insecurity. It's just sad.

💬 1          ⟲          ♡ 2          ᴸᴸᴸ 49          🔖   ⬆️

 **Brawndo Snitchka, Parody of a Snitch**   ···
@BrawndoSnitchka

Not surprising. He was up all night attacking people's looks and making fun of them for going to community college. Makes you wonder what he says about average #WalkAway donors behind their backs while he spends their money on cosmetic procedures.

9:47 AM · Feb 5, 2023 · **57** Views

---

 **Brawndo Snitchka, Parody of a Snitch**   ···
@BrawndoSnitchka

Well it COULD be a real tan. Straka spends most of his time vacationing at his donors' expense.

3:50 PM · Aug 9, 2022





**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

QAnon is rabidly antisemitic and Brandon Straka has been pushing it and profiting from it from day 1. The co director of #WalkAway is QAnon propagandist Tracy Beanz.

2:03 PM · Oct 1, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

WalkAway has been linked to domestic terrorism from the beginning. Always had close Proud Boys and Alex Jones ties and one of the co-directors is QAnon propagandist Tracy Beanz.

10:22 AM · Feb 14, 2021



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ···

Patriots!

Don't judge all 1/6 rioters by the actions of a few convicted
insurrectionists like me! Not everyone called for civil war and urged
violence against cops like I did!

I'm PERSONALLY a huge POS tho, yes. And a sore loser. And a racist.

*you're

,

@BrandonStraka

---

**Trevor P.** @PineappleTrevor · 7h                         ···
Yeah those folk smashing their way through windows
with cable ties chanting hang mike pence just wanted
another recount to prove they lost... grow up.

💬 2               ⟲               ♡ 1               ⬆️

 **Brandon Straka** ✓                    ···
@BrandonStraka

Replying to @PineappleTrevor

Ok- if this is how your going to process
this then you can't say BLM is peaceful.
Because by your rules the whole is
accountable for the actions of a few. So
every BLM rioter who burned, looted,
destroyed, and killed represents the
entirety of the mission of BLM

7:54 PM · Jul 10, 2022 · Twitter for iPhone

---

9:05 PM · Jul 10, 2022



**DeClementia** @DaClementMusic · Jan 14                    · · ·

Yes! Brandon Straka takes maga money and makes sure it can't do anything to promote maga's hateful agenda by spending on himself, legal bills, and face fillers. He also turns in maga criminals and is the kiss of death to right wing candidates. Thanks BS!

queerty.com
Gay Trumper Brandon Straka freaks out after docs d◦
Poor Straka must be feeling awfully lonely these days...

💬 2          ⟲          ♡ 1          �ɪʅɪ 53          🔖  ⬆

**Brawndo Snitchka, Parody of a Snitch**              · · ·
@BrawndoSnitchka



Omaha's cosmetic surgeons need that #WalkAway donor money, gurl!

9:35 AM · Jan 14, 2023 · **30** Views

**Brawndo Snitchka, Parody of a Snitch**              · · ·
@BrawndoSnitchka

Well it COULD be a real tan. Straka spends most of his time vacationing at his donors' expense.

3:50 PM · Aug 9, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka
⋯

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my gullible donors. Looks like judges are finally catching on to how grossly unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> 🎥 Ford Fischer ✔ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money when the cases conclude. news.yahoo.com/government-tri...

10:44 AM · May 31, 2023 · **181** Views

💬 1          🔁 1          ♡ 6          🔖          ⬆️

👤  Post your reply                                          Reply

**MikeClover7@mastodon.social** @MikeClover7 · Jun 1   ⋯
Guarantee he and his "investors" used those legal defense donations to fund the development of the WalkAway app



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ···

Patriots!

Did I claim political persecution and sic my deranged #WalkAway horde on Garbo's salon under false pretenses? Did I instruct people to harass a small business for absolutely no reason other than I'm a shit person?



@BrandonStraka



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ···

That's right. Straka was a terrible, belligerent client, so they smartly cut him off. Then he lied about them and incited his deranged mob to harass them. Getting to be a habit with him, inciting mobs.



**Al Chip** @AlChip603 · Apr 10                            ···
Bannon, a conspiracy theorist. And chums with Brandon.

But Brandon says nothing about Bannon stealing money with "We Build The Wall".

Brandon is as fake as sunlight at midnight. Anyone that gives this liar a dime is out of their mind.

○ 1              ⇄              ♡ 1              ılıl 32           🔖    ⬆️



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ···

No doubt.

Straka was on one of Bannon's propaganda outlets shilling for massive fraudster Miles Guo a couple days ago. He's not joking about having a deal with the devil.

Go to Top

234

Grifting



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                               ...

Your teeth are fine. And I bet you didn't grift lonely, confused old people to pay for them. Straka's cosmetic dentistry bills are surpassed only by his Botox bills. And Juvederm bills. And (many people are saying) his chin implant bill.

7:53 PM · Sep 21, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                               ...

Being serious for a moment, I feel bad for Mike. He seems like a nice guy who has been radicalized by propagandists like Brandon Straka.

Lying, sociopathic grifters like Straka make a killing manipulating people like Mike, and they couldn't care less what happens to him.

11:46 AM · Apr 29, 2023 · **121** Views

 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ...

Patriots!

I cooked up two more excuses to beg you for money! Fork it over, dolts.

And stay tuned to find out if #WalkAway favorites like pathological liar
George Santos, serial harasser Alex Jones, or conversion therapist Milo
Yiannopoulos will be featured!

@BrandonStraka

---

⟲ **Brandon Straka Retweeted**

 **Brandon Straka** ✓                                                     ...
@BrandonStraka

New #WalkAway DEBATE event in
Seattle on Feb 22nd will be announced
TOMORROW!
And our very first #WalkAway
conference (in Florida) to celebrate our
anniversary on May 26th will be
announced soon!!!

12:01 AM · Feb 2, 2023 from Encinitas, CA · **8,161** Views

**60** Retweets   **2** Quote Tweets   **200** Likes

---

9:02 AM · Feb 2, 2023 · **435** Views



Marc מרדכי 🇺🇸 ✡️ 🇮🇱 ✅ @sfgaypatriot · Jan 3
Wow. Y'all are obsessed! No wonder millions walked away from the left.
Y'all are poisonous.

💬 1          🔁          ♡ 1          �influential 28          🔖    ⬆️

Brawndo Snitchka, Parody of a Snitch
@BrawndoSnitchka

He's a con artist and criminal who has earned the scrutiny.

9:36 AM · Jan 3, 2023 · **33** Views

Inciting Criminal Conduct



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                         ···

Patriots!

Don't judge all 1/6 rioters by the actions of a few convicted insurrectionists like me! Not everyone called for civil war and urged violence against cops like I did!

I'm PERSONALLY a huge POS tho, yes. And a sore loser. And a racist.

*you're

,

@BrandonStraka

---



**Trevor P.** @PineappleTrevor · 7h                                     ···
Yeah those folk smashing their way through windows with cable ties chanting hang mike pence just wanted another recount to prove they lost... grow up.

💬 2              🔁              ♡ 1                          ↑

**Brandon Straka** ✔                                                    ···
@BrandonStraka

Replying to @PineappleTrevor

Ok- if this is how your going to process this then you can't say BLM is peaceful. Because by your rules the whole is accountable for the actions of a few. So every BLM rioter who burned, looted, destroyed, and killed represents the entirety of the mission of BLM

7:54 PM · Jul 10, 2022 · Twitter for iPhone

---

9:05 PM · Jul 10, 2022

## Lying/Deception



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                                                  ...

That's right. Straka was a terrible, belligerent client, so they smartly cut him off. Then he lied about them and incited his deranged mob to harass them. Getting to be a habit with him, inciting mobs.



**Brawndo Snitchka, Parody of a Snitch**                                                          ...
@BrawndoSnitchka

Patriots!

Gurl I lie about J6 constantly.  I lie about my criminal acts, my plea agreement, who planned what, who brought guns, who pooped where. When court docs prove I lied, I just lie about the court docs.

Integrity never paid for my lip fillers, gurl!

@BrandonStraka



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        ⋯

Anyone who spends a minute looking in to Straka, a serially dishonest, far right grifter and criminal on probation, isn't going to put much stock in his highly edited doxxing video.

His probation officer and judge might be concerned, tho.

8:32 PM · Apr 2, 2023 · **25** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        ⋯

The best part is he's instructing his followers to astroturf the App Store with fake positive reviews. He knows he's a fraud and he couldn't care less.

12:26 PM · Mar 23, 2023 · **57** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                        ⋯

Straka is a professional liar and the most self-hating gay man you'll ever meet. He was cozying up to this homophobe just the other day.

news.yahoo.com/trump-ex-lawye...

8:30 PM · Jan 22, 2023 · **48** Views





**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

⋯

Gurl, why didn't Rhodes just fake remorse at sentencing like I did?

**Scott MacFarlane** @MacFarlaneNews · May 25

Replying to @MacFarlaneNews

Judges have been consistent at Jan 6 sentencing hearings

Remorse matters
Words matter
Self-awareness matters…
Show more

12:34 PM · May 25, 2023 · **163** Views

---



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

⋯

Being serious for a moment, I feel bad for Mike. He seems like a nice guy who has been radicalized by propagandists like Brandon Straka.

Lying, sociopathic grifters like Straka make a killing manipulating people like Mike, and they couldn't care less what happens to him.

11:46 AM · Apr 29, 2023 · **121** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                                                  ...

Straka's a serial liar.



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                                        ...

Patriots!

Did I claim political persecution and sic my deranged #WalkAway horde on Garbo's salon under false pretenses? Did I instruct people to harass a small business for absolutely no reason other than I'm a shit person?

🙈

@BrandonStraka

🔺Go to Top

Paid Shill



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ...

No doubt.

Straka was on one of Bannon's propaganda outlets shilling for massive
fraudster Miles Guo a couple days ago. He's not joking about having a
deal with the devil.



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ...

Are republicans prepared to pay 51% of gay Americans to be token shills
like Brandon? Even if they did, they wouldn't find anywhere near that
many willing to debase themselves like Brandon.

5:05 PM · Jan 22, 2023 · **22** Views

Go to Top

Reputation



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                    ...

Gurl, this would be a bad time for our #WalkAway donors to calculate how much money they'd have now if they'd invested it 5 years ago instead of injecting it into our face.

9:31 PM · May 26, 2023 · **46** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                    ...

I think I've said it before, but the way Straka takes advantage of confused, elderly people like you is one of the most despicable things about him.

8:49 PM · Jan 22, 2023 · **33** Views





**Mel-iss-a CopMom** @MidwestLiving69 · May 17
So an adult film? Not a site I'm gonna stay on very long. Just bc I follow Brandon on social media does not believe I agree with everything he's ever done. I've haven't seen him-dancing in front of little children. He's not trying to get into schools to push any agenda.

💬 3        🔁        ♡        📊 49        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
It's a musical. At a theater. He did it on Long Island too.

gatewayproductionarchives.com/2005/fullmonty...

💬 1        🔁        ♡ 1        📊 42        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Again, show me evidence of children attending then we can talk.

💬 1        🔁        ♡        📊 32        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
Do you think no minors attended this musical? Why don't you ask Brandon, since he was there stripping?

💬 1        🔁        ♡ 1        📊 39        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
You're the one that has a parody account that focuses on him. You ask him. I know of trans people that have seen the light when it comes to many in their community going after children too. If children got into a gay theatre which is likely dark isn't exactly Brandon's fault.

💬 1        🔁        ♡        📊 70        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
It wasn't a "gay theater." It was just a theater.

Are you afraid to ask him and trying to pawn it off on me? Why?

💬 1        🔁        ♡ 1        📊 39        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Good grief, you're the one obsessed with Brandon, not me. I have no reason to ask him and you've given me 0 reasons to ask him. Go back to your lame excuse for a parody account.

💬 1        🔁        ♡        📊 28        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
That's terribly hypocritical of you.

💬 2        🔁        ♡ 1        📊 41        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
Are you into children too or why is it you're going to lay on a sword for these disgusting drag queens and trans people?

💬 1        🔁        ♡        📊 24        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
I'm the one concerned for the children Straka apparently stripped in front of.

💬 1        🔁        ♡ 1        📊 37        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
What children? You need to go after the theatre if they allowed children into their theatre.

💬 1        🔁        ♡        📊 25        🔖        ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17
One of the theaters doubles as a family center and the building is home to a preschool. 🤷

💬 1        🔁        ♡ 1        📊 42        🔖        ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17
I shared your tweet. Will see if anyone from theatre comments. You're welcome to share as well. I doubt anyone does bc your allegations are so asinine.

**Mel-iss-a CopMom** @MidwestLiving69 · May 17      ···
So an adult film? Not a site I'm gonna stay on very long. Just bc I follow Brandon on social media does not believe I agree with everything he's ever done. I've haven't seen him-dancing in front of little children. He's not trying to get into schools to push any agenda.

○ 3          ⟲          ♡          📊 50          🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17    ···
It's a musical. At a theater. He did it on Long Island too.

gatewayproductionarchives.com/2005/fullmonty...

○ 1          ⟲          ♡ 1        📊 43          🔖    ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17      ···
Again, show me evidence of children attending then we can talk.

○ 1          ⟲          ♡          📊 33          🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17    ···
Do you think no minors attended this musical? Why don't you ask Brandon, since he was there stripping?

○ 1          ⟲          ♡ 1        📊 40          🔖    ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17      ···
You're the one that has a parody account that focuses on him. You ask him. I know of trans people that have seen the light when it comes to many in their community going after children too. If children got into a gay theatre which is likely dark isn't exactly Brandon's fault.

○ 1          ⟲          ♡          📊 71          🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17    ···
It wasn't a "gay theater." It was just a theater.

Are you afraid to ask him and trying to pawn it off on me? Why?

○ 1          ⟲          ♡ 1        📊 40          🔖    ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17      ···
Good grief, you're the one obsessed with Brandon, not me. I have no reason to ask him and you've given me 0 reasons to ask him. Go back to your lame excuse for a parody account.

○ 1          ⟲          ♡          📊 29          🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch** @BrawndoSnitchka · May 17    ···
That's terribly hypocritical of you.

○ 2          ⟲          ♡ 1        📊 42          🔖    ⬆️

**Mel-iss-a CopMom** @MidwestLiving69 · May 17      ···
Are you into children too or why is it you're going to lay on a sword for these disgusting drag queens and trans people?

○ 1          ⟲          ♡          📊 25          🔖    ⬆️

**Brawndo Snitchka, Parody of a Snitch**                 ···
@BrawndoSnitchka

I'm the one concerned for the children Straka apparently stripped in front of.

5:31 PM · May 17, 2023 · **38** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Will the parents of the teenagers Straka wants to groom be informed he's an unrepentant criminal still on probation and he's cozy with sexual abusers?



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

I wonder how many of Brandon Straka's donors, the ones who pay for his posh lifestyle and nonstop lip filler appointments, went to community college? Or their grandchildren go now?

Democrats want to make community college free. Republicans make fun of you for attending.

8:04 AM · Feb 5, 2023 · **29** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Gurl, I got the feds to lower my felony charges to misdemeanor by snitching on basically everyone I know. So now I'm more rat than felon. Still a criminal, tho! 🐀 🤪

 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                    ⋯

Patriots!

Why does every right-wing hack tv host look like he's best known for
playing a megachurch pastor convicted of many, many rapes in a
Lifetime Original Movie?

And since that's the standard, where tf is MY Newsmax show already?!

@BrandonStraka



4:29 PM · Jun 28, 2023 · **220** Views

🔺Go to Top                                                             254



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Not surprising. He was up all night attacking people's looks and making fun of them for going to community college. Makes you wonder what he says about average #WalkAway donors behind their backs while he spends their money on cosmetic procedures.

9:47 AM · Feb 5, 2023 · **58** Views

💬 1          ⟲          ♡ 4          🔖          ⬆️

Post your reply                                    Reply

**Zibtara** @zibtara · Feb 5
Oh, he's also always been fake. I guarantee he says horrible things about them whenever he gets the chance. He's a classic "Mean Girl"

💬          ⟲          ♡ 3          📊 35          🔖  ⬆️



 **DeClementia** @DaClementMusic · Jan 14                                        ···
Yes! Brandon Straka takes maga money and makes sure it can't do
anything to promote maga's hateful agenda by spending on himself, legal
bills, and face fillers. He also turns in maga criminals and is the kiss of
death to right wing candidates. Thanks BS!



queerty.com
Gay Trumper Brandon Straka freaks out after docs d
Poor Straka must be feeling awfully lonely these
days...

○ 2          ⇄                    ♡ 1              ılıl 53              🔖   ⬆

 **Brawndo Snitchka, Parody of a Snitch**                                   ···
@BrawndoSnitchka

Omaha's cosmetic surgeons need that #WalkAway donor money, gurl!

9:35 AM · Jan 14, 2023 · **30** Views

 **Brawndo Snitchka, Parody of a Snitch**                                   ···
@BrawndoSnitchka

Well it COULD be a real tan. Straka spends most of his time vacationing
at his donors' expense.

3:50 PM · Aug 9, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                    •••

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my gullible donors. Looks like judges are finally catching on to how grossly unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> 🎥 **Ford Fischer** ✓ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money when the cases conclude. news.yahoo.com/government-tri...

10:44 AM · May 31, 2023 · **181** Views

💬 1          🔁 1          ♡ 6          🔖          ⬆️

👤  Post your reply                                          Reply

🧑 **MikeClover7@mastodon.social** @MikeClover7 · Jun 1          •••
Guarantee he and his "investors" used those legal defense donations to fund the development of the WalkAway app

 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                    ...

Patriots!

Did I claim political persecution and sic my deranged #WalkAway horde on Garbo's salon under false pretenses? Did I instruct people to harass a small business for absolutely no reason other than I'm a shit person?



@BrandonStraka

Hitler/White Supremacy/Racism/Terrorist

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Patriots!

Who else is pumped that conservatives don't even have to TRY to hide their delight when black ppl are murdered anymore? We just let it all hang out now, gurl.

And I helped get us here with all my Derek Chauvin simping, among other things!

@BrandonStraka



4:06 PM · May 4, 2023 · **195** Views



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                          ...

Patriots!

I reflexively insult the intelligence of black men (I usually go for black women's looks first), but this time I missed he's a right-wing influencer. 😬

At least I still found a way to scoff at all black people for taking offense at the n-word? 🤷‍♂️

@BrandonStraka



 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                        ...

Patriots!

Oh hey it's just me, big mad about Daniel Penny's arrest, saying white people who kill black people shouldn't have to go through the "stress of a trial." We can just assume it's self-defense and let it go, gurl. Have a heart!

@BrandonStraka

 **Brandon Straka** ✔
@BrandonStraka                                                          ...

That leftists are intentionally destabilizing our country by incentivizing lawlessness, protecting criminals, and punishing the innocent. Nobody should have to go through the expense, trauma, and stress of a trial just to appease woke liberals who believe that nobody has a right to self defense if it means touching a black person. The left's racism is going to get a lot of innocent people hurt and killed.

11:06 PM · May 11, 2023 · **5,833** Views

**36** Retweets   **2** Quotes   **334** Likes   **1** Bookmark

8:15 AM · May 12, 2023 · **366** Views

 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                            ···

Patriots!

If you still have any question who or what my fan base is, go read the 700+ replies to this garbage tweet.

You'll find every racist trope, conspiracy theory, photoshop of Michelle, and QAnon fever dream you could ever want, all welcomed by me.

@BrandonStraka

---

⟲ **Brandon Straka Retweeted**

 **Brandon Straka** ✓                           ···
@BrandonStraka

The Obamas are calling for police reform while simultaneously forgetting that they caused the race problems and division we have in this country today.



thegatewaypundit.com
Obamas Call For Police Reform After Release of Tyre
Nichols Body Camera Footage, Link to Black...

5:52 PM · Jan 29, 2023 from Encinitas, CA · **176.6K** Views

11:49 AM · Jan 30, 2023 · **143** Views



**Brawndo Snitchka, Parody of a Snitch** ⋯
@BrawndoSnitchka

Patriots!

Police killed another black man, so I decided to retweet 3 year-old footage of the "massive" MAGA crowd at my rah rah Derek Chauvin rally?

Or maybe this is the extent of my defense against the Capitol Police now suing me?

Either way, god...I suck.

@BrandonStraka





8:19 AM · Jan 13, 2023 · **721** Views

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka ···

Brandon Straka has long history of demonizing black victims of murder and making every excuse for their killers.

**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka ···

Brandon Straka thought George Floyd deserved it too.



**Debbie Hunter** @debbzi · 1h ···
George Floyd is dead, and had not committed a crime in 13 years before he was murdered.

💬 1          🔁          ♡ 3          ↑

**Brandon Straka** ✓ ···
@BrandonStraka

Replying to @debbzi @ElnaYap and @skidoorunner

He was literally committing a crime WHEN he was killed. He had just passed counterfeit bills inside the store next to where he was apprehended.

4:15 PM · Aug 8, 2022 · Twitter for iPhone

8:16 PM · May 4, 2023 · **34** Views



**Out Magazine** @outmagazine · Dec 31, 2022                                ⋯

Growing up Latino, queer, and plus-sized had actor Harvey Guillén convinced that he had "three strikes" against him when pursuing a career in Hollywood.

> out.com
> Harvey Guillén Was Told His Size & Sexuality Would H
> "I'm great in the body I'm in. You can take it or leave it but I'm not going anywhere," the actor said.

💬 28            🔁 18            ♡ 45            📊 51K                🔖   ⤴

**Brawndo Snitchka, Parody of a Snitch**                                     ⋯
@BrawndoSnitchka

Hey @outmagazine, you're getting spammed by troglodyte homophobes because far-right Trump shill grifter Brandon Straka sent them here. It's not an organic response and has nothing to do with Harvey Guillén.

4:29 PM · Jan 1, 2023 · **104** Views

**Brawndo Snitchka, Parody of a Snitch**                                     ⋯
@BrawndoSnitchka

Yaaaass gurl. I'm a never-was actor, a convicted criminal, I'm being sued by the police, I like to dress up like Hitler, and I'm not burdened by a conscience or an education!

You won't find a better prospect, GOP!

 **Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                              ...

QAnon is rabidly antisemitic and Brandon Straka has been pushing it and profiting from it from day 1. The co director of #WalkAway is QAnon propagandist Tracy Beanz.

2:03 PM · Oct 1, 2022



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          •••

WalkAway has been linked to domestic terrorism from the beginning.
Always had close Proud Boys and Alex Jones ties and one of the co-
directors is QAnon propagandist Tracy Beanz.

10:22 AM · Feb 14, 2021

⚠️Go to Top                                                                 268

 **Brawndo Snitchka, Parody of a Snitch**                    •••
@BrawndoSnitchka

Patriots!

Don't judge all 1/6 rioters by the actions of a few convicted
insurrectionists like me! Not everyone called for civil war and urged
violence against cops like I did!

I'm PERSONALLY a huge POS tho, yes. And a sore loser. And a racist.

*you're

❤️,

@BrandonStraka

---

 **Trevor P.** @PineappleTrevor · 7h          •••
Yeah those folk smashing their way through windows
with cable ties chanting hang mike pence just wanted
another recount to prove they lost... grow up.

💬 2            ⟲            ♡ 1            ↑

 **Brandon Straka** ✔️          •••
@BrandonStraka

Replying to @PineappleTrevor

Ok- if this is how your going to process
this then you can't say BLM is peaceful.
Because by your rules the whole is
accountable for the actions of a few. So
every BLM rioter who burned, looted,
destroyed, and killed represents the
entirety of the mission of BLM

7:54 PM · Jul 10, 2022 · Twitter for iPhone

---

9:05 PM · Jul 10, 2022

Go to Top

269

# Defendant: @HIGHENANONTOO

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)



## Video Evidence Overview (@highenanontoo)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

**Brandon Straka is a "drug addict"**

**Brandon Straka is (miscellaneous) Stalking/Limitless Malice…**

Damage to Donors



**High Energy, Anonymous Too!**
@highenanontoo

•••

Looting money from retirees because he's a dummy that has failed every other career hes attempted.

12:49 AM · May 17, 2023 · **27** Views

False Attributions

 **High Energy, Anonymous Too!**
@highenanontoo                                                    •••

I mean his gay experience was clearly glory holes and cocaine whenever possible so that's all gays obviously. ALL. GAYS.

5:31 PM · Apr 17, 2023 · **1,782** Views

 **High Energy, Anonymous Too!**
@highenanontoo                                                    •••

He's on probation for attempting to overthrow the government. I'm pretty sure harassing more government venues violates that probation. What a dumb move on his part. Guess his judge will have to hear about it

10:58 PM · Jun 20, 2023 · **34** Views

 **High Energy, Anonymous Too!**
@highenanontoo                                                    •••

Right? Imagine committing treason and then bragging about it asking for money

6:54 PM · May 20, 2023 · **35** Views



**High Energy, Anonymous Too!**
@highenanontoo

He pleads guilty to directing a mob to assault a police officer then writes this 😂

> **Brandon Straka** ✓ @BrandonStraka · 36s
> I didn't witness nor was I a part of any one of 140 cops being injured.

12:50 AM · May 3, 2023 · **35** Views



**High Energy, Anonymous Too!**
@highenanontoo                                                    •••

Brandon sure seems to spend time lurking around little boys Twitter pages. Odd af...

8:42 PM · Apr 22, 2023 · **18** Views



**High Energy, Anonymous Too!**
@highenanontoo                                                    •••

He's got the same tired eyes look that Straka has. I imagine it's from carrying the weight of hating yourself... and raping.



▶ GIF  ALT

1:47 AM · Jun 29, 2023 · **33** Views



**High Energy, Anonymous Too!**
@highenanontoo

WalkAway is full of all sorts of sexual predators, how are you just relaxing this 😂

12:35 AM · 12/8/23 from Earth · **12** Views

**1** Like



**High Energy, Anonymous Too!** @highenan... · 12h
*realizing. Phone wants me to be confusing 🙄😂

💬     🔁     ♡ 1     📊 9     🔖     ⬆️

Grifting

 **High Energy, Anonymous Too!** @highenanontoo · Feb 5          ···
I mean who wants to be this lol



◯ 2            ⇄            ♡ 1            �archive 59            🔖   ⬆

 **Robert W. Jones** @RobertWJones · Feb 5                    ···
Let's see what he looks like when he gets to my age (if he gets to my age) of
almost 63. I'm not pretty but I still look better than lots of folks my age.

◯ 1            ⇄            ♡ 3            �archive 105            🔖   ⬆

 **High Energy, Anonymous Too!**                              ···
@highenanontoo

He's had more work done than anyone his age... and these are types of
results he gets.

This is what he uses the money he grifts people from on. He looks like a
freak lol

12:34 AM · Feb 5, 2023 · **72** Views

Reputation



**High Energy, Anonymous Too!**
@highenanontoo

Looting money from retirees because he's a dummy that has failed every other career hes attempted.

12:49 AM · May 17, 2023 · **27** Views

Hitler/White Supremacy/Racist/Terrorist


**High Energy, Anonymous Too!**
@highenanontoo                                                    ⋯

Right? Imagine committing treason and then bragging about it asking for money

6:54 PM · May 20, 2023 · **35** Views

🔺Go to Top

285

# Defendant: @CHICHIVISION18

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements
Defendants have written and published about Straka daily. The actual number of statements Defendants
have published now exceeds 30,000 posts which have all been archived and catalogued)



## Chichi
@ChichiVision18

Not a big fan of grifters.

📅 Joined November 2018

**1,029** Following    **578** Followers

🔺Go to Top

# Video Evidence Overview (@ChiChiVision18)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

## Stalking/limitless malice

Drug Addiction

 **Chichi**
@ChichiVision18                                                            ...

I think the guy is an evil sociopath, but even I was concerned when I saw
this recent photo.



Jimmy Ray @HouseOfFufu · May 9, 2021
Replying to @deplorablepuppy @CherCee59 and 6 others
Keeping busy.

⬆️ Go to Top

False Attributions



**Zibtara**
@zibtara

I only know of his DWI arrest in Omaha, NE around 1998

2:45 AM · Oct 7, 2021

💬 1          🔁          ♡ 2          🔖          📤

Post your reply                                          Reply

**Chichi** @ChichiVision18 · Oct 7, 2021
There's also a bankruptcy from 2011. Imagine what Straka would say if convicted criminal with bankruptcies and a DWI, who happened to be black, was murdered in the street by police. He would lead with the victims' record every time.



**Chichi**
@ChichiVision18                                                          ...

There's a person in this thread who has known Straka his whole life and can tell you all about him, and it's not you or @LadyMagaUSA.

Read @zibtara's tweets.

6:19 PM · Dec 30, 2021

💬 1          🔁          🤍 2          🔖          ⬆

Post your reply                                              **Reply**

**Zibtara** @zibtara · Dec 31, 2021                                     ...
In all truth, I've only known him since we were 18 years old. I NEVER lived in O'Neill, NE. We are 45, now. So, I've known him his ENTIRE adult life. He's a narcissistic, entitled, grifting, self-involved, condescending (while incorrect) small man with a chip.

💬 1          🔁          🤍 2          ᛁᛁᛁ          🔖  ⬆

**Chichi** @ChichiVision18 · Jan 2, 2022                                ...
Whole adult life. 🙂

A person with a malignant personality disorder like Straka uses and abuses people and burns every bridge he crosses. That's why everyone from any of his former lives tries to warn his next targets, and why his own family turned him in to the FBI.

🤍          🔁          🤍 3          ᛁᛁᛁ          🔖  ⬆



**Zibtara**
@zibtara                                                          ···

Do you know how I know this is BullShit?! Because I was best friends with @brandonstraka for 20 years! He is in Nebraska because he is staying with his parents, Dan & Mary. They are paying for his defense attys. He gave up everything, but didn't get the deal he wanted. AMA

10:25 PM · Oct 6, 2021

💬 4              🔁 2              ♡ 4              🔖                    ⬆️

Post your reply                                                    **Reply**

**Zibtara** @zibtara · Oct 6, 2021                                ···
@DaClementMusic @chiproytx

💬              🔁              ♡ 3              ılıl          🔖  ⬆️

**Zibtara** @zibtara · Oct 6, 2021                                ···
Ask Me Anything for the next few hours... @brandonstraka

💬 1              🔁              ♡ 2              ılıl          🔖  ⬆️

Show replies

**Chichi** @ChichiVision18 · Oct 6, 2021                          ···
Straka's parents should stop enabling him. He needs an intervention, not even more money to light on fire.

💬 1              🔁              ♡ 5              ılıl          🔖  ⬆️

**Zibtara** @zibtara · Oct 6, 2021                                ···
I'm not sure they've ever been more supportive of him....

💬 2              🔁              ♡ 2              ılıl          🔖  ⬆️



**Chichi**
@ChichiVision18

He uses the racist Proud Boys For security, uses the "shithole countries" slur, pushes the anti-Semitic QAnon conspiracy, hired a speaker who says immigrants should be gassed, takes money from Alex Jones, and is obsessively hostile toward black protestors.

Hitler/White Surpremacy/Racist/Terrorist



**Chichi**
@ChichiVision18                                                                    ...

And? He dresses up as Hitler and decided in his heart of hearts he loves Trump. Are you catching on yet?

You want to try to make some sort of point and dig yourself an even deeper hole?

9:42 PM · Aug 4, 2019



**Chichi**
@ChichiVision18                                                                    ...

Islamophobia has been the most consistent tenet of the #WalkAway cult. Plenty of racism, misogyny, anti-Semitism and transphobia too, but Islamophobia might be in the #1 spot for you guys.

10:23 AM · May 31, 2021



**Chichi** @ChichiVision18 · Aug 4, 2019                                           ...
That's Brandon Straka dressed as Hitler, who was not a socialist. Naziism was a rightwing ideology then, just as it is now.

◯ 1              ⇄              ♡              ılıl              🔖    ⬆

**Marius Huron** 🟦 @HurtonMarius · Aug 4, 2019                                     ...
You mean he was making fun of Hitler?

◯ 1              ⇄              ♡              ılıl              🔖    ⬆

**Chichi** @ChichiVision18 · Aug 4, 2019                                           ...
I think he was dressing as his idol, based on his rhetoric and support of Trump.



**Chichi**
@ChichiVision18                                                          ...

He uses the racist Proud Boys For security, uses the "shithole countries" slur, pushes the anti-Semitic QAnon conspiracy, hired a speaker who says immigrants should be gassed, takes money from Alex Jones, and is obsessively hostile toward black protestors.

This is him.



**Chichi**
@ChichiVision18                                                          ...

But @Treece0012, I appreciate your point that all photos of Straka matter, including if he's dressed as Hitler or Jesus, or mocking indigenous people, or doing drugs, or getting arrested. They all show him for who he is.

I agree with you!

# Defendant: @STONEPGH

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)



# Video Evidence Overview (@StonePGH)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

## Stalking/limitless malice

False Attributions

🔺Go to Top

301

 **John Stone - #1001** 🌰 **Squealing-Straka**
@StonePgh

#BrnadonStraka, Stripper #Walkaway



⬆Go to Top

303



**John Stone - #1001** 🐦 **Squealing-Straka**
@StonePgh

···

Like #Walkaway #BrandonStraka who complains non-stop about people living off the government but then scored two PPP loans to help pay him to attack the Capitol.  Also using his PAC to pay for his #insurrection. #traitor #terrorist



**John Stone - #1001 ☁ Squealing-Straka**
@StonePgh

We are chipping away those services he uses for funding his
#DomesticTerrorist activities.  The link below will show the info on his
expenditures thru the PAC.  Same vendors as the non-profit.  @Anedot
took 10 days to pull him. opensecrets.org/outsidespendin…

## Top Vendors/Recipients

| Rank | Vendor/Recipient | Total Expenditures |
|---|---|---|
| 1 | Hanson Productions | $10,000 |
| 2 | Politicallaw | $4,150 |
| 3 | PAC Management Services | $3,000 |
| 4 | Mailchimp | $1,082 |
| 5 | Anedot Inc | $863 |
| 6 | Dallas Curio Hotel | $792 |
| 7 | Wix.Com | $613 |
| 8 | Politicallaw Pllc | $525 |
| 9 | Stripe Inc | $317 |



**John Stone – #1001** 🌩 **Squealing-Straka**
@StonePgh                                                                          ...

And here is the transactions showing that **#Walkaway** PAC used contributions to fund the insurrection. This is the tab for the Willard Hotel for the storming of the Capitol "patriots".

---

**Full Name (Last, First, Middle Initial)**
**B.** STRAKA, BRANDON, , ,

**Mailing Address** 2337 1ST AVE
APT. 1FS

| City | State | Zip Code |
| NEW YORK | NY | 10035-3610 |

**Purpose of Disbursement**
REIMBURSEMENT

**Candidate Name**

| Office Sought: | House | Disbursement For: | |
| | Senate | Primary | General |
| | President | Other (specify) | |
| State: | District: | | |

**Date of Disbursement**
02 / 04 / 2021

**FEC Identification Number**
C
**Transaction ID : B147173D7C8**
Amount of Each Disbursement this Period
5903.03

Memo Item

Category/Type

---

**Full Name (Last, First, Middle Initial)**
**C.** INTERCONTINENAL WILLARD

**Mailing Address** 1401 PENNSYLVANIA AVE NW

| City | State | Zip Code |
| WASHINGTON | DC | 20004-1047 |

**Purpose of Disbursement**
VOLUNTEER EVENT LODGING

**Candidate Name**

| Office Sought: | House | Disbursement For: | |
| | Senate | Primary | General |
| | President | Other (specify) ▼ | |

**Date of Disbursement**
02 / 04 / 2021

**FEC Identification Number**
C
**Transaction ID : B95E8328F8**
Amount of Each Disbursement this Period
2986.89

✓ Memo Item

Category/Type

---

5:18 PM · Jan 27, 2023 · **79** Views

Go to Top

Reputation



**MikeClover7@mastodon.social**
@MikeClover7

I thought @PayPal dropped them? Have a link to where I can find their PayPal info?

9:05 PM · Sep 7, 2021

💬 1          🔁          ♡ 4          🔖          ⬆️

Post your reply                                                      Reply

**John Stone - #1001** 🐑 **Squealing–Straka** @StonePgh · Sep 7, 2021
I sure do.  I will DM you that info and more interesting facts



**John Stone - #1001 🐦 Squealing-Straka**
@StonePgh                                                                    ...

We are chipping away those services he uses for funding his
#DomesticTerrorist activities.  The link below will show the info on his
expenditures thru the PAC.  Same vendors as the non-profit.  @Anedot
took 10 days to pull him. opensecrets.org/outsidespendin...

### Top Vendors/Recipients

| Rank | Vendor/Recipient | Total Expenditures |
|------|------------------|--------------------|
| 1 | Hanson Productions | $10,000 |
| 2 | Politicallaw | $4,150 |
| 3 | PAC Management Services | $3,000 |
| 4 | Mailchimp | $1,082 |
| 5 | Anedot Inc | $863 |
| 6 | Dallas Curio Hotel | $792 |
| 7 | Wix.Com | $613 |
| 8 | Politicallaw Pllc | $525 |
| 9 | Stripe Inc | $317 |

Hitler/White Supremacy/Racist/Terrorist

 **John Stone – #1001** 🐷 **Squealing-Straka**          · · ·
@StonePgh

Seems the #Insurrectionists like @BrandonStraka love to cosplay Hitler.
Or Jesus.  Then their social media managers like @Treece0012 lash out
with violent memes at folks.

 **John Stone – #1001** 🐷 **Squealing-Straka**          · · ·
@StonePgh

Speaking of #Nazi lovers, why do these #WalkAway people
(#BrandonStraka below) and the latest arrest yesterday in the
#insurrection like to pose as #Hitler?  @BrandonStraka #hatecrime



**John Stone – #1001** 🐿️ **Squealing-Straka**
@StonePgh

When @BrandonStraka makes a disturbing video today, 1/11/2021, with his #crazyeyes seemingly throwing his #MagaMob a #WhitePower sign. Why hasn't he been arrested yet?  Put him on the #NoFlyList #WalkAway #WalkAwayCampaign #DomesticTerrorists

5:12 PM · Jan 11, 2021

💬 4          🔁 6          ♡ 7

Post your reply                                          Reply



**Just Beachy** 🇺🇸 **@PrdAmerican100** · Jan 11, 2021
😂😂😂😂 you are obsessed with Brandon



# Defendant: @MIKECLOVER7

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)



🔺Go to Top

313

# Video Evidence Overview (@MikeClover7)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

## Stalking/limitless malice

False Attributions



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my gullible donors. Looks like judges are finally catching on to how grossly unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> 🐟 **Ford Fischer** ✓ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money when the cases conclude. news.yahoo.com/government-tri...

10:44 AM · May 31, 2023 · **179** Views

💬 1          ↻ 1          ♡ 6          🔖          ⬆️

Post your reply                                                    **Reply**

**MikeClover7@mastodon.social** @MikeClover7 · Jun 1          ···
Guarantee he and his "investors" used those legal defense donations to fund the development of the WalkAway app

💬 1     ↻ 1     ♡ 3     ᴵˡ 105     🔖 ⬆️



**MikeClover7@mastodon.social**
@MikeClover7

Brandon Straka hires Proud Boys for his security. Money Straka raises via @Stripe goes directly into members of the Proud Boys' pockets.

7:33 PM · Feb 4, 2021

 **MikeClover7@mastodon.social** @MikeClover7 · Jul 9, 2021    ...
Now that Nick Fuentes was banned on Twitter, why are his January 6th
insurrection collaborators @BrandonStraka and @RealWalkAway still on
the platform?

> **PT PatriotTakes** 🇺🇸 ✓ @patriottakes · Jul 9, 2021
> Nick Fuentes has just been banned from Twitter. (Telegram)
>
> 
>
> Nicholas J. Fuentes
>
> @nickjfuentes
>
> **Account suspended**
>
> Twitter suspends accounts which violate the Twitter Rules

💬 2          🔁 4          ♡ 10          ili               🔖  ⬆️

 **MikeClover7@mastodon.social** @MikeClover7 · Jul 9, 2021    ...
Straka, along with Ali Alexander, were key organizers of the violent Stop
the Steal riot that led to the attack on the Capitol on January 6th.

Straka and Stop the Steal collaborated with Fuentes to overrun the Capitol:
propublica.org/article/new-de...

🔺Go to Top

319

○ 1          ↑↓          ♡ 4          ⷮ          🔖    ⤒

**MikeClover7@mastodon.social** @MikeClover7 · Jul 9, 2021          ⋯
Why are violent insurrectionists and Nick Fuentes' collaborators like
Brandon Straka being platformed by @Twitter? Especially after they used
@Twitter to organize and fund riots, like the Stop the Steal insurrection on
January 6th?

○ 2          ↑↓ 2          ♡ 9          ⷮ          🔖    ⤒

**MikeClover7@mastodon.social** @MikeClover7 · Jul 9, 2021          ⋯
Even @Facebook decided to stop helping Straka organize and finance
political violence. Yet @BrandonStraka and @WalkAway are still on
@Twitter



**MikeClover7@mastodon.social**
@MikeClover7                                                          ···

Convicted insurrectionist Brandon Straka is using @MailJet to organize and raise money for political violence via his extremist organization WalkAway

**Message headers**                                                    ✕
Message-Id:
‹                                                          @mailjet.com›
Mime-Version: 1.0
From: #WalkAway Foundation <info@walkawaycampaign.com>

12:08 AM · Jun 25, 2022

💬 5          🔁 8          ♡ 9                  🔖              ⬆️

👤  Post your reply                                        Reply

**MikeClover7@mastodon.social** @MikeClover7 · Jun 25, 2022   ···
Straka and WalkAway organized the "Stop The Steal" campaign and riot on the Capitol that led to the deaths of 5 people during the January 6th, 2021 insurrection
nytimes.com/2021/01/11/us/…

💬 1          🔁          ♡ 6          ᵢₗᵢ        🔖    ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Jun 25, 2022   ···
Straka live streamed his attack on the Capitol and was later arrested by the FBI. As part of his guilty plea and conviction, Straka admitted under threat of perjury that he encouraged rioters to directly attack Capitol police officers



💬 1          🔁          ♡ 7          ᵢₗᵢ        🔖    ⬆️





**MikeClover7@mastodon.social**
@MikeClover7                                              ...

Straka and WalkAway organized the "Stop The Steal" campaign and riot on the Capitol that led to the deaths of 5 people during the January 6th, 2021 insurrection
nytimes.com/2021/01/11/us/...

12:08 AM · Jun 25, 2022

💬 1          ⟲          ♡ 6          🔖          ⬆

( ) Post your reply                                    Reply

**MikeClover7@mastodon.social** @MikeClover7 · Jun 25, 2022   ...
Straka live streamed his attack on the Capitol and was later arrested by the FBI. As part of his guilty plea and conviction, Straka admitted under threat of perjury that he encouraged rioters to directly attack Capitol police officers

vice.com

💬 1          ⟲          ♡ 7          �ᗕ          🔖  ⬆



**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
Looks like @SendLane is helping FBI-arrested insurrectionist Brandon
Straka finance and organize more extremist violence

```
Return-Path: <bounce2@createsend.com>
X-Original-To: my_email@gmail.com
Delivered-To: my_email@gmail.com
Received: from mail03.buf184.createsend.com (mail03.buf184.createsend.com
  [192.168.128.1]) (using TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits))
  (No client certificate requested) by google.gmail.com (Postfix) with ESMTPS id
  E43D6690134B for <my_email@gmail.com.com>; Thu, 10 Feb 2021 12:21:10 +0000 (UTC)
Authentication-Results: google.gmail.com; dmarc=none (p=none dis=none)
  header.from=walkawaycampaign.com
Authentication-Results: google.gmail.com; spf=pass
  smtp.mailfrom=bounce2@createsend.com
```

💬 2          ⭮ 4          ♡ 9                    ᙙᙙ          🔖          ⭷

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
Createsend.com redirects to @SendLane. Looks like @SendLane's terms
and conditions are being broken by Brandon Straka and his violent
organization WalkAway



sendlane.com

💬 1          ⭮          ♡ 7                    ᙙᙙ          🔖          ⭷



**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
Straka is using @SendLane to finance his defense for his FBI charges
justice.gov/opa/page/file/…

💬 1          ⭮          ♡ 6                    ᙙᙙ          🔖          ⭷



**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
Brandon Straka was charged by the FBI for his involvement in attacking the
Capitol building on January 6th. Here he's quoted as excitedly exclaiming
"We're going in!" youtube.com/watch?v=kEAlsO…

💬 1          ⭮          ♡ 5                    ᙙᙙ          🔖          ⭷

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
If anyone would like to investigate, you can register for the insurrectionist's
@SendLane mailing list via brandonstraka. com

💬 2          ⭮ 1          ♡ 6                    ᙙᙙ          🔖          ⭷



**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021   ···
@realjimmykim @caitlinkhutch



**Jimmy Kim** ✔️ @yojimmykim · Feb 12, 2021  ···
Thanks Mike for alerting me. I take these things very seriously and will launch an investigation right away. Thank you for alerting us.

💬 2          ⟲          ♡ 5          ılı                    🔖  ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021  ···
It should be noted that Brandon Straka and WalkAway have been banned from MailChimp, MailerLite, ConstantContact, EventBrite, Anedot, and other companies for this reason. @caitlinkhutch

💬 1          ⟲          ♡ 5          ılı                    🔖  ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021  ···
Brandon Straka was Ali Alexander's partner in StopTheSteal on Jan 5th that set the stage for the Jan 6th attack on the Capitol

> 🔲 **MikeClover7@mastodon.social** @MikeClover7 · Feb 2, 2021
> Replying to @MikeClover7
>
> Straka is Ali Alexander's partner in StopTheSteal. The day before the riot, Straka gave a speech at the StopTheSteal rally, saying "Welcome to the revolution!" & "We have before us a revolution!"
>
> Rioters were heard chanting "Stop the Steal" on Jan 6th...
> Show more

💬 1          ⟲ 1          ♡ 9          ılı                    🔖  ⬆️

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021  ···
Straka's organization WalkAway was also responsible for assaulting a Black Lives Matter protestor, and someone in WalkAway's audience pulled a gun on the same BLM protestor, and another maced the protestor:

> youtube.com
> Dallas activist, others detained following incident at
> Activist Dominique Alexander and other individuals were transported to Dallas Police Headquarters fo...



**MikeClover7@mastodon.social**
@MikeClover7                                                          ...

I didn't realize that violence, insurrection and felonies are conservative causes that AllFundIt wants to help finance.

Surely violence and illegal activity are against @Stripe's terms, yet here Straka is, organizing and financing far right political violence using @Stripe

---

https://allfundit.com    ⋮

**AllFundIt - A Crowdfunding Platform For All**

Choose **AllFundIt** and feel secure that we will not remove your campaign just because your cause is conservative.

---

8:45 PM · Feb 3, 2021



**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
Looks like @SendLane is helping FBI-arrested insurrectionist Brandon
Straka finance and organize more extremist violence

```
Return-Path: <bounce2@createsend.com>
X-Original-To: my_email@gmail.com
Delivered-To: my_email@gmail.com
Received: from mail03.buf184.createsend.com (mail03.buf184.createsend.com
  [192.186.128.1]) (using TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits))
  (No client certificate requested) by google.gmail.com (Postfix) with ESMTPS id
  E43D6690134B for <my_email@gmail.com.com>; Thu, 10 Feb 2021 12:21:10 +0000 (UTC)
Authentication-Results: google.gmail.com; dmarc=none (p=none dis=none)
  header.from=walkawaycampaign.com
Authentication-Results: google.gmail.com; spf=pass
  smtp.mailfrom=bounce2@createsend.com
```

💬 2          🔁 4          ♡ 9          �!lıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
Createsend.com redirects to @SendLane. Looks like @SendLane's terms
and conditions are being broken by Brandon Straka and his violent
organization WalkAway

| 🖼 | sendlane.com |
|---|---|
|   | Sendlane: Unified Email & SMS Marketing for eComn |
|   | Better features. Better support. Better customer |
|   | experience. |

💬 1          🔁          ♡ 7          ıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
Straka is using @SendLane to finance his defense for his FBI charges
justice.gov/opa/page/file/…

💬 1          🔁          ♡ 6          ıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
Brandon Straka was charged by the FBI for his involvement in attacking the
Capitol building on January 6th. Here he's quoted as excitedly exclaiming
"We're going in!" youtube.com/watch?v=kEAIsO…

💬 1          🔁          ♡ 5          ıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
If anyone would like to investigate, you can register for the insurrectionist's
@SendLane mailing list via brandonstraka. com

💬 2          🔁 1          ♡ 6          ıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
@SGS_1988 @ThatsQuiteAWalk @StonePgh @KarlynBorisenko
@mark_mackillop @SamSeder @socialistdogmom @slpng_giants
@EmilyGorcenski

💬 2          🔁          ♡ 4          ıl          🔖          ⬆

**MikeClover7@mastodon.social** @MikeClover7 · Feb 12, 2021          ···
It also looks like he's using various Walkaway resources to finance his
personal defense against the FBI

💬 1          🔁 1          ♡ 5          ıl          🔖          ⬆



**MikeClover7@mastodon.social**
@MikeClover7                                                    •••

Guarantee he and his "investors" used those legal defense donations to
fund the development of the WalkAway app

6:05 AM · Jun 1, 2023 · **108** Views



**MikeClover7@mastodon.social**
@MikeClover7                                                    •••

Reminder that convicted insurrectionist Brandon Straka uses
@MetroPayTech to fund organized political violence

2:23 AM · Jan 24, 2023 · **161** Views

Felony Conduct





**MikeClover7@mastodon.social**
@MikeClover7                                      · · ·

I didn't realize that violence, insurrection and felonies are conservative causes that AllFundIt wants to help finance.

Surely violence and illegal activity are against @Stripe's terms, yet here Straka is, organizing and financing far right political violence using @Stripe



https://allfundit.com   ⋮

**AllFundIt - A Crowdfunding Platform For All**

Choose **AllFundIt** and feel secure that we will not remove your campaign just because your cause is conservative.

8:45 PM · Feb 3, 2021



**MikeClover7@mastodon.social**
@MikeClover7                                      · · ·

You can get in touch with Stripe here:

stripe.com
**Contact Us | Stripe**
Visit this page to contact Stripe and find email and contact information for sales, help and support, media inquiries, …

2:02 PM · Feb 3, 2021

⬆️Go to Top

Reputation



**Brawndo Snitchka, Parody of a Snitch**
@BrawndoSnitchka                                                          ···

Patriots!

I've used my January 6th crimes to raise hundreds of thousands from my
gullible donors. Looks like judges are finally catching on to how grossly
unethical that is.

Snitch and plead out early, gurl! Every time.

@BrandonStraka

> **Ford Fischer** ✔ @FordFischer · May 28
> Many January 6 defendants have used online fundraisers to collect money for
> their legal defenses.
>
> The government is seeking fines at sentencing that confiscate this money
> when the cases conclude. news.yahoo.com/government-tri…

10:44 AM · May 31, 2023 · **179** Views

💬 1            🔁 1            ♡ 6            🔖            ⬆️

👤  Post your reply                                                       **Reply**

**MikeClover7@mastodon.social** @MikeClover7 · Jun 1                      ····
Guarantee he and his "investors" used those legal defense donations to
fund the development of the WalkAway app

💬 1            🔁 1            ♡ 3            ╷╷╷ 105            🔖 ⬆️



**MikeClover7@mastodon.social**
@MikeClover7                                                                                              ···

I thought @PayPal dropped them? Have a link to where I can find their PayPal info?

9:05 PM · Sep 7, 2021

💬 1          🔁          ♡ 4          🔖          ⬆️

👤  Post your reply                                                          **Reply**

**John Stone - #1001** 🐷 **Squealing-Straka** @StonePgh · Sep 7, 2021    ···
I sure do.  I will DM you that info and more interesting facts

**MikeClover7@mastodon.social**                                          ···
@MikeClover7

Guarantee he and his "investors" used those legal defense donations to fund the development of the WalkAway app

6:05 AM · Jun 1, 2023 · **108** Views

## Defendant: @ZIBTARA a/k/a MIRANDA DEW

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements
Defendants have written and published about Straka daily. The actual number of statements Defendants
have published now exceeds 30,000 posts which have all been archived and catalogued)



## Video Evidence Overview (Miranda Dew@Zibtara)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)

### Stalking/limitless malice
### Conversations with other defendants

False Attributions



**Zibtara**
@zibtara                                                    ···

Do you know how I know this is BullShit?! Because I was best friends
with @brandonstraka for 20 years! He is in Nebraska because he is
staying with his parents, Dan & Mary. They are paying for his defense
attys. He gave up everything, but didn't get the deal he wanted. AMA

10:25 PM · Oct 6, 2021

💬 4            🔁 2            🤍 4            🔖            ⬆️

(👤) Post your reply                                         **Reply**

**Zibtara** @zibtara · Oct 6, 2021                          ···
@DaClementMusic @chiproytx

💬            🔁            🤍 3            📊            🔖   ⬆️

**Zibtara** @zibtara · Oct 6, 2021                          ···
Ask Me Anything for the next few hours... @brandonstraka

💬 1            🔁            🤍 2            📊            🔖   ⬆️

Show replies

**Chichi** @ChichiVision18 · Oct 6, 2021                    ···
Straka's parents should stop enabling him. He needs an intervention, not
even more money to light on fire.

💬 1            🔁            🤍 5            📊            🔖   ⬆️

**Zibtara** @zibtara · Oct 6, 2021                          ···
I'm not sure they've ever been more supportive of him....

💬 2            🔁            🤍 2            📊            🔖   ⬆️

Show replies



**Zibtara**
@zibtara

I only know of his DWI arrest in Omaha, NE around 1998

2:45 AM · Oct 7, 2021

1          2

Post your reply                                    Reply

**Chichi** @ChichiVision18 · Oct 7, 2021
There's also a bankruptcy from 2011. Imagine what Straka would say if convicted criminal with bankruptcies and a DWI, who happened to be black, was murdered in the street by police. He would lead with the victims' record every time.



**DeClementia**
@DaClementMusic

Wow, did you just call convicted criminal and stay-at-home terrorist Brandon Straka a "miscarriage?" 😂🤣

12:04 AM · Jan 26, 2022

💬 1          ↻          ♡ 2          🔖          ⬆

Post your reply                                                    Reply

**Zibtara** @zibtara · Jan 26, 2022
I bet Dan and Mary wish he was...



**Zibtara**
@zibtara

Do you know how I know this is BullShit?! Because I was best friends with @brandonstraka for 20 years! He is in Nebraska because he is staying with his parents, Dan & Mary. They are paying for his defense attys. He gave up everything, but didn't get the deal he wanted. AMA

10:25 PM · Oct 6, 2021

4        2        4

Post your reply                                    Reply

**Zibtara** @zibtara · Oct 6, 2021
@DaClementMusic @chiproytx

                                3

**Zibtara** @zibtara · Oct 6, 2021
Ask Me Anything for the next few hours... @brandonstraka

        1                        2

Show replies

**Chichi** @ChichiVision18 · Oct 6, 2021
Straka's parents should stop enabling him. He needs an intervention, not even more money to light on fire.

        1                        5

**Zibtara** @zibtara · Oct 6, 2021
I'm not sure they've ever been more supportive of him....

        2                        2

🔺Go to Top

340



**Zibtara** @zibtara · 13h

I was best friends with him for 20 years and lived with him in both Omaha and NYC.

💬 2          🔁          ❤️ 3          📊 55          🔖          ↥

**MikeClover7@mastodon.social** @Mik... · 13h

Oh man do I have questions for you

💬 1          🔁          ❤️ 4          📊 39          🔖          ↥

**Zibtara**
@zibtara

I'll answer them. You can DM me to set up a phone call if you'd like. I've done that with @DaClementMusic and a reporter from Mother Jones, whose story should be coming out, soon.

12:51 AM · 11/17/23 from Earth · **39** Views

**3** Likes

💬          🔁          ❤️          🔖          ↥



**toolejk** @toolejk · 5h

Please alert us all when it's published!

💬          🔁          ❤️ 3          📊 20          🔖          ↥

Grifting



**Zibtara**
@zibtara

Right? And admitting, in court, under oath, to encouraging the attacks on the Capitol Police is going to feature prominently in the civil suit. His grift has been taken over by pro-Holocaust, homophobic immigrants and he's going to prison. Happy Birthday!



**Zibtara**
@zibtara

He hasn't. He gave up other Jan 6 defendants and is currently fighting to keep that classified. Google it. I dare you. He's not one of you; he makes money off of you.



**Chichi**
@ChichiVision18                                                                              ...

There's a person in this thread who has known Straka his whole life and can tell you all about him, and it's not you or @LadyMagaUSA.

Read @zibtara's tweets.

6:19 PM · Dec 30, 2021

💬 1            ↻            ♡ 2            🔖            ⬆️

Post your reply                                                        **Reply**

**Zibtara** @zibtara · Dec 31, 2021                                          ...
In all truth, I've only known him since we were 18 years old. I NEVER lived in O'Neill, NE. We are 45, now. So, I've known him his ENTIRE adult life. He's a narcissistic, entitled, grifting, self-involved, condescending (while incorrect) small man with a chip.

💬 1            ↻            ♡ 2            �˳ᴵᴵ            🔖            ⬆️

**Chichi** @ChichiVision18 · Jan 2, 2022                                      ...
Whole adult life. 🙂

A person with a malignant personality disorder like Straka uses and abuses people and burns every bridge he crosses. That's why everyone from any of his former lives tries to warn his next targets, and why his own family turned him in to the FBI.

💬            ↻            ♡ 3            ᒲᴵᴵ            🔖            ⬆️

Go to Top

Reputation



**Zibtara**
@zibtara

I only know of his DWI arrest in Omaha, NE around 1998

2:45 AM · Oct 7, 2021

💬 1          ⟲          ♡ 2          🔖          ⬆

Post your reply                                    **Reply**

**Chichi** @ChichiVision18 · Oct 7, 2021
There's also a bankruptcy from 2011. Imagine what Straka would say if convicted criminal with bankruptcies and a DWI, who happened to be black, was murdered in the street by police. He would lead with the victims' record every time.

# Defendant: @TOOLEJK

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements Defendants have written and published about Straka daily. The actual number of statements Defendants have published now exceeds 30,000 posts which have all been archived and catalogued)



# Video Evidence Overview (@toolejk)

(The following is only a small sampling of malicious, obsessive, false, hateful, and defamatory statements
Defendants have written and published about Straka daily. The actual number of statements Defendants
have published now exceeds 30,000 posts which have all been archived and catalogued)

## Limitless malice against Brandon Straka

Hitler/White Supremacy/Racism/Terrorist



**toolejk** @toolejk · Aug 30                                                                    ···

1/2 If you want to really know what a hypocritical a*&hole @BrandonStraka is, look no further than the Tennessee legislature, where a Black lawmaker tossed from his seat by racist colleagues was returned to office yet again today was silenced by the a*&holes who run Nashville.

💬           ⟲           ♡ 1           📊 82           🔖    ⬆️



**toolejk** @toolejk · Aug 30                                                                    ···

2/2 @BrandonStraka the a*&hole would have you believe that he stands by Black people, yet he won't speak up for someone elected to office who has been silenced by his racist colleagues. @BrandonStraka is a pig. cnn.com/2023/08/29/us/...

False Attributions



**toolejk**
@toolejk

···

I'm hoping that @brawndosnitchka is right now unearthing the photo of @BrandonStraka and gay-hater @JennaEllisEsq canoodling, accompanied by an insipid comment from self-hating Brandon.

9:17 AM · Oct 24, 2023 · **82** Views

**toolejk**
@toolejk

Which story, @RudyGiuliani? Seducing underage girls? Drinking with Sidney Powell? Being disbarred for unethical and illegal activities? Lying with @jennaellisesq about the election? Can't wait for Walk-a-Con and @BrandonStraka!



🔺Go to Top                                                                 354



**toolejk** @toolejk · Oct 20                                          ···

Poor @BrandonStraka. Time's running out on his goal to have as many bona fide criminals as regular Trump bootlickers on his Walk-a-Con marquee. But there's hope. Gay-hater @JennaEllisEsq could flip soon; her BFF Brandon won't be able to resist inviting her!

◯          ⇄          ♡ 1          Ⅰⅼ 39          🔖   ⬆

**toolejk** @toolejk · Oct 15                                          ···

Hey, @BrandonStraka, I have it on good authority that @Jim_Jordan punted because he knows all roads lead to him as an insurrectionist. He's the henchman you folks rooted for when you tried to subvert democracy. So you count getting away w/protecting a sexual predator as "smart"?

← **Post**

**Brandon Straka** ✔          **Follow**   ···
@BrandonStraka

Jim Jordan is strong and smart as a whip, but I

 **toolejk** @toolejk · Oct 11                                              ···

Hey, I'm on one of the few airlines I can still fly because I wasn't a perceptible a*%hole to
the crew! Because I'm so nice, maybe they'll make a pit stop in D.C. so I can invite police
assaulter Colton McAbee to marquee at Walk-a-Con! -- @BrandonStraka





**toolejk** @toolejk · Aug 28                                              ···

Eminem is in the political headlines (a right-wing loon is stealing his work -- what else is new?!), so this is a prime opportunity to share what all rational, non-compromised people think of @BrandonStraka:

**ENCORE**

youtube.com
Puke
Provided to YouTube by Universal Music GroupPuke ·
EminemEncore® 2004 Aftermath Entertainment/Interscope ...

💬              ⟲              ♡ 1              ılıl 56              🔖  ⬆

**toolejk** @toolejk · Aug 28                                              ···

Just think of the pitiful @BrandonStraka's priorities on the anniversary MLK' speech. Instead of celebrating it, he's posting the alleged grievances of those who, if they are not lying, are under the misguided notion that the Movement sold them out. How pathetically exploitative.

💬 1            ⟲              ♡ 6              ılıl 120              🔖  ⬆





**toolejk** @toolejk · Jul 3

I'm @BrandonStraka and I'm gay. I reserve the right to determine who is gay because their gayness is obvious andwho's not really gay but just claim to be gay.  One of my besties, @JennaEllisEsq -- who thinks all gays should be condemned to hell -- gave me authority on this issue.



**Brandon Straka** ✔ @BrandonStraka · 28m

I went to NYC Pride last weekend and the current state of the Left is INSANE.

More and more people are now identifying on the Rainbow Spectrum because of social contagion.

And if parents have any concerns about it, they coul lose their kids.

Thanks for having me on, @NEWSMAX

💬 1            🔁            ♡ 4            �..ᴵ 96            🔖   ⬆



**toolejk** @toolejk · Jul 3

I'm @BrandonStraka. Had I been born Jewish in the Warsaw Ghetto, I'd have been glad to turn in my people to the Nazis. I hate gays almost as much as my friend @JennaEllisEsq hates us. And she SUPER hates them! Jenna is worthy of the Nazi pantheon! @Newsmax



**toolejk** @toolejk · Jul 3

I'm @BrandonStraka. Had I been born Jewish in the Warsaw Ghetto, I'd have been glad to turn in my people to the Nazis. I hate gays almost as much as my friend @JennaEllisEsq hates us. And she SUPER hates them! Jenna is worthy of the Nazi pantheon! @Newsmax



newsweek.com

💬          ⟲          ♡ 2          ıl 71          🔖     ⬆

Grifting

 **toolejk**
@toolejk



"This is all about my mother ... uh, scratch that. This is all about me! Please, PLEASE come to Walk-a-Con! If nothing else, you'll be in the presence of a new world record: most grifters-per-headliners ever on one stage -- Schlapp, Gold, Hopkins, etc.!!! Give us your $$$$!"



 **toolejk**
@toolejk

We're fast approaching @BrandonStraka's debut in proper society, known in #walkaway world as Walk-a-Con, since it's mostly criminal grifters on the sked. It's like "The Gilded Age," except Brandon had to buy his way into the ball by fleecing rubes who think he's an influencer.

3:03 PM · Nov 6, 2023 · **152** Views


 **toolejk** @toolejk · Oct 7                                           ...

Hey, #walkaway rubes! Come one, come all to Walk-a-Con walkawayanniversary.com, where fellow criminal @drsimonegold and I as well as many other grifters live up to our convict status! You can no longer get the hotel rate I booked at Hilton. So pay even more! -- @brandonstraka



walkawayanniversary.com
Home | #WALK-A-CON

♡        ⇅ 1              ♡ 1                    �𝗅ᥣ  64              🔖     ⬆

 **toolejk** @toolejk · Oct 4                                           ...

Here's #walkaway faker "David." For Walk-a-Con, @BrandonStraka is inviting David to sit between BFF @JennaEllisEsq, who wishes eternal damnation on David and Brandon, and @mschlapp, whose roving hands won't be far away from the unsuspecting David.

sharing his journey from addiction to conservatism.

JOIN US on #WalkAway Social and share your story. 🇺🇸

PLUS come see David and MANY other inspirational speakers at #WalkACon Nov. 10th-12th 🔥





**toolejk** @toolejk · Sep 27                                         ...

In addition to galpal @KariLake, @BrandonStraka is pimping for @Evans4WV (Derrick Evans, the WV lawmaker who crimed and, like Brandon, now denies it). Derrick lost his original handle, so Brandon the whore has decided to go to bat for another loser on his Walk-a-Con panel.

   ⬭              ⇄              ♡ 2          ᷅ᑊᑊ 85          ⬚          ⬆



**toolejk** @toolejk · Sep 27                                         ...

"I'm not the least bit desperate! I'm pimping for a failed gubernatorial candidate who, like my hero the failed president, has lost every single one of her lawsuits claiming election fraud! ... But hey, you rubes, you still believe me, right?" -- @BrandonStraka





**toolejk** @toolejk · Sep 26

"This is all about my mother ... uh, scratch that. This is all about me! Please, PLEASE come to Walk-a-Con! If nothing else, you'll be in the presence of a new world record: most grifters-per-headliners ever on one stage -- Schlapp, Gold, Hopkins, etc.!!! Give us your $$$$!"

**toolejk** @toolejk · Sep 22

In desperately pitching heavily discounted Walk-a-Con to the rubes, @brandonstraka claims six events. I count only four. Did he add a cabaret drag show (Nick Miles does the can-can!) and a book-banning workshop ("Anne Frank was a whore!")?



**toolejk** @toolejk · Sep 8                                                      ...

So @BrandonStraka isn't done scraping the bottom of the political refuse pile to justify the king's ransom he's bilking rubes to underwrite #WalkaCon. Recent additions to the speakers lineup are once-and-future sexual groper @mschlapp and delusional party defector @meshamainor.

Q                     ⟲                     ♡ 2                    ᵢₗᵢ 102              🔖  ⬆



**toolejk** @toolejk · Sep 6                                                      ...

This guy has total cred! He has been abused by the Establishment, so for @BrandonStraka, that means he's a prime recruit for #walkaway, with terrific upside potential on the grift!





**toolejk** @toolejk · Sep 3                                                      ...

For those not getting the special griftee rate, rooms at @BrandonStraka's Walk-a-Conman's hotel for his blowout #walkaway criminal-grifter-sociopath fest in November are going for about $250 per night. I'm texting Soros right now so he'll house us libtards in the unblocked rooms.

Q                     ⟲                     ♡ 3                    ᵢₗᵢ 90               🔖  ⬆



**toolejk** @toolejk · Aug 22                                                    ···

Chief #walkaway Grifter @BrandonStraka's BFF, @JennaEllisEsq, is salivating this week because there's one less #LGBQT Pride flag wafting in the breeze. Jenna thinks all gay people, including Brandon, should be consigned to hell for eternity.



○          ⇄                    ♡ 2              ۱۱۱ 66              🔖         ⬆️



**toolejk** @toolejk · Aug 22                                                    ···

Walk-a-Con's main day event on 11/11 is a rally ostensibly for veterans. In the event that the state or local police show up to maintain order, I sure hope that @BrandonStraka has trained his followers in how to encourage the theft of riot shields. He's very good at it!

○          ⇄                    ♡ 1              ۱۱۱ 30              🔖         ⬆️



**toolejk** @toolejk · Aug 21                                                    ···

In his deft Con-the-Rubes pricing scheme, #walkaway grifter @BrandonStraka is charging a $50 premium if you want to be up front at the kickoff event, i.e., closer to the criminals who'll be telling you how they either copped to pleas or were convicted and then started whining.

○          ⇄                    ♡ 1              ۱۱۱ 31              🔖         ⬆️



**toolejk** @toolejk · Aug 21                                                    ···

For the big Walk-My-Fellow-Cons extravaganza in West Palm Beach, Chief #walkaway Grifter @BrandonStraka has secured special rates at BOTH the Hilton AND Holiday Inn airport hotels. That's right! The rubes have a chance to get fleeced in two venues in just one weekend!

○          ⇄                    ♡ 2              ۱۱۱ 70              🔖         ⬆️



**toolejk** @toolejk · Aug 10                                              ...

The folks @BrandonStraka is highlighting in his ad for his LGBT Town Hall don't at all resemble whiny, pathetic, self-hating folks unconfident in their sexuality and desperate to believe in anyone, even a grifter whose best friend, @JennaEllisEsq, would condemn them all to hell.

♡                    �thumbnail                    ♡                    ᴵˡᶦ  47                        🔖    ⬆

**toolejk** @toolejk · Aug 10                                              ...

I'd like to know if @BrawndoSnitchka, @DaClementMusic, @ThatsQuiteAWalk, @MikeClover7 or other fans of our favorite grifter will tune into his LGBT Town Hall this evening. I'm disappointed he didn't invite his BFF, gay-hater @JennaEllisEsq, to join. But maybe she'll chime in.

♡ 4                  ↩                    ♡ 3                    ᴵˡᶦ  156                       🔖    ⬆

**toolejk** @toolejk · Aug 10                                              ...

.@BrandonStraka will host an LGBT Town Hall tonight. No word yet whether his BFF, @JennaEllisEsq, will be there to berate other panelists for the sin of owning their sexual orientation. She despises gays, wishing them a perpetual visit to hell. Oh yeah, btw, Brandon is gay.

♡                    ↩                    ♡                    ᴵˡᶦ  27                        🔖    ⬆



**toolejk** @toolejk · Jul 27                                                          ···

"The Walk-a-Con #walkaway fest this fall is living up to its name! So far I've signed up nothing but crimers as speakers: @JohnStrandUSA (if they give him a weekend parole!), @drsimonegold, @DerrickEvans_WV and of course, yours truly, banned-at-all-decent salons @BrandonStraka!"

♡ 3          ılı 74

**toolejk** @toolejk · Jul 26                                                          ···

Watch #walkaway grifter @BrandonStraka circle the wagons after Giuliani's admission to lying. "Like my bestie, the gay-hating @JennaEllisEsq, @RudyGiuliani is a lawyer who should be allowed to lie to his heart's content."

♡ 4          ılı 56

**toolejk** @toolejk · Jul 26                                                          ···

A Giuliani spokesman said in a statement: "This is a legal issue, not a factual issue. Those out to smear the mayor are ignoring the fact that this stipulation is designed to get to the legal issues of the case." The @JennaEllisEsq argument: I lied as a lawyer, but it was okay.

♡            ılı 30

**toolejk** @toolejk · Jul 26                                                          ···

"I'm @BrandonStraka, a self-hating gay man whose bestie is @JennaEllisEsq. She despises homosexuals, wishing us a long stay in hell.  Jenna -- sanctioned for lying as a lawyer -- is buds with @RudyGiuliani, who has admitted to lying about Ga. election workers. A virtuous circle!"

♡ 2          ılı 28

Lying/Deception

 **Brandon Straka** ✓ @BrandonStraka · Dec 5                    •••
•Over 50K #WalkAway Testimonials.
•Over 100 events in 3 years.
•Over 90 cities visited for outreach.
•2 Major Marches in DC
•Dozens of minority outreach events.
•Left vs. Right Debates
•College Campus Tours
•State Groups in all 50 States

The Democrats tried to end...
Show more



SCOTT PRESSLER                                             0:08 / 2:22

💬 247            🔁 1.7K            ♡ 6K            ᴵ❙ᴵ 522K            🔖  ⬆️

 **Natalie Jean Beisner** ✓ @NJBeisner · Dec 5              •••
Brandon, thank you so much for starting this movement, and giving people
who've walked away a place to gather and call home. Without it, I'm not
sure I would've started speaking out as much—or even at all. I can say first
hand  the real deal, and very genuine. It's obvious how...
Show more

💬 6            🔁 27            ♡ 270            ᴵ❙ᴵ 4.6K            🔖  ⬆️

 **toolejk**                                                 •••
@toolejk

So, Natalie, what has this "movement" done other than enrich
@BrandonStraka, who wantonly lies about whether he urged the
disarming of police on January 6?

11:47 AM · Dec 8, 2023 · **114** Views



⏶Go to Top

Reputation

Go to Top

374

 **toolejk** @toolejk · Oct 15

Pathetically pitching for Walk-a-Con, @BrandonStraka embarrasses himself yet again in his desperation to fill seats. Meantime, next door to the airport Hilton, the much more enjoyable slit-wristing contest is already sold out.



youtube.com
#Walk-A-Con Weekend Details!
The #WalkAway Campaign is a true grassroots movement, founded by former liberal, Brandon Straka, dedicated to …

💬 1          ⟲          ♡ 2          📊 59          🔖    ⬆️

**toolejk** @toolejk · Oct 11

Word is that @BrandoStraka may dump @KariLake as the brunch honoree at #walkaway Walk-a-Con … Ronald Colton "Patriot" McAbee now deserves the honor!



**toolejk** @toolejk · Sep 20                                              ...

Oh, yes, I'm bracing -- for a world record in lies per minute fom @KariLake! The menu features eggs benedict, to honor another American traitor! Good thing is that attendance will be so paltry that the leftovers will feed some homeless. Go, go, @BrandonStraka! Take it, take it!



🌟 BRACE yourself for an unforgettable speech by the remarkable @KariLake at #WalkACon! Her unwavering commitment to our values will inspire you like never before. Join us in West Palm Beach for this incredible moment!

💬 1        ⟲ 2        ♡ 13        📊 866        ⬆️

**#WalkAway Ca...** ✔️ @RealWa... · Sep 18    ···
Get Your Tickets here:

 **toolejk** @toolejk · Aug 16                          ...

"I'm @BrandonStraka. My mommy says I'm a crybaby because I pout about "UNFAIR!" treatment all the time! -- I didn't deserve my J6 arrest: other people were there too! ... Garbo's banned me for being an a*&hole; they were a*&holes for canceling my appointment! ... I'm no crybaby!"



**toolejk** @toolejk · Aug 13

As with his boss, #walkaway grifter @BrandonStraka,
@realNickMiles does not do irony well. He retweeted this: "Trump BODIES Chris
Christie: 'He's eating right now— he can't be bothered. Sir, please do not call him a fat
pig. That's very disrespectful.'" 🤣 Here's svelte Nick:



💬          🔁 1          ♡ 3          ᴵˡᶤ 165          🔖  ⬆️



**toolejk** @toolejk · Aug 12

"Lipstick on Pig" by @BrandonStraka. J6 crimer calls slideshow (in which 60% of still shots are @realNickMiles selfies) "a video" that gives him "the feels." B couldn't bear watching the Oscar-worthy short when first shown -- he was "still in exile." If only he'd stayed there.



💬        🔁        ♡ 3        📊 96                    🔖   ⬆️