IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, AND WALKAWAY FOUNDATION<br><br>    Plaintiffs,<br><br>    vs.<br><br>DAVID S. CLEMENT, @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, @THATSQUITEAWALK, @HIGHENANONTOO, @TOOKEJK, @ZIBTARA a/k/a MIRANDA DEW<br><br>    Defendants. | CASE NO. 8:24-CV-00024-JFB-SMB<br><br>**DECLARATION OF MIRANDA DEW** |

    I, Miranda Dew, state and declare as follows:

    1.    I am a defendant in the above-captioned lawsuit. I am over 21 years of age, do not suffer any physical or mental impairment, and make this declaration on my personal knowledge. I am submitting this Declaration in support of my Motion to Dismiss for lack of personal jurisdiction and improper venue.

    2.    I am a resident of Austin, Texas.

    3.    I have lived in Austin, Texas since January 29, 2009. Before that I lived in Nebraska. I have not lived in Nebraska since 2009.

    4.    I do not own any real property in Nebraska.

    5.    I do not conduct any business in the state of Nebraska and have not conducted business in Nebraska since I moved to Texas in 2009.

    6.    I am registered to vote in Texas.

    7.    I pay income taxes in Texas.



8. I visited Nebraska to attend a wedding in November 2020. I have not returned to Nebraska at any other time in the last four years.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2024.

_____
Miranda Dew