**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, and WALKAWAY FOUNDATION

Plaintiffs,

vs.

DAVID S. CLEMENT, @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, @THATSQUITEAWALK, @HIGHENANONTOO, @TOOKEJK, @ZIBTARA a/k/a MIRANDA DEW

Defendants.

**CASE NO. 8:24-CV-00024-JFB-SMB**

**MOTION TO DISMISS**

COMES NOW Defendant Miranda Dew, by and through her counsel of record, and respectfully moves this Court for an Order dismissing Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), and (6).

Respectfully submitted this 22nd day of April 2024.

MIRANDA DEW,
Defendant,

s/ *Daniel J. Gutman*

Daniel J. Gutman, #26039
Sydney L. Hayes, #27051
University of Nebraska College of Law
First Amendment Clinic
Schmid Clinic Building
P.O. Box 830902
Lincoln, NE 68583-0902
Dgutman2@unl.edu

Shayes6@unl.edu

ATTORNEYS FOR DEFENDANT
MIRANDA DEW