IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, and WALKAWAY FOUNDATION, | ) ) ) | CASE NO. 8:24-CV-00024-JFB-SMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT DAVID S. CLEMENT'S** |
| | ) | **MOTION TO DISMISS** |
| DAVID S. CLEMENT, @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, THATSQUITEAWALK, @HIGHENANONTOO, @TOOLEJK *and* @ZIBTARA *a/k/a* MIRANDA DEW | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant David S. Clement, by and through his undersigned counsel,

and respectfully moves this Court for an order dismissing Plaintiffs' claims pursuant to Fed. R.

Civ. P. 12 (b)(1), (2), (3), and (6).

Respectfully submitted this 22nd day of April, 2024.

DAVID S. CLEMENT, Defendant
By: */s/ Leslie S. Stryker Viehman*
Nolan, Olson & Stryker, P.C., L.L.O.
444 Regency Parkway Dr., Ste. 109
Omaha, NE 68114
402-932-5126
Leslie S. Stryker Viehman, #25556
Brian D. Nolan, #17764
leslie@nolanolson.com
bnolan@nolanolson.com
ATTORNEYS FOR DEFENDANT CLEMENT

1