IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, and WALKAWAY FOUNDATION, | 8:24CV24 |
| Plaintiffs, | |
| vs. | ORDER |
| @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, THATSQUITEAWALK, @HIGHENANONTOO, @TOOLEJK, and | |
| Defendants. | |

In the Memorandum and Order dated December 17, 2024, Senior United States District Judge Joseph F. Bataillon granted the motions to dismiss filed by the named Defendants, David S. Clement and @Zibtara, *also known as* Miranda Dew. (Filing No. 46). The Court granted Plaintiffs' request for leave to file an amended complaint and stated:

> Should Plaintiffs choose not to file an amended complaint, this matter is then referred to the Magistrate Judge for purposes of progressing the case, including identifying and serving the remaining Defendants who are currently only identified by their Twitter handles.

Plaintiffs have not filed an amended complaint, and the time for doing so has passed. Accordingly,

IT IS ORDERED that on or before February 10, 2025, Plaintiffs shall identify and serve the defendants who are currently only identified by social media handles.

Dated this 10th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge