# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, AND WALKAWAY FOUNDATION,<br><br>*Plaintiffs*,<br><br>-*v.*-<br><br>DAVID S. CLEMENT, @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, THATSQUITEAWALK, @HIGHENANONTOO and @ZIBTARA *a/k/a* MIRANDA DEW.<br><br>*Defendants*. | Docket No. 8:24-CV-00024-JFB-RCC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Brandon Straka, Walkaway Campaign PAC, and Walkaway Foundation hereby DISMISS all claims asserted in this action. This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 10, 2025

                                             PLAINTIFFS BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, AND WALKAWAY FOUNDATION

                                             By: /s/ *Jesse D. Franklin-Murdock*
                                             Jesse D. Franklin-Murdock*
                                             Dhillon Law Group Inc.
                                             177 Post Street, Suite 700
                                             San Francisco, CA 94108
                                             (415) 433-1700
                                             jfranklin-murdock@dhillonlaw.com

Ronald D. Coleman*
Coleman Law Firm, PC
50 Park Place, Suite 1105
Newark, NJ 07102
(973) 264-9611
rcoleman@colemanlaw-pc.com

William F. McGinn
McGinn Law Firm
20 North 16th Street
Council Bluffs, IA 51501
(712) 328-1566
bmcginn@mcginnlawfirm.com

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

2