IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON STRAKA, WALKAWAY CAMPAIGN PAC, and WALKAWAY FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID S. CLEMENT, @BRAWNDOSNITCHKA, @CHICHIVISION18, @MIKECLOVER7, @STONEPGH, THATSQUITEAWALK, @HIGHENANONTOO, @TOOLEJK, and @ZIBTARA,<br><br>Defendants. | 8:24CV24<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiffs' Notice of Dismissal (Filing No. 48). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 11th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge